**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

WESTERN District of TEXAS
(State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter *7*
   ☒ Chapter 11

## Part 2:  Identify the Debtor

2. **Debtor's name**

   3443 Zen Garden, LP

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   3 2 - 0 5 0 1 2 1 1
   EIN

5. **Debtor's address**

   **Principal place of business**

   3443 Ed Bluestein Blvd.
   Number        Street

   Austin                    TX   78721
   City                      State  ZIP Code

   Travis County, Texas
   County

   **Mailing address, if different**

   c/o Rob Roy Parnell
   251 McKellar Road
   Number        Street

   P.O. Box

   Dripping Springs          TX   78620
   City                      State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   City                      State  ZIP Code

Debtor    3443 Zen Garden, LP        Case number (if known)_____
       Name

| 6. | **Debtor's website** (URL) | _____ |
|---|---|---|

| 7. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☒ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| 8. | **Type of debtor's business** | *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the types of business listed.
☐ Unknown type of business.

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
|---|---|---|

☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
                     MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
                     MM / DD / YYYY

**Part 3:**    **Report About the Case**

| 10. | **Venue** | *Check one:* |
|---|---|---|

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|---|---|---|

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
|---|---|---|

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor __3443 Zen Garden, LP_____    Case number (if known)_____
      Name

| **13. Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Lyle America, Inc. d/b/a Glass.com of Illinois | Good & Services Provided | $ 442,600 |
| | Austin Glass & Mirror, Inc. | Good & Services Provided | $ 686,374.14 |
| | ACM Services, LLC | Goods & Services Provided | $ 401,520.90 |
| | | Total of petitioners' claims | $ 1,530,495.04 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

### Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Lyle America, Inc. d/b/a Glass.com of Illinois
Name

910 N. Riverside Drive, Unit 4
Number    Street

Elmhurst          Illinois          60126
City               State            ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lyle Richard Hill
Name

910 N. Riverside, Unit 4
Number    Street

Elmhurst          Illinois          60126
City               State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 / 19 / 2020
     MM / DD / YYYY

✗ _Lyle Richard Hill_ , President Treasurer
Signature of petitioner or representative, including representative's title

**Attorneys**

Kell C. Mercer
Printed name

Kell C. Mercer, PC
Firm name, if any

1602 E. Cesar Chavez Street
Number    Street

Austin                    TX          78702
City                     State        ZIP Code

Contact phone  (512) 627-3512     Email kell.mercer@mercer-law-pc.com

Bar number   24007668

State          TX

✗ _Kell Mercer_
Signature of attorney

Date signed  3/22/2020
     MM / DD / YYYY

Debtor  3443 Zen Garden, LP
_____
Name

Case number (if known)_____

**Name and mailing address of petitioner**

Austin Glass & Mirror, Inc.
_____
Name

6308 Decker Lane
_____
Number     Street

Austin _____ TX _____ 78724 _____
City                        State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Don E. Bayer
_____
Name

6308 Decker Lane
_____
Number     Street

Austin _____ TX _____ 78724 _____
City                        State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _03/19/2020_
            MM / DD / YYYY

X _Don Bayer_____, President
Signature of petitioner or representative, including representative's title

Kell C. Mercer
_____
Printed name

Kell C. Mercer, PC
_____
Firm name, if any

1602 E. Cesar Chavez Street
_____
Number     Street

Austin _____ TX _____ 78702 _____
City                        State        ZIP Code

Contact phone  _(512) 627-3512_   Email _kell.mercer@mercer-law-pc.com_

Bar number   _24007668_

State   _TX_

X _Kell M_____
Signature of attorney

Date signed  _3/22/2020_
            MM / DD / YYYY

**Name and mailing address of petitioner**

ACM Services LLC
_____
Name

3280 FM 112
_____
Number     Street

Taylor _____ TX _____ 76574 _____
City                        State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

James Morris
_____
Name

3280 FM 112
_____
Number     Street

Taylor _____ TX _____ 76574 _____
City                        State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
            MM / DD / YYYY

X _____, President
Signature of petitioner or representative, including representative's title

Kell C. Mercer
_____
Printed name

Kell C. Mercer, PC
_____
Firm name, if any

1602 E. Cesar Chavez Street
_____
Number     Street

Austin _____ TX _____ 78702 _____
City                        State        ZIP Code

Contact phone  _(512) 767-3214_   Email _kell.mercer@mercer-law-pc.com_

Bar number   _24007668_

State   _TX_

X _____
Signature of attorney

Date signed  _____
            MM / DD / YYYY

Debtor     3443 Zen Garden, LP
          Name _____

Case number (if known) _____

**Name and mailing address of petitioner**

Austin Glass & Mirror, Inc.
_____
Name

6308 Decker Lane
_____
Number    Street

| Austin | TX | 78724 |
|--------|----|-------|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Don E. Bayer
_____
Name

6308 Decker Lane
_____
Number    Street

| Austin | TX | 78724 |
|--------|----|-------|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
        MM  / DD / YYYY

✘ _____, President
Signature of petitioner or representative, including representative's title

Kell C. Mercer
_____
Printed name

Kell C. Mercer, PC
_____
Firm name, if any

1602 E. Cesar Chavez Street
_____
Number    Street

| Austin | TX | 78702 |
|--------|----|-------|
| City | State | ZIP Code |

Contact phone (512) 627-3512   Email kell.mercer@mercer-law-pc.com

Bar number 24007668

State TX

✘ _____
Signature of attorney

Date signed _____
        MM  / DD / YYYY

---

**Name and mailing address of petitioner**

ACM Services LLC
_____
Name

3280 FM 112
_____
Number    Street

| Taylor | TX | 76574 |
|--------|----|-------|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

James Morris
_____
Name

3280 FM 112
_____
Number    Street

| Taylor | TX | 76574 |
|--------|----|-------|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
        MM  / DD / YYYY

✘ _____, President
Signature of petitioner or representative, including representative's title

Kell C. Mercer
_____
Printed name

Kell C. Mercer, PC
_____
Firm name, if any

1602 E. Cesar Chavez Street
_____
Number    Street

| Austin | TX | 78702 |
|--------|----|-------|
| City | State | ZIP Code |

Contact phone (512) 767-3214   Email kell.mercer@mercer-law-pc.com

Bar number 24007668

State TX

✘ _____
Signature of attorney

Date signed 3/22/2020
        MM  / DD / YYYY