**Fill in this information to identify the case:**

Debtor name    **3443 Zen Garden, LP**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)    **20-10410-hcm**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 6, 2020**      X **/s/ Adam Zarafshani**
                                                  Signature of individual signing on behalf of debtor

                                                  **Adam Zarafshani**
                                                  Printed name

                                                  **Officer**
                                                  Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **3443 Zen Garden, LP**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)    **20-10410-hcm**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................    $    **117,351,212.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................    $    **7,689,688.75**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................    $    **125,040,900.75**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **112,028,927.28**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **2,002,949.25**

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b    $    **114,031,876.53**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **3443 Zen Garden, LP**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)     **20-10410-hcm**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Frost Bank, N.A.**<br>**401 Congress Ave.**<br>**Austin, Texas 78701** | Checking | 1511 | $1,862.27 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1,862.27 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | 11a. 90 days old or less: | **2,303,215.36** | - | **0.00** | = .... | **$2,303,215.36** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollect ble accounts | | |

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* **20-10410-hcm** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | | $2,303,215.36 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:     Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **See attached Schedule A/B, Part 9, 55** | Fee simple | | | $117,351,212.00 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* **20-10410-hcm** |
|---|---|---|
| | Name | |

| 56. | **Total of Part 9.** | | $117,351,212.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** To the extent not included in Question No. 55, construction permits and other regulatory approvals with City of Austin. | **Unknown** | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Rights of use with respect to architectural, structural, and other construction documents. | **Unknown** | | **Unknown** |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* **20-10410-hcm** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)
**Balance owed to 3443 Zen Garden, LP by Symmetry Asset Management, Inc.**

| 251,097.15 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | **$251,097.15** |

**Balance owed to 3443 Zen Garden, LP by Absolute Environmental Waste Management, Inc.**

| 109,363.98 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | **$109,363.98** |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**
**General Liability Policy - #MG10184909 - Mount Hawley**
**General Liability Policy - Umbrella #MXL0427256 - Mount Hawley**
**Existing Buildings Property Insurance - #SLSTPTY11281620 - Star Insurance**

**Unknown**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Possible breach of contract, business tort, and other lender liability claims against Romspen Mortgage Limited Partnership. These claims are set forth in some detail in D-1-GN-19-007269, pending in Travis County District Court.**

| Nature of claim | **Business Tort Claims** |
|---|---|
| Amount requested | |

**Unknown**

**Possible claims against Daniel White for Breach of Fiduciary Duty.**

| Nature of claim | **Business Tort Claims** |
|---|---|
| Amount requested | |

**Unknown**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Unfunded advance requests to Romspen Mortgage Limited Partnership.**

**$5,024,149.99**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | Case number *(If known)* | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

| 78. | **Total of Part 11.** | | **$5,384,611.12** |
|---|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

■ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

**3443 ZEN GARDEN LIST OF ASSETS**
**Existing Buildings, Buildings under Construction, Garage, and Land Parcels**
**As of: May 05, 2020**

| EXISTING BUILDINGS | "AS IS" Appraisal Based | SF | $/SF | Percentage Complete Value | Percent Complete |
|---|---|---|---|---|---|
| B | 11,822,355 | 262,719 | 45.00 | $ 11,822,355.00 | |
| C | 2,805,075 | 62,335 | 45.00 | 2,805,075 | |
| D | 25,360,000 | 170,207 | 110.00 | 18,722,770 | |
| FHJ [1] | 80,040,000 | 345,229 | 231.85 | 43,024,000 | 60% |
| LM | 6,174,640 | 154,366 | 40.00 | 6,174,640 | |
| V  [Panache office] | 9,370,000 | 22,000 | 300.00 | 6,600,000 | |
| | | 1,016,856 | | $ 89,148,840 | |
| Central Plant [2] | TBD | 50,000 | 25.00 | 1,250,000 | |
| Parking garage | 4,398,000 | 733.00 | 6,000.00 | 4,398,000 | |
| LAND VALUATION | | | | $ 94,796,840.00 | |

| | Area | Square Feet |
|---|---|---|
| Entitlements | | 4,775,918 |
| Existing Buildings | | (1,016,856) |
| Remaining Entitlements | | 3,759,062 |

| | | | | | |
|---|---|---|---|---|---|
| Valued at $6 / SF | 22,554,372 | | | $ 22,554,372 | |

| TOTAL PROPERTY VALUE | | | | $ 117,351,212.00 | |

**NOTES:**
[1] Valued 'as is" at 60% complete less $5 million in remediation and remobilization costs.

| Debtor | **3443 Zen Garden, LP** | Case number *(If known)* **20-10410-hcm** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,862.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,303,215.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $117,351,212.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,384,611.12 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,689,688.75 | + 91b. $117,351,212.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $125,040,900.75 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | Case number *(If known)* **20-10410-hcm** |
|---|---|---|
| | Name | |

---

Part 12: **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,862.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,303,215.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $117,351,212.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,384,611.12 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,689,688.75 | + 91b. $117,351,212.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $125,040,900.75 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **3443 Zen Garden, LP**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)   **20-10410-hcm**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**ABC Supply Co., Inc.**
Creditor's Name

**P.O. Box 840899**
**Dallas, TX 75284-0899**
Creditor's mailing address

**janice.cline@abcsupply.com**
Creditor's email address, if known

Date debt was incurred
**8/13/2019 - 3/31/2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Romspen Mortgage Limited Partnership**
**2. Panache Development & Construction**
**3. Panache Development & Construction**
**4. Koetter Fire Protection of Austin, LLC**
**5. Lone Star Materials, Inc.**
**6. Ferguson Waterworks, LLC**
**7. ABC Supply Co., Inc.**
**8. ACM Services, LLC**
**9. Texas Materials Group, Inc.**
**10. H&H Crane Services, Inc.**
**11. Austin Gla**

Describe debtor's property that is subject to a lien
**See attached Schedule A/B, Part 9, 55**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$142,840.19**

Value of collateral: **$117,351,212.00**

| Debtor | **3443 Zen Garden, LP** | | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2 | **ACM Services, LLC** | Describe debtor's property that is subject to a lien | $486,914.56 | $117,351,212.0 0 |
|---|---|---|---|---|

Creditor's Name

**3280 FM 112**
**Taylor, TX 76574**

Creditor's mailing address

See attached Schedule A/B, Part 9, 55

Describe the lien

**nick@acmelectric.net**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Austin Glass & Mirror, Inc.** | Describe debtor's property that is subject to a lien | $714,789.54 | $117,351,212.0 0 |
|---|---|---|---|---|

Creditor's Name

**6308 Decker Lane**
**Austin, TX 78724**

Creditor's mailing address

See attached Schedule A/B, Part 9, 55

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**7/26/2019 - 9/27/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Capital Industries, LLC** | Describe debtor's property that is subject to a lien | $478,659.78 | $117,351,212.0 0 |
|---|---|---|---|---|

Creditor's Name

**2105 Donley Dr., Ste. 200**
**Austin, TX 78758**

Creditor's mailing address

See attached Schedule A/B, Part 9, 55

Describe the lien

**kyle@capitaltxi.com**

Creditor's email address, if known

**Date debt was incurred**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | **Dealers Electrical Supply Company** | Describe debtor's property that is subject to a lien | $10,929.70 | $117,351,212.00 |
|---|---|---|---|---|
| | Creditor's Name | **See attached Schedule A/B, Part 9, 55** | | |

**P.O. Box 14624**
**Austin, TX 78761**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**

**cbayer@austinglass.com**
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**September 2019**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.6 | **Ferguson Enterprises, Inc.** | Describe debtor's property that is subject to a lien | $79,209.81 | $117,351,212.00 |
|---|---|---|---|---|
| | Creditor's Name | **See attached Schedule A/B, Part 9, 55** | | |

**2551 North Mays**
**Round Rock, TX 78665**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**

**chris.sokolowski@ferguson.com**
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**7/26/2019 - 10/7/2019**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.7 | **Ferguson Waterworks, LLC** | Describe debtor's property that is subject to a lien | $9,288.44 | $117,351,212.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **3443 Zen Garden, LP** | | Case number (if known) | **20-10410-hcm** |
| --- | --- | --- | --- | --- |
| | Name | | | |

Creditor's Name

**4427 Factory Hill Drive**
**San Antonio, TX**
**78219-2704**

Creditor's mailing address

See attached Schedule A/B, Part 9, 55

Describe the lien

**Mechanic's Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

**8/6/2019 - 1/31/2020**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**4013**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

**Specified on line 2.1**

---

| 2.8 | **Glass.com of Illinois** | | **$623,200.00** | **$117,351,212.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**910 Riverside Dr., Unit 4**
**Elmhurst, IL 60126**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**See attached Schedule A/B, Part 9, 55**

Describe the lien

**Mechanic's Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

**4/8/2019 - 6/28/2019**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

**Specified on line 2.1**

---

| 2.9 | **H&H Crane Services, Inc.** | | **$11,270.45** | **$117,351,212.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**d/b/a Texas Crane Service**
**203 S.W. West White Road**
**San Antonio, TX 78219**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**See attached Schedule A/B, Part 9, 55**

Describe the lien

**Mechanic's Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

**8/1/2019 - 8/13/2019**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 11

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

---

**NHOM**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 0 | **Hill Country Electric Supply** | | $89,782.23 | $117,351,212.00 |
|---|---|---|---|---|

**Hill Country Electric Supply**
Creditor's Name

**P.O. Box 577**
**San Antonio, TX**
**78292-0577**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/7/2019 - 1/25/2020**

**Last 4 digits of account number**
**3978**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**See attached Schedule A/B, Part 9, 55**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Koetter Fire Protection of Austin, LLC** | | $344,345.98 | $117,351,212.00 |
|---|---|---|---|---|

**Koetter Fire Protection of Austin, LLC**
Creditor's Name

**16069 Central Commerce Drive**
**Pflugerville, TX 78660**
Creditor's mailing address

**tjustis@koetterfireprotection.com**
Creditor's email address, if known

**Date debt was incurred**
**6/12/2019 - 11/5/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**See attached Schedule A/B, Part 9, 55**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Lone Star Materials, Inc.** | Describe debtor's property that is subject to a lien | $120,276.72 | $117,351,212.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **3443 Zen Garden, LP** | | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

**11111 Bluff Bend**
**Austin, TX 78753**

Creditor's mailing address

See attached Schedule A/B, Part 9, 55

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/2/2019 - 10/15/2019**

**Last 4 digits of account number**
**2855**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Panache Development & Construction** | | | $9,152,473.59 | $117,351,212.00 |
|---|---|---|---|---|---|

**Creditor's Name**

**P.O. Box 26539**
**Austin, TX 78755**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**See attached Schedule A/B, Part 9, 55**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Panache Development & Construction** | | | $5,024,149.99 | $117,351,212.00 |
|---|---|---|---|---|---|

**Creditor's Name**

**3443 Ed Bluestein Blvd.**
**Building V, Suite 100**
**Austin, TX 78755**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**See attached Schedule A/B, Part 9, 55**

**Describe the lien**

amanda@panache-usa.com

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/27/2019 - 10/4/2019**

**Last 4 digits of account number**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 11

| Debtor | **3443 Zen Garden, LP** | | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ **Yes.** Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 5 | **Roca** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | Describe debtor's property that is subject to a lien | $32,079.48 | $117,351,212.00 |
|---|---|---|---|
| **11190 N.W. 25th Street, Ste. 100** **Miami, FL 33172** | **See attached Schedule A/B, Part 9, 55** | | |
| Creditor's mailing address | | | |

**cristina.dordas@us.roca.com**

Creditor's email address, if known

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**
**8/7/2019 - 11/10/2019**

**Is anyone else liable on this claim?**
☐ No
☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1027**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ **Yes.** Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Romspen Mortgage Limited Partnership** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | Describe debtor's property that is subject to a lien | $92,994,676.89 | $117,351,212.00 |
|---|---|---|---|
| **162 Cumberland Street, Suite 300** **Toronto, Ontario M5R** | **See attached Schedule A/B, Part 9, 55** | | |
| Creditor's mailing address | | | |

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ **Yes.** Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **Schindler Elevator Corporation** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | Describe debtor's property that is subject to a lien | $430,481.00 | $117,351,212.00 |
|---|---|---|---|
| **2020 Centimeter Center** **Austin, TX 78758** | **See attached Schedule A/B, Part 9, 55** | | |

---

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**

**aaron.ricketts@schindler.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.18 | **Summer Legacy, LLC** | Describe debtor's property that is subject to a lien | $932,577.90 | **$117,351,212.00** |
|---|---|---|---|---|
| | Creditor's Name | **See attached Schedule A/B, Part 9, 55** | | |

**P.O. Box 144151**
**Austin, TX 78714**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**rafael@summerlegacyllc.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☐ No
- ☒ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/01/2019 - Present**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.19 | **Texas Air Industries, LLC** | Describe debtor's property that is subject to a lien | $62,007.00 | **$117,351,212.00** |
|---|---|---|---|---|
| | Creditor's Name | **See attached Schedule A/B, Part 9, 55** | | |

**401 Congress Ave., Suite 111540**
**Austin, TX 78701**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**fredj@texasairind.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/1/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Texas Concrete** | | **$15,110.13** | **$117,351,212.0 0** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**See attached Schedule A/B, Part 9, 55**

**1320 Arrow Point Drive,
Suite 600
Cedar Park, TX 78613**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
2249**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Texas Materials Group, Inc.** | | **$0.00** | **$117,351,212.0 0** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**See attached Schedule A/B, Part 9, 55**

**1320 Arrow Point
Cedar Park, TX 78613**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
October 2019 - December
2019**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Trane** | | **$273,863.90** | **$117,351,212.0 0** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**See attached Schedule A/B, Part 9, 55**

**P.O. Box 845053
Austin, TX 75284**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**3/1/2019 - 10/8/2019**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $112,028,927.28 |

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **B. Russell Horton**<br>**George Brothers Kincaid & Horton LLP**<br>**114 West 7th Street, Suite 1100**<br>**Austin, TX 78701** | Line **2.14** | |
| **Brian K. Carroll**<br>**Sanderford & Carroll, PC**<br>**2110 Birdcreek Drive**<br>**Temple, TX 76502** | Line **2.4** | |
| **Christopher Stanley**<br>**Sneed Vine & Perry PC**<br>**108 East 8th Street**<br>**Georgetown, TX 78626** | Line **2.10** | |
| **Christopher Stanley**<br>**Sneed Vine & Perry PC**<br>**108 East 8th Street**<br>**Georgetown, TX 78626** | Line **2.11** | |
| **Christopher Stanley**<br>**Sneed Vine & Perry PC**<br>**108 East 8th Street**<br>**Georgetown, TX 78626** | Line **2.19** | |
| **Dennis A. McQueen**<br>**Pagel, Davis & Hill, PC**<br>**1415 Louisiana, 22nd Floor**<br>**Houston, TX 77002** | Line **2.12** | |
| **Kell C. Mercer**<br>**Kell C. Mercer, PC**<br>**1602 E. Cesar Chavez Street**<br>**Austin, TX 78702** | Line **2.2** | |

---

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 10 of 11

| Debtor | 3443 Zen Garden, LP | Case number (if known) | 20-10410-hcm |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Kell C. Mercer**<br>**Kell C. Mercer, PC**<br>**1602 E. Cesar Chavez Street**<br>**Austin, TX 78702** | Line __2.3__ |
| **Kell C. Mercer**<br>**Kell C. Mercer, PC**<br>**1602 E. Cesar Chavez Street**<br>**Austin, TX 78702** | Line __2.8__ |
| **Lisa M. Norman**<br>**Andrews Myers, PC**<br>**1885 St. James Place, 15th Floor**<br>**Houston, TX 77056** | Line __2.1__ |
| **Romspen Mortgage Limited Partnership**<br>**c/o Mark T. Mitchell**<br>**Floey & Lardner LLP**<br>**600 Congress Ave., Suite 3000**<br>**Austin, TX 78701** | Line __2.16__ |
| **Romspen Mortgage Limited Partnership**<br>**c/o Thomas Scannell**<br>**Foley & Lardner LLP**<br>**2021 McKinney Avenue, Suite 1600**<br>**Dallas, TX 75201** | Line __2.16__ |

**Fill in this information to identify the case:**

Debtor name    **3443 Zen Garden, LP**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)    **20-10410-hcm**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**Aero Photo**
**4000 16th Street North Street**
**Petersburg, FL 33073**

Date(s) debt was incurred   **11/26/2019 - 2/14/2020**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$710.12**

---

**3.2**   Nonpriority creditor's name and mailing address

**Ahern Rentals**
**P.O. Box 271390**
**Las Vegas, NV 89127-1390**

Date(s) debt was incurred   **8/11/2019 - 3/13/2020**

Last 4 digits of account number   **0569**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,665.09**

---

**3.3**   Nonpriority creditor's name and mailing address

**Allied Sales Company**
**P.O. Box 6116**
**Austin, TX 78762**

Date(s) debt was incurred   **10/4/2019 - 11/9/2019**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,021.79**

---

**3.4**   Nonpriority creditor's name and mailing address

**Austin Commercial & Residential Plumbing**
**2407 S. Congress Ave., Ste 132**
**Austin, TX 78704**

Date(s) debt was incurred   **10/5/2019 - 10/11/2019**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,280.00**

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,972.50** |

**Blue Fish Collaborative, Inc.**
P.O. Box 40792
Austin, TX 78704

Date(s) debt was incurred **8/29/2019 - 12/3/2019**

Last 4 digits of account number **1803**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,721.72** |

**BPI**
P.O. Box 405300
Atlanta, GA 30384-5300

Date(s) debt was incurred **10/5/2019 - 1/15/2020**

Last 4 digits of account number **AAUS**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,240.00** |

**Capital Pumping, LP**
3200 Steck Ave., Suite 2200
Austin, TX 78757

Date(s) debt was incurred **6/20/2019 - 10/5/2019**

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$743.42** |

**CT Laborers Electric, LLC**
188 Alaska Road
Uhland, TX 78640

Date(s) debt was incurred **10/11/2019**

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**DM's Construction Equipment Repair**
518 Yucca Drive
Round Rock, TX 78681

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,095.51** |

**Equipmentshare.com, Inc.**
2511 Broadway Bluffs Drive, Ste. 202
Columbia, MO 65201

Date(s) debt was incurred **7/26/2019 - 3/22/2020**

Last 4 digits of account number **9230**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Foran, O'Toole & Burke, LLC**
321 North Clark Street, Ste. 2450
Chicago, IL 60654

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,125.00 |
|---|---|---|---|

**Fritz, Bryne Head & Gilstrap**
**221 West Sixth Street, Ste. 960**
**Austin, TX 78701**

Date(s) debt was incurred  7/8/2019 - 11/8/2019

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frontier Plastering**
**P.O. Box 1455**
**Elgin, TX 78621-1455**

Date(s) debt was incurred  8/25/2019 - 9/9/2019

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,200.00 |
|---|---|---|---|

**Great Lakes Lifting Solutions**
**4910 Wilshire Blvd**
**Country Club Hills, IL 60478**

Date(s) debt was incurred  7/16/2019 - 10/24/2019

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,912.56 |
|---|---|---|---|

**GSC Architects**
**3100 Alvin Devane Bldg. A, Ste 200-B**
**Austin, TX 78741**

Date(s) debt was incurred  7/17/2019 - 10/31/2019

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,982.15 |
|---|---|---|---|

**Hilti Inc.**
**P.O. Box 650756**
**Dallas, TX 75265-0756**

Date(s) debt was incurred  7/31/2019 - 10/31/2019

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339,734.24 |
|---|---|---|---|

**Hinshaw & Culbertson**
**151 North Franklin St., Ste 2500**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,950.00 |
|---|---|---|---|

**Hollandstone**
**P.O. Box 50058**
**Austin, TX 78763**

Date(s) debt was incurred  10/15/2019

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **3443 Zen Garden, LP** | | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|---|
| | Name | | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Hull Supply, Inc.**
**5117 E. Cesar Chavez**
**Austin, TX 78702**

Date(s) debt was incurred  11/26/2018 - 11/18/2019

Last 4 digits of account number  1460

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Jeremie Schultz**
**6555 Hwy 140 W**
**Puryear, TN 38251**

Date(s) debt was incurred  9/25/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,450.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Keytech North America**
**20 PGA Drive, Suite 201**
**Stafford, VA 22554**

Date(s) debt was incurred  8/12/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,714.48**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Mark Schiffgens, CPA**
**100 E. Anderson Lane, Suite 250**
**Austin, TX 78752**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$21,157.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**McMinn Land Surveying Company**
**4008 Greenmountain Lane**
**Austin, TX 78759**

Date(s) debt was incurred  10/11/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$19,678.75**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Mint Engineering, LLC**
**5130 Mansfield View Court**
**Austin, TX 78732**

Date(s) debt was incurred  8/5/2019 - 10/14/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$14,870.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**MLA Geotechnical**
**2800 Longhorn Blvd., Suite 104**
**Austin, TX 78758**

Date(s) debt was incurred  2/29/2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$397.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,049.00** |
|---|---|---|---|

**Mobile Mini Storage Solutions**
4646 East Van Buren Street, Suite 400
Austin, TX 85008

Date(s) debt was incurred  10/8/2019 - 3/24/2019

Last 4 digits of account number  6706

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**MOHD Service Solutions LLC**
3701 E. Plano Parkway-Suite 400
Plano, TX 75074

Date(s) debt was incurred  8/6/2019

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,590.00** |
|---|---|---|---|

**Nathan Olson**
11308 Wet Season Drive
Austin, TX 78764

Date(s) debt was incurred  10/14/2019 - 3/22/2020

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Niilo Studios, LLC**
1726 Giles Street
Austin, TX 78722

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,026.42** |
|---|---|---|---|

**NLB Corp.**
29830 Beck Road
Wixom, MI 48393

Date(s) debt was incurred  8/31/2019

Last 4 digits of account number  5919

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,026,874.03** |
|---|---|---|---|

**Panache Development & Construction**
P.O. Box 26539
Austin, TX 78755

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Line of Credit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,864.38** |
|---|---|---|---|

**Paradigm Glass**
9603 Saunders Lane, #B-2
Austin, TX 78757

Date(s) debt was incurred  3/29/2019 - 8/6/2019

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|--------|--------|--------|--------|
| | Name | | |

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Praxair Distribution, Inc.**
P.O. Box 120812
Dallas, TX 75312-0812

Date(s) debt was incurred  6/20/2019 - 3/31/2020

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$7,738.67

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Professional Flooring Supply**
P.O. Box 7558
Fort Worth, TX 76111

Date(s) debt was incurred  11/09/2019

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$2,310.82

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Professional StruCivil Engineering**
12710 Research Blvd., Ste. 390
Austin, TX 78759

Date(s) debt was incurred  8/14/2019 - 10/4/2019

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$11,700.00

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Ram Tool Supply**
8013 Exchange Drive
Austin, TX 78754

Date(s) debt was incurred  3/21/2019 - 3/3/2020

Last 4 digits of account number  9861

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$27,587.82

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Regal Plastics Supply Company, Inc.**
9200 N. Royal Lane, Suite 120
Irving, TX 75063

Date(s) debt was incurred  9/17/2019

Last 4 digits of account number  4PAN

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$1,693.45

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Reinhart & Associates, Inc.**
P.O. Box 140105
Austin, TX 78714

Date(s) debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$1,020.00

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Rob Roy Parnell, Receiver**
251 McKellar Road
Dripping Springs, TX 78620

Date(s) debt was incurred  11/26/2019 - 3/22/2020

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Receivership

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,400.00** |
|---|---|---|---|

**Ruiz Testing Services, Inc.**
10854 Gulfdale St.
San Antonio, TX 78216

Date(s) debt was incurred **8/10/2019 - 11/2/2019**

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,381.00** |
|---|---|---|---|

**Sigmax Corporation**
321 N. Oakhurst Drive
Beverly Hills, CA 90210

Date(s) debt was incurred **9/2/2019 - 12/1/2019**

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,787.50** |
|---|---|---|---|

**Structures**
6926 N. Lamar Blvd.
Austin, TX 78752

Date(s) debt was incurred **2/29/2020 - 3/21/2020**

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$497.96** |
|---|---|---|---|

**Sweep Across Texas**
1512 Dungan Lane
Austin, TX 78754

Date(s) debt was incurred **9/29/2019 - 10/18/2019**

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.31** |
|---|---|---|---|

**The Bug Master**
1912 Smith Road
Austin, TX 78721

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124,071.56** |
|---|---|---|---|

**Wembley Metal Buildings**
11914 Radium Street
San Antonio, TX 78216

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **3443 Zen Garden, LP** | Case number (if known) | **20-10410-hcm** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **G. Stewart Whitehead**<br>**Winstead, PC**<br>**401 Congress Avenue, Suite 2100**<br>**Austin, TX 78701** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Howard L. Adelman**<br>**Adelman & Gettleman, Ltd.**<br>**53 W. Jackson Blvd., Suite 1050**<br>**Chicago, IL 60604** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **Richard J. Wallace III**<br>**500 North Akard, Suite 2700**<br>**Dallas, TX 75201** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,002,949.25 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,002,949.25 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **3443 Zen Garden, LP**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)  **20-10410-hcm**

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Electrical Contract - Building FHJ Shell** | |
| State the term remaining | **ACM Services, LLC** |
| List the contract number of any government contract | **3280 FM 112** **Taylor, TX 76574** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Electrical Contract - Central Plan Chillers** | |
| State the term remaining | **ACM Services, LLC** |
| List the contract number of any government contract | **3280 FM 112** **Taylor, TX 76574** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Electrical Contract - Phase 4 Power** | |
| State the term remaining | **ACM Services, LLC** |
| List the contract number of any government contract | **3280 FM 112** **Taylor, TX 76574** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Window System Contract** | |
| State the term remaining | **Austin Glass & Mirror, Inc.** |
| List the contract number of any government contract | **6308 Decker Lane** **Austin, TX 78724** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **3443 Zen Garden, LP** | | Case number (*if known*) | **20-10410-hcm** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Mechanical Contract - FHJ Shell**

State the term remaining

List the contract number of any government contract

**Capital Industries, LLC**
**2105 Donley Dr., Ste. 200**
**Austin, TX 78758**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Legal Services**

State the term remaining

List the contract number of any government contract

**Foran, O'Toole & Burke, LLC**
**321 North Clark Street, Ste. 2450**
**Chicago, IL 60654**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **General Liability Policy**

State the term remaining

List the contract number of any government contract

**Mount Hawley Insurance Company**
**9025 North Lindbergh Road**
**Peoria, IL 61615**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **General Liability Insurance Policy - Umbrella**

State the term remaining

List the contract number of any government contract

**Mount Hawley Insurance Company**
**9025 North Lindbergh Road**
**Peoria, IL 61615**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Contract - Construction & Development Contract**

State the term remaining

List the contract number of any government contract

**Panache Development & Construction**
**3443 Ed Bluestein Blvd.**
**Building V, Suite 100**
**Austin, TX 78755**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Existing Buildings Property Insurance**

State the term remaining

List the contract number of any

**Star Insurance Company**
**26255 American Drive**
**Southfield, MI 48034**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **3443 Zen Garden, LP**
First Name        Middle Name            Last Name

Case number (*if known*)  **20-10410-hcm**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Exterior Metal Paneling** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Summer Legacy, LLC**<br>**P.O. Box 144151**<br>**Austin, TX 78714** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Framing/Insulation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Summer Legacy, LLC**<br>**P.O. Box 144151**<br>**Austin, TX 78714** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Painting** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Summer Legacy, LLC**<br>**P.O. Box 144151**<br>**Austin, TX 78714** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Roofing Materials Installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Summer Legacy, LLC**<br>**P.O. Box 144151**<br>**Austin, TX 78714** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Steel Erection Labor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Summer Legacy, LLC**<br>**P.O. Box 144151**<br>**Austin, TX 78714** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Central Plant Equipment** | |
|---|---|---|---|
| | | | **Trane**<br>**P.O. Box 845053**<br>**Austin, TX 75284** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **3443 Zen Garden, LP** | | | Case number *(if known)* | **20-10410-hcm** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract     _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**3443 Zen Garden, LP**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION__

Case number (if known) __**20-10410-hcm**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 **3443 Zen Garden GP, LLC** | **P.O. Box 26539 Austin, TX 78755-0539** | **ABC Supply Co., Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **3443 Zen Garden GP, LLC** | **P.O. Box 26539 Austin, TX 78755-0539** | **Romspen Mortgage Limited Partnership** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **3443 Zen Garden GP, LLC** | **P.O. Box 26539 Austin, TX 78755-0539** | **ACM Services, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **3443 Zen Garden GP, LLC** | **P.O. Box 26539 Austin, TX 78755-0539** | **Austin Glass & Mirror, Inc.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **3443 Zen Garden GP, LLC** | **P.O. Box 26539 Austin, TX 78755-0539** | **Capital Industries, LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Dealers Electrical Supply Company** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Ferguson Enterprises, Inc.** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Ferguson Waterworks, LLC** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Glass.com of Illinois** | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.10 | **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **H&H Crane Services, Inc.** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.11 | **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Hill Country Electric Supply** | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.12 | **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Trane** | ■ D __2.22__ ☐ E/F ____ ☐ G ____ |
| 2.13 | **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Texas Materials Group, Inc.** | ■ D __2.21__ ☐ E/F ____ ☐ G ____ |

| Debtor | **3443 Zen Garden, LP** | | Case number *(if known)* | **20-10410-hcm** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Texas Concrete** | ■ D __2.20__ ☐ E/F _____ ☐ G _____ |
| 2.15 **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Texas Air Industries, LLC** | ■ D __2.19__ ☐ E/F _____ ☐ G _____ |
| 2.16 **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Summer Legacy, LLC** | ■ D __2.18__ ☐ E/F _____ ☐ G _____ |
| 2.17 **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Schindler Elevator Corporation** | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |
| 2.18 **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Roca** | ■ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.19 **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Panache Development & Construction** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.20 **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Lone Star Materials, Inc.** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.21 **3443 Zen Garden GP, LLC** | P.O. Box 26539 Austin, TX 78755-0539 | **Koetter Fire Protection of Austin, LLC** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |
|---|---|---|---|

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **3443 Zen Garden GP, LLC** | **P.O. Box 26539** <br> **Austin, TX 78755-0539** | **Mark Schiffgens, CPA** | ☐ D ____ <br> ■ E/F __3.22__ <br> ☐ G ____ |
| 2.23 | **3443 Zen Garden GP, LLC** | **P.O. Box 26539** <br> **Austin, TX 78755-0539** | **Rob Roy Parnell, Receiver** | ☐ D ____ <br> ■ E/F __3.39__ <br> ☐ G ____ |
| 2.24 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd.** <br> **Building V, Suite 100** <br> **Austin, TX 78755** | **ABC Supply Co., Inc.** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.25 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd.** <br> **Building V, Suite 100** <br> **Austin, TX 78755** | **ACM Services, LLC** | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.26 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd.** <br> **Building V, Suite 100** <br> **Austin, TX 78755** | **Austin Glass & Mirror, Inc.** | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.27 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd.** <br> **Building V, Suite 100** <br> **Austin, TX 78755** | **Capital Industries, LLC** | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.28 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd.** <br> **Building V, Suite 100** <br> **Austin, TX 78755** | **Dealers Electrical Supply Company** | ■ D __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.29 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Ferguson Enterprises, Inc.** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.30 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Ferguson Waterworks, LLC** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.31 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Glass.com of Illinois** | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.32 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **H&H Crane Services, Inc.** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.33 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Hill Country Electric Supply** | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.34 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Trane** | ■ D __2.22__ ☐ E/F ____ ☐ G ____ |
| 2.35 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Texas Materials Group, Inc.** | ■ D __2.21__ ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |
|---|---|---|---|

**⬛ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.36 | **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Texas Concrete** | ⬛ D   __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Texas Air Industries, LLC** | ⬛ D   __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.38 | **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Summer Legacy, LLC** | ⬛ D   __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Schindler Elevator Corporation** | ⬛ D   __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Roca** | ⬛ D   __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Lone Star Materials, Inc.** | ⬛ D   __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Koetter Fire Protection of Austin, LLC** | ⬛ D   __2.11__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**     Column 2: **Creditor**

2.43 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Aero Photo**
☐ D _____
■ E/F __3.1__
☐ G _____

2.44 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Ahern Rentals**
☐ D _____
■ E/F __3.2__
☐ G _____

2.45 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Allied Sales Company**
☐ D _____
■ E/F __3.3__
☐ G _____

2.46 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**BPI**
☐ D _____
■ E/F __3.6__
☐ G _____

2.47 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Austin Commercial & Residential Plumbing**
☐ D _____
■ E/F __3.4__
☐ G _____

2.48 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Blue Fish Collaborative, Inc.**
☐ D _____
■ E/F __3.5__
☐ G _____

2.49 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Capital Pumping, LP**
☐ D _____
■ E/F __3.7__
☐ G _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.50 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **CT Laborers Electric, LLC** | ☐ D ＿＿＿＿<br>■ E/F ＿**3.8**＿<br>☐ G ＿＿＿＿ |
| 2.51 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **DM's Construction Equipment Repair** | ☐ D ＿＿＿＿<br>■ E/F ＿**3.9**＿<br>☐ G ＿＿＿＿ |
| 2.52 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Equipmentshare.com , Inc.** | ☐ D ＿＿＿＿<br>■ E/F ＿**3.10**＿<br>☐ G ＿＿＿＿ |
| 2.53 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Foran, O'Toole & Burke, LLC** | ☐ D ＿＿＿＿<br>■ E/F ＿**3.11**＿<br>☐ G ＿＿＿＿ |
| 2.54 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Fritz, Bryne Head & Gilstrap** | ☐ D ＿＿＿＿<br>■ E/F ＿**3.12**＿<br>☐ G ＿＿＿＿ |
| 2.55 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Frontier Plastering** | ☐ D ＿＿＿＿<br>■ E/F ＿**3.13**＿<br>☐ G ＿＿＿＿ |
| 2.56 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Great Lakes Lifting Solutions** | ☐ D ＿＿＿＿<br>■ E/F ＿**3.14**＿<br>☐ G ＿＿＿＿ |

---

Debtor    **3443 Zen Garden, LP**                                    Case number *(if known)*   **20-10410-hcm**

---

█  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.57 **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **GSC Architects** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.58 **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Hilti Inc.** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.59 **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Hinshaw & Culbertson** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.60 **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Hollandstone** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.61 **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Hull Supply, Inc.** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.62 **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Jeremie Schultz** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.63 **Panache Development & Construction** | 3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755 | **Keytech North America** | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |

---

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| 2.64 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **McMinn Land Surveying Company** | ☐ D ____ ■ E/F __3.23__ ☐ G ____ |

| 2.65 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Mint Engineering, LLC** | ☐ D ____ ■ E/F __3.24__ ☐ G ____ |

| 2.66 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **MLA Geotechnical** | ☐ D ____ ■ E/F __3.25__ ☐ G ____ |

| 2.67 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Mobile Mini Storage Solutions** | ☐ D ____ ■ E/F __3.26__ ☐ G ____ |

| 2.68 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **MOHD Service Solutions LLC** | ☐ D ____ ■ E/F __3.27__ ☐ G ____ |

| 2.69 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Nathan Olson** | ☐ D ____ ■ E/F __3.28__ ☐ G ____ |

| 2.70 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Niilo Studios, LLC** | ☐ D ____ ■ E/F __3.29__ ☐ G ____ |

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.71 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **NLB Corp.** |
| | | | ☐ D _____ ▮ E/F __3.30__ ☐ G _____ |
| 2.72 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Paradigm Glass** |
| | | | ☐ D _____ ▮ E/F __3.32__ ☐ G _____ |
| 2.73 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Praxair Distribution, Inc.** |
| | | | ☐ D _____ ▮ E/F __3.33__ ☐ G _____ |
| 2.74 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Professional Flooring Supply** |
| | | | ☐ D _____ ▮ E/F __3.34__ ☐ G _____ |
| 2.75 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Professional StruCivil Engineering** |
| | | | ☐ D _____ ▮ E/F __3.35__ ☐ G _____ |
| 2.76 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Ram Tool Supply** |
| | | | ☐ D _____ ▮ E/F __3.36__ ☐ G _____ |
| 2.77 | **Panache Development & Construction** | **3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755** | **Regal Plastics Supply Company, Inc.** |
| | | | ☐ D _____ ▮ E/F __3.37__ ☐ G _____ |

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.78 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Reinhart & Associates, Inc.**
☐ D _____
■ E/F ___3.38___
☐ G _____

2.79 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Ruiz Testing Services, Inc.**
☐ D _____
■ E/F ___3.40___
☐ G _____

2.80 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Sigmax Corporation**
☐ D _____
■ E/F ___3.41___
☐ G _____

2.81 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Structures**
☐ D _____
■ E/F ___3.42___
☐ G _____

2.82 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Sweep Across Texas**
☐ D _____
■ E/F ___3.43___
☐ G _____

2.83 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**The Bug Master**
☐ D _____
■ E/F ___3.44___
☐ G _____

2.84 **Panache Development & Construction**
3443 Ed Bluestein Blvd. Building V, Suite 100 Austin, TX 78755
**Wembley Metal Buildings**
☐ D _____
■ E/F ___3.45___
☐ G _____

**Fill in this information to identify the case:**

Debtor name    **3443 Zen Garden, LP**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)    **20-10410-hcm**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | 3443 Zen Garden, LP | | Case number *(if known)* | 20-10410-hcm |
|---|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **3443 Zen Garden, LP et al. v. Romspen Mortgage Limited Partnership**<br>**D-1-GN-19-007269** | **Business Tort/Breach of Contract/Receivership** | **Travis County District Court**<br>**P.O. Box 1748**<br>**Austin, TX 78767** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Lone Star Materials, Inc. v. 3443 Zen Garden, LP et al.**<br>**D-1-GN-20-000460** | **Debt/Contract** | **Travis County District Court**<br>**P.O. Box 1748**<br>**Austin, TX 78767** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **In re: 3443 Zen Garden LP and 3443 Zen Garden GP, LLC**<br>**D-1-GN-18-002673** | **Petition to Perpetuate Testimony** | **Travis County District Court**<br>**P.O. Box 1748**<br>**Austin, TX 78767** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None.

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Rob Roy Parnell, Receiver**<br>**251 McKellar Road**<br>**Dripping Springs, TX 78620** | **Management and Control over all or substantially all of Debtor's assets.** | **$0.00** |
| | **Case title**<br>**3443 Zen Garden, LP v. Romspen Mortgage**<br>**Case number**<br>**D-1-GN-19-007269**<br>**Date of order or assignment**<br>**11/26/2019** | **Court name and address**<br>**261st Judicial District Court, Travis Ct**<br>**P.O. Box 1748**<br>**Austin, TX 78767** |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | | Case number *(if known)* | **20-10410-hcm** |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* **20-10410-hcm** |
|---|---|---|

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* **20-10410-hcm** |
|---|---|---|

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or descr bes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Mark Schiffgens, CPA** **100 E. Anderson Lane, Suite 250** **Austin, TX 78752** | **October 2017 to present** |
| 26a.2. | **David Gammage** **2833 Broadmmor Blvd., #260** **Sherwood Park, AB Canada T8H-2H3** | **October 2016 to unknown** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **David Gamage** **2833 Broadmoor Blvd., #260** **Sherward Park, AB Canada, T8H-2H3** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Mark Schiffgens, CPA** **100 E. Anderson Lane, Suite 250** **Austin, TX 78752** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Romspen Mortgage Limited Partnership** **162 Cumberland Street, Suite 300** **Toronto, Ontario MSR** |
| 26d.2.  **Greenworks Lending** **28 Thorndal Circle, Third Floor** **Darien, CT 06820** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **3443 Zen Garden GP, LLC** | **P.O. Box 26539** **Austin, TX 78755-0539** | **General Partner** | **2%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jefferson 1801 Ventures, LLC** | **701 S. Taylor, Ste. 501** **Amarillo, TX 79101** | **Limited Partner** | **24%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lincoln 1861, Inc.** | **20211 9th Avenue SW** **Edmonton AB T6M2N9 Canada** | **Limited Partner** | **74%** |

| Debtor | **3443 Zen Garden, LP** | | Case number *(if known)* | **20-10410-hcm** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| PLA Services, Inc. | 701 S. Taylor, Suite 501<br>Amarillo, TX 79101 | Registered Agent | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel White | 20211 9th Avenue SW<br>Edmonton, AB Canada T6MN9 | Vice-President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam Zarafshani | P.O. Box 265539<br>Austin, TX 78755 | President | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **3443 Zen Garden, LP** | Case number *(if known)* | **20-10410-hcm** |

---

**Part 14:**　Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**May  6, 2020**

**/s/ Adam Zarafshani**　　　　　　　　　　　　　**Adam Zarafshani**
Signature of individual signing on behalf of the debtor　　Printed name

Position or relationship to debtor　　**Manager of 3443 Zen Garden GP, LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re    **3443 Zen Garden, LP**                Case No.    **20-10410-hcm**

Debtor(s)           Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **3443 Zen Garden GP, LLC**<br>**P.O. Box 26539**<br>**Austin, TX 78755-0539** | **General Partner** | **2%** | **Partnership Interest** |
| **Jefferson 1801 Ventures, LLC**<br>**701 S. Taylor, Ste. 501**<br>**Amarillo, TX 79101** | **Limited Partner** | **24%** | **Partnership Interest** |
| **Lincoln 1861, Inc.**<br>**20211 9th Avenue SW**<br>**Edmonton AB T6M2N9 Canada** | **Limited Partner** | **74%** | **Partnership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Officer** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May  6, 2020**                 Signature   **/s/ Adam Zarafshani**

                                                        **Adam Zarafshani**

*Penalty for making a false statement of concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.