FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*
Dana DeBeauvoir, County Clerk
Travis County, Texas
Jan 15, 2020 04:11 PM     Fee: $34.00
**2020007338**
*Electronically Recorded*

# EXHIBIT "B"

## AFFIDAVIT CLAIMING MECHANIC'S LIEN

### NOTICE: THIS IS NOT A LIEN.
### THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN.

### AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALMAN'S LIEN

STATE OF TEXAS           §
                         §
COUNTY OF TRAVIS         §

BEFORE ME, the undersigned authority, on this day personally appeared Tram Nguyen, the undersigned Affiant, who swore on his/her oath that the following facts are true:

My name is Tram Nguyen, I am the Credit Manager of Ferguson Enterprises, LLC. This Affidavit is made on behalf of Ferguson Enterprises, LLC to perfect the Mechanic's and Materialman's Lien against the real property described below:

1. Ferguson Enterprises, LLC has an unpaid claim in the amount of **$8,812.14** for (labor and materials) (materials) furnished on the construction of improvements generally known as the **EIGHTFOLD DEVELOPMENT** construction project. The claimed amount of **$8,812.14** is, within my personal knowledge, just and true, the same is due and unpaid, and all just and lawful offsets, payments and credits have been allowed. The claim amount is for (labor and materials) (materials) furnished and described below, on which a systematic record has been kept.

2. The name and last known address of the owner or reputed owner of the real property and improvements upon which this claim is made is:

3443 ZEN GARDEN LP (EIGHTFOLD)
211 E 7TH ST
AUSTIN, TX 78701

3. The claim amount of **$8,812.14** represents the unpaid contract price due claimant, or in the alternative, is the reasonable value of the unpaid portion of Ferguson Enterprises, LLC (labor and materials) (materials) furnished, which are described below.

4. Ferguson Enterprises, LLC (labor and materials) (materials) furnished for construction of improvements on the real property described below are generally described as: <u>PIPES, VALVES, OR BUILDING MATERIALS</u> *[description, i.e., specially fabricated and installed plumbing, heating, ventilating and air conditioning duct work, equipment and allied systems].* This claim consists of said (work performed, and materials delivered) (materials delivered) during each of the following months: <u>August 2019, September 2019, October 2019.</u>

5. Claimant furnished the above-described (labor and materials) (materials) under a (contract) (subcontract) (purchase order) with **PANACHE DEVELOPMNT & CONS** whose last known address is **3636 EXECUTIVE CTR DR G60, AUSTIN, TX 78731.**

6. The name and last known address of the original contractor on the above-referenced project is **PANACHE DEVELOPMENT & CONS, PO BOX 26539, AUSTIN, TX 78755.**

7. The legal description of the real property improved by Claimant's above-described (labor and materials) (materials, and which real property and improvements thereon are sought to be charged with Ferguson Enterprises, LLC's lien, is:

UNT B ZEN GARDEN COMMERCIAL CONDOMINIUM
PLUS 5.266 % INT IN COM AREA
AUSTIN, TX 78721
IN THE COUNTY OF TRAVIS, TEXAS

8. Ferguson Enterprises, LLC claims a mechanic's and materialman's lien upon the above-described real property and improvements thereon to secure payment of its claim in the amount of <u>**$8,812.14**</u> in accordance with the Texas Property Code.

9. Ferguson Enterprises, LLC's physical address is 15711 Eastex Freeway, Humble TX, 77396.

Ferguson Enterprises, LLC's mailing address is 15711 Eastex Freeway, Humble TX, 77396.

10. Ferguson Enterprises, LLC's notice(s) of mechanic's lien was/were sent to MCCOMBS PROPERTIES LLC by United States, certified mail, return receipt requested, on the following date(s), to the addressees indicated: November 15, 2019, December 13, 2019

11. In compliance with the Texas Property Code, Ferguson Enterprises, LLC is sending one copy of this Affidavit to **EIGHTFOLD DEVELOPMENT**, at its last known address, and also one copy to the above-referenced to **PANACHE DEVELOPME NT & CONS** at its last known address.

_____
Tram Nguyen

SUBSCRIBED AND SWORN TO BEFORE ME by the said Tram Nguyen this 15th day of January 2020, to certify which witness my hand and seal of office.



Notary Public, State of Texas

## ACKNOWLEDGMENT

This instrument was acknowledged before me on the 15th day of January 2020 by Tram Nguyen, the Credit Manager and duly authorized agent of Ferguson Enterprises, LLC., a Texas Corporation, on behalf of said corporation.

Notary Public, State of Texas

AFTER FILING RETURN TO:

Tram Nguyen
15711 Eastex Freeway
Humble, TX 77396



\*\*\* MEMBER COPY \*\*\*

**STATE OF TEXAS**

**NOTICE LETTER TO OWNER AND ORIGINAL CONTRACTOR**

7196 9002 4000 3793 8721

**NO RETURN RECEIPT**

Bildrs No. 6529146
7196 9002 4000 3793 8721
7196 9002 4000 3793 8738
7196 9002 4000 3793 8745
7196 9002 4000 3793 8752

*Bildrs No: 6529146*
**3443 ZEN GARDEN LIMITED PARTNERSHIP**
**3443 ED BLUESTEIN BLVD/PO BOX 26539**
**AUSTIN TX 78721-2912**

Re: Labor, Services, Equipment or Material Supplied:
**PLUMBING/HVAC/PIPE/WATERWORKS/APPLIANCES/INSTALLATION SVS/LIGHTING/CONSTR MTLS**
Owner: **3443 ZEN GARDEN LIMITED PARTNERSHIP, 3443 ED BLUESTEIN BLVD/PO BOX 26539, AUSTIN TX 78721-2912**
Contractor: **PANACHE DEVELOPMENT & CON, PO BOX 26539, AUSTIN, TX 78755, 512-345-7000**

For Project Located At: **EIGHTFOLD DEVELOPMENT, 3443 ED BLUESTEIN BLVD, AUSTIN, TX 78721, TRAVIS**

Work described above was performed during the month(s) of **August 2019, September 2019, October 2019** by us, in connection with the referenced project. The sum of **$8,812.14** is currently unpaid and owing for such work, including any agreed retainage.

If this claim remains unpaid you as the owner may be personally liable or your property subjected to a lien unless payment is withheld from the above mentioned original contractor for the payment of this claim or unless the claim is otherwise paid or settled.

Further, we hereby make demand on you for payment under section 53.083 and request that you forward to us any funds held for the original contractor to pay this claim, unless the contractor disputes this claim as required by law.

Further, in compliance with Section 53.107(a)(2), claimant requests owner to give the undersigned written notice of either termination of or abandonment of performance of the original contract.

**FERGUSON WATERWORKS #1106**
**4427 FACTORY HILL DR**
**SAN ANTONIO, TX 78219**
**210-333-2410**

*[signature]*

Title: BICA Representative
**01/15/2020**
BICA 1-800 722-2422

**Owner:** 3443 ZEN GARDEN LIMITED PARTNERSHIP, 3443 ED BLUESTEIN BLVD/PO BOX 26539, AUSTIN TX 78721-2912
**Orig Contr:** PANACHE DEVELOPMENT & CON, PO BOX 26539, AUSTIN, TX 78755, 512-345-7000
**Customer:** PANACHE DEVELOPMNT & CONST INC, 01106*44013, 3636 EXECUTIVE CTR DR G60, AUSTIN, TX 78731, 512-345-7000
**Job No:** 44013
**Owner:** EIGHTFOLD DEVELOPMENT, 211 E 7TH ST, AUSTIN, TX 78701

Form Rev: 01/12  1

**PRINT DUPLICATE INVOICE**

## FERGUSON WATERWORKS

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

Deliver To: B401498 60000
From: Tram Nguyen
Comments:

*Please Contact With Questions:*
844-308-9120

| Invoice Number | Customer | Page |
|---|---|---|
| 1031867 | 44013 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 1213.90

**Sold To:**
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

**Ship To:**
COUNTER PICK UP
FERGUSON WATERWORKS #1254
200 PARK CENTRAL BLVD
GEORGETOWN, TX 78626

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1254 | 1254 | TX1254 | EIGHTFOLD | CRS | EIGHTFOLD DEVELOPMENT | 09/06/2019 | 66717 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | MUL067035 | 12 PVC HW SWR GXGXG TEE | 477.420 | EA | 477.42 |
| 1 | 1 | MUL067350 | 12 PVC HW SWR GXG 90 ELL | 372.820 | EA | 372.82 |
| 2 | 2 | FNWNBGS61RF8U | 6 316 SS 150# RR FF 1/8 FLG SET | 74.940 | EA | 149.88 |
| 2 | 2 | BFU | 6 DI C110 125# BLND FLG | 60.630 | EA | 121.26 |

Invoice Sub-Total 1121.38
Tax 92.52
Total Amt 1213.90

TOTAL DUE ---> 1213.90

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale
GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.

LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

**≴ FERGUSON® WATERWORKS**

*PRINT DUPLICATE INVOICE*

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

Deliver To: B401498 60000
From: Tram Nguyen
Comments:

*Please Contact With Questions:*
844-308-9120

| Invoice Number | Customer | Page |
|---|---|---|
| CM086206 | 44013 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

TOTAL DUE ---> -1129.80

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

Sold To:
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

Ship To:

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1254 | 1254 | TX1254 | EF052819TFH55 | CRS | EIGHTFOLD DEVELOPMENT | 09/12/2019 | CM0 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | MUL067253 | 12 PVC HW SWR GXGXG WYE  OI 1017948 | -566.270 | EA | -566.27 |
|  |  | Cust PO:EF052819TF | Job Name: EIGHTFOLD DEVELOPMENT |  |  |  |
| 1 | 1 | MUL067035 | 12 PVC HW SWR GXGXG TEE   OI 1031867 | -477.420 | EA | -477.42 |
|  |  | Cust PO:EIGHTFOLD | Job Name: EIGHTFOLD DEVELOPMENT |  |  |  |

Invoice Sub-Total   -1043.69
Tax                  -86.11
Total Amt          -1129.80

TOTAL DUE ---> -1129.80

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKET UNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

**PRINT DUPLICATE INVOICE**

# FERGUSON® WATERWORKS

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

Deliver To: B401498 60000
From: Tram Nguyen
Comments:

**Please Contact With Questions:**
844-308-9120

| Invoice Number | Customer | Page |
|---|---|---|
| 1033203 | 44013 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1501.90

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

**Ship To:**
COUNTER PICK UP
FERGUSON WATERWORKS #1254
200 PARK CENTRAL BLVD
GEORGETOWN, TX 78626

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1254 | 1254 | TX1254 | EF091719TFPSF18 | CRS | EIGHTFOLD DEVELOPMENT | 09/24/2019 | 66896 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | BF16 | 16 DI C110 125# BLND FLG | 346.860 | EA | 1387.44 |
| 2 | 0 | BFU | 6 DI C110 125# BLND FLG | 60.630 | EA | 0.00 |
| | | | Invoice Sub-Total | | | 1387.44 |
| | | | Tax | | | 114.46 |
| | | | Total Amt | | | 1501.90 |

TOTAL DUE ---> 1501.90

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKET UNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

# FERGUSON® WATERWORKS

**REPRINT DUPLICATE INVOICE**

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

Deliver To: B401498 60000
From: Tram Nguyen
Comments:

*Please Contact With Questions:*
844-308-9120

| Invoice Number | Customer | Page |
|---|---|---|
| 1035304 | 44013 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 850.07

**Sold To:**
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

**Ship To:**
COUNTER PICK UP
FERGUSON WATERWORKS #1254
200 PARK CENTRAL BLVD
GEORGETOWN, TX 78626

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1254 | 1254 | TX1254 | EF093019TFSF10 | CRS | EIGHTFOLD DEVELOPMENT | 10/01/2019 | 66999 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | IMJBGP12 | 12 MJ C153 BLT GSKT PK L/ GLAND | 32.780 | EA | 131.12 |
| 2 | 2 | MJLSLA12 | 12X12 MJ C153 LONG SLV L/A | 179.280 | EA | 358.56 |
| 4 | 4 | SSLDE12 | 12 DI MJ WDG REST GLND *ONELOK | 73.900 | EA | 295.60 |
| | | | Invoice Sub-Total | | | 785.28 |
| | | | Tax | | | 64.79 |
| | | | Total Amt | | | 850.07 |

TOTAL DUE ---> 850.07

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

**☒ FERGUSON®**
**WATERWORKS**

**\*\*PRINT DUPLICATE INVOICE**

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

| Deliver To: | B401498 60000 |
| From: | Tram Nguyen |
| Comments: | |

*Please Contact With Questions:*
844-308-9120

| Invoice Number | Customer | Page |
|---|---|---|
| 1036142 | 44013 | 1 |

*Please refer to Invoice Number when making payment and remit to:*

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 164.56

**Sold To:**
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

**Ship To:**
COUNTER PICK UP
FERGUSON WATERWORKS #1254
200 PARK CENTRAL BLVD
GEORGETOWN, TX 78626

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1254 | 1254 | TX1254 | VI100419TFPSF18 | CRS | EIGHTFOLD DEVELOPMENT | 10/04/2019 | 67027 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | HERMAN CALLED IN 10.4.19 | | | |
| | | | WILL PICK UP | | | |
| | | | | | | |
| 2 | 2 | BFU | 6 DI C110 125# BLND FLG | 60.630 | EA | 121.26 |
| 2 | 2 | BGS150U | 6 150# BLT & FF GSKT SET | 15.380 | EA | 30.76 |
| | | | Invoice Sub-Total | | | 152.02 |
| | | | Tax | | | 12.54 |
| | | | Total Amt | | | 164.56 |

TOTAL DUE ---> 164.56

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKET UNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

PRINT DUPLICATE INVOICE

# FERGUSON WATERWORKS

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

Deliver To: B401498 60000
From: Tram Nguyen
Comments:

**Please Contact With Questions:**
844-308-9120

| Invoice Number | Customer | Page |
|---|---|---|
| 1032506 | 44013 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 830.32

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

**Ship To:**
COUNTER PICK UP
FERGUSON WATERWORKS #1254
200 PARK CENTRAL BLVD
GEORGETOWN, TX 78626

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1254 | 1254 | TX1254 | EIGHTFOLD | CRS | EIGHTFOLD DEVELOPMENT | 09/11/2019 | 66754 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | MJSCAPLA16 | 16 MJ C153 SLD CAP L/A | 191.760 | EA | 767.04 |

Invoice Sub-Total 767.04
Tax 63.28
Total Amt 830.32

TOTAL DUE ---> 830.32

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKET UNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

PRINT DUPLICATE INVOICE

# FERGUSON® WATERWORKS

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

Deliver To: B401498 60000
From: Tram Nguyen
Comments:

**Please Contact With Questions:**
844-308-9120

| Invoice Number | Customer | Page |
|---|---|---|
| 1027178 | 44013 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 561.85

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

**Ship To:**
COUNTER PICK UP
FERGUSON WATERWORKS #1254
200 PARK CENTRAL BLVD
GEORGETOWN, TX 78626

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1254 | 1254 | TX1254 | EF080519TFSF11 | CRS | EIGHTFOLD DEVELOPMENT | 08/06/2019 | 66397 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | PSLUBXL1G | 1 GAL 8 LB PIPE JT LUB NSF NEW FORM | 25.950 | EA | 25.95 |
| 1 | 0 | MUL067331 | 12 PVC HW SWR GXG 45 ELL | 225.000 | EA | 0.00 |
| 42 | 42 | SDR26HWSP1214 | 12X14 SDR26 HW PVC GJ SWR PIPE | 11.740 | FT | 493.08 |

| | |
|---|---|
| Invoice Sub-Total | 519.03 |
| Tax | 42.82 |
| Total Amt | 561.85 |

TOTAL DUE ---> 561.85

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKET UNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

*PRINT DUPLICATE INVOICE*

# FERGUSON WATERWORKS

**FERGUSON WATERWORKS #1106**
P O BOX 847411
DALLAS, TX 75284-7411

| Deliver To: | B401498 60000 |
|---|---|
| From: | Tram Nguyen |
| Comments: | |

**Please Contact With Questions:**
844-308-9120

| Invoice Number | Customer | Page |
|---|---|---|
| 1033394 | 44013 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 1321.27

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

**Ship To:**
COUNTER PICK UP
FERGUSON WATERWORKS #1254
200 PARK CENTRAL BLVD
GEORGETOWN, TX 78626

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1254 | 1254 | TX1254 | EF091719TFJ | CRS | EIGHTFOLD DEVELOPMENT | 09/18/2019 | 66825 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 0 | MUL067350 | 12 PVC HW SWR GXG 90 ELL | 266.740 | EA | 0.00 |
| 2 | 0 | MUL067331 | 12 PVC HW SWR GXG 45 ELL | 203.350 | EA | 0.00 |
| 3 | 3 | MUL067482 | 12 PVC HW SWR GXG REP COUP | 144.060 | EA | 432.18 |
| 60 | 60 | SDR26HWSP1214 | 12X14 SDR26 HW PVC GJ SWR PIPE | 13.140 | FT | 788.40 |

Invoice Sub-Total 1220.58
Tax 100.69
Total Amt 1321.27

TOTAL DUE ---> 1321.27

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

# FERGUSON® WATERWORKS

PRINT DUPLICATE INVOICE

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

| Deliver To: | B401498 60000 |
| --- | --- |
| From: | Tram Nguyen |
| Comments: | |

**Please Contact With Questions:**
844-308-9120

| Invoice Number | Customer | Page |
| --- | --- | --- |
| 1035967 | 44013 | 1 |

Please refer to Invoice Number when making payment and remit to:

TOTAL DUE ---> 2480.33

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

**Sold To:**
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

**Ship To:**
COUNTER PICK UP
FERGUSON WATERWORKS #1254
200 PARK CENTRAL BLVD
GEORGETOWN, TX 78626

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1254 | 1254 | TX1254 | EF100319TFF09 | CRS | EIGHTFOLD DEVELOPMENT | 10/04/2019 | 67027 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | | | HERMAN VELASQUEZ | | | |
| | | | P/U 10.4.19 | | | |
| 1 | 1 | AFCB84BLAOLM | 5-1/4 VO B84B HYD 3'0 BURY OL L/A | 2291.300 | EA | 2291.30 |

Invoice Sub-Total 2291.30
Tax 189.03
Total Amt 2480.33

TOTAL DUE ---> 2480.33

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.**

**FERGUSON WATERWORKS**

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

PRINT DUPLICATE INVOICE

Deliver To: B401498 60000
From: Tram Nguyen
Comments:

Please Contact With Questions:
844-308-9120

| Invoice Number | Customer | Page |
|---|---|---|
| 1033394-1 | 44013 | 1 |

Please refer to Invoice Number when making payment and remit to:

FERGUSON WATERWORKS #1106
P O BOX 847411
DALLAS, TX 75284-7411

TOTAL DUE ---> 1017.74

**Sold To:**
PANACHE DEVELOPMNT & CONST INC
EIGHTFOLD DEVELOPMENT
3636 EXECUTIVE CTR DR G60
//LIEN 1-15-20\\

**Ship To:**
COUNTER PICK UP
FERGUSON WATERWORKS #1254
200 PARK CENTRAL BLVD
GEORGETOWN, TX 78626

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1254 | 1254 | TX1254 | EF091719TFJ | CRS | EIGHTFOLD DEVELOPMENT | 09/24/2019 | 66896 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | MUL067331 | 12 PVC HW SWR GXG 45 ELL | 203.350 | EA | 406.70 |
| 2 | 2 | MUL067350 | 12 PVC HW SWR GXG 90 ELL | 266.740 | EA | 533.48 |

Invoice Sub-Total 940.18
Tax 77.56
Total Amt 1017.74

TOTAL DUE ---> 1017.74

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKET UNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.