## Exhibit C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-10410-hcm |
| 3443 ZEN GARDEN, L.P. | § | |
| ALLEGED DEBTOR | § | |

## DECLARATION OF JASON WESLEY FERGUSON IN SUPPORT OF
## OBJECTION TO POST-PETITION FINANCING

I, Jason W. Ferguson, being duly sworn, state the following under penalty of perjury:

1.  I am one of the owners of Koetter Fire Protection of Austin, LLC ("Koetter") located in Pflugerville, Texas.  I submit this declaration ("Declaration") in support of the Objection to Post-Petition Financing.  I have been personally involved in all facets of Koetter's involvement in the improvements located at 3443 Ed Bluestein Boulevard in Austin, Texas (the "Project") and I have personal knowledge of the facts contained herein.

2.  I have been a part of Koetter since 1998.  My duties began when I opened the Austin office overseeing all operations and financial decisions in the company.  In 2001, I became a managing member of the business.  I started working as a contractor for Koetter installing alarms and sprinkler systems in 1998 and have been in the business continuously since that time.  Prior to that, I was a master electrician working as a fire alarm system administrator at Motorola.

**The Lien**

3.  Koetter entered into a contract with Panache Development & Construction, Inc. ("Panache") and Debtor on the Project owned by Panache and/or Debtor.  The scope of work undertaken by Koetter can be generally described as the design, planning, and installation of fire alarms and fire sprinkler systems throughout the Project.

4. On or about October 15, 2019, and December 11, 2019, I caused to be served a Notice of Unpaid Balance on Panache and Debtor for nonpayment of invoices for the months of August 2018 through November of 2019, including retainage claims. A true and correct copy of said notices are attached hereto as Exhibit "A".

5. On or about December 12, 2019, and January 15, 2020, I caused to be recorded an Affidavit of Claim for Mechanic's Lien on behalf of Koetter as Official Public Document Nos. 2019195395, 2019195396, 2019195397, 2020006840, 2020006841, 2020006842, 2020006843, 2020006844, 2020006845, 2020006846, 2020006847, 2020006848, and 2020006849. A true and correct copy of said liens are attached hereto as Exhibit "B". Unpaid work and materials were installed as per the terms of the contract with Panache, payment is past due, and the lien amount remains unsatisfied.

DATED: June _10_, 2020.

Jason W. Ferguson, Managing Member
Koetter Fire Protection of Austin, LLC

SUBSCRIBED AND SWORN TO BEFORE ME, on this 10th day of June, 2020.

KATE MERCER
Notary Public, State of Texas
Comm. Expires 04-22-2023
Notary ID 130167898

Notary Public in and For the State of Texas

**FERGUSON EX. "A"**

**DATE:**    October 15, 2019

Eightfold Developments, LLC.
c/o Panache Development & Construction
P O Box 26539
Austin, Texas 78755

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6754

Re:    Koetter Fire Protection of Austin, LLC. (Subcontractor)
       Panache Development & Construction, Inc. (Original Contractor)
       Eightfold Developments, LLC. (Lessee)
       Project location: 3443 Ed Bluestein Blvd. Austin, Texas 78721
       Known as:  Eightfold – Central Plant (193278)

Gentlemen:

   Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above.  We understand that  3443 Zen Garden Limited Partnership.  is the owner of the land and perhaps some of the improvements and that  Eightfold Developments, LLC  is the owner of a leasehold estate and some or all of the improvements at the described location.  We further understand that the above-designated original contractor is the original contractor.  Please advise immediately if any of these assumptions is incorrect.

   The principal amount of the account with the original contractor is  seventy thousand, nine hundred fifty and 90/100  Dollars ($ 70, 950.90 ).

   If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

   Enclosed you will find a copy of the invoice(s).

   The materials and labor consist of  100% design labor, 100% materials furnished and 50% labor less 10% retainage in progress of the fire sprinkler system remodel .

   Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas.  Our claim, or a part thereof, against  Panache Development & Construction, Inc.   is past due according to terms.

   The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

*Theresa Justis*

Reimbursement Coordinator                                        Page 3

Enclosures

COPY

cc: Panache Development & Construction, Inc. CERTIFIED MAIL
  P O Box 26539 RETURN RECEIPT REQUESTED
  Austin, Texas 78755

           7018 0680 0001 4391 6730

cc: 3443 Zen Garden Limited Partnership CERTIFIED MAIL
  3443 Ed Bluestein Blvd. RETURN RECEIPT REQUESTED
  Austin, Texas 78721-2902

           7018 0680 0001 4391 6747

COPY

# KOETTER FIRE PROTECTION

OF AUS..N, L.L.C.

**Invoice**

## ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS
FIRE SPRINKLER SYSTEMS • SECURITY

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
LUBBOCK ★ CORPUS CHRISTI

| DATE | INVOICE # |
|------|-----------|
| 06/12/19 | 270979 |

BILL TO:

**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

REMIT TO:
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| Central Plant | Due on Receipt | 193278 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT: | | |
| | Eightfold Central Plant | | |
| | 3443 Ed Bluestein Blvd. | | |
| | Austin, Texas 78721 | | |
| | Fire Sprinkler System Remodel | | |
| 1 | Materials | 61674.00 | 61674.00 |
| 1 | Labor | 11152.17 | 11152.17 |
| 1 | Retainage - Material (10%) | -6167.40 | -6167.40 |
| 1 | Retainage - Labor (10%) | -1115.22 | -1115.22 |
| | Invoice subtotal | | 65543.55 |
| | Sales tax | | 5407.35 |

## WE APPRECIATE YOUR BUSINESS!

**TOTAL** 70950.90

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE

COPY

**DATE:**   October 15, 2019

Eightfold Developments, LLC.
c/o Panache Development & Construction
P O Box 26539
Austin, Texas 78755

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6754

    Re:    Koetter Fire Protection of Austin, LLC. (Subcontractor)
            Panache Development & Construction, Inc. (Original Contractor)
            Eightfold Developments, LLC. (Lessee)
            Project location: 3443 Ed Bluestein Blvd. Austin, Texas 78721
            Known as: Eightfold – Central Plant (193278)

Gentlemen:

    Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Eightfold Developments, LLC is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

    The principal amount of the account with the original contractor is four thousand, three hundred forty-six and 00/100 Dollars ($ 4,346.00 ).

    If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

    Enclosed you will find a copy of the invoice(s).

    The materials and labor consist of 20% labor less 10% retainage in progress of the fire sprinkler system remodel .

    Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

    The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justus

Reimbursement Coordinator

Enclosures



cc: Panache Development & Construction, Inc.  CERTIFIED MAIL
  P O Box 26539         RETURN RECEIPT REQUESTED
  Austin, Texas 78755       7018 0680 0001 4391 6730

cc: 3443 Zen Garden Limited Partnership  CERTIFIED MAIL
  3443 Ed Bluestein Blvd.       RETURN RECEIPT REQUESTED
  Austin, Texas 78721-2902     7018 0680 0001 4391 6747



# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**Page 8**

# Invoice

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS
FIRE SPRINKLER SYSTEMS • SECURITY

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
LUBBOCK ★ CORPUS CHRISTI

| DATE | INVOICE # |
|------|-----------|
| 07/18/19 | 271512 |

BILL TO:

**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| Central Plant | Due on Receipt | 193278 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT:<br>Eightfold Central Plant<br>3443 Ed Bluestein Blvd.<br>Austin, Texas 78721<br><br>Fire Sprinkler System Remodel | | |
| 1 | Labor | 4460.87 | 4460.87 |
| 1 | Retainage - Labor (10%) | -446.09 | -446.09 |
| | Invoice subtotal | | 4014.78 |
| | Sales tax | | 331.22 |

## WE APPRECIATE YOUR BUSINESS!

| **TOTAL** | 4346.00 |
|-----------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE

Page 8



**DATE:**    October 15, 2019

Eightfold Developments, LLC.
c/o Panache Development & Construction
P O Box 26539
Austin, Texas 78755

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6754

Re:    Koetter Fire Protection of Austin, LLC. (Subcontractor)
Panache Development & Construction, Inc. (Original Contractor)
Eightfold Developments, LLC. (Lessee)
Project location: 3443 Ed Bluestein Blvd. Bldgs. H & J Austin, Texas 78721
Known as: Eightfold – Bldgs. H&J Core & Shell (193244)

Gentlemen:

Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Eightfold Developments, LLC is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is thirty-nine thousand, five hundred forty-seven and 67/100 Dollars ($ 39,547.67 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of 90% labor Building H Floor 2, 90% labor Building H Floor 3 and 90% labor Building H Floor 4 less 10% retainage in progress of the fire sprinkler system .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justes

Enclosures

COPY

Reimbursement Coordinator

cc: Panache Development & Construction, Inc.
    P O Box 26539
    Austin, Texas 78755

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6730

cc: 3443 Zen Garden Limited Partnership
    3443 Ed Bluestein Blvd.
    Austin, Texas 78721-2902

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6747



# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.
### ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

**Invoice**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|------|-----------|
| 07/17/19 | 271495 |

BILL TO:

**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

REMIT TO:
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!*  *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| H&J Core & Shell | Due on Receipt | 193244 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT: | | |
| | Eightfold Buildings H&J 2-4 Floors (Core & Shell) | | |
| | 3443 Ed Bluestein Blvd. | | |
| | Austin, Texas 78721 | | |
| | Adam Zarafshani / Troy Fellows | | |
| | Fire Sprinkler System | | |
| 1 | Building H Floor 2 - Labor | 14647.29 | 14647.29 |
| 1 | Building H Floor 3 - Labor | 14647.29 | 14647.29 |
| 1 | Building H Floor 4 - Labor | 14647.28 | 14647.28 |
| 1 | Retainage - Labor (10%) | -4394.19 | -4394.19 |
| | | Invoice subtotal | 39547.67 |
| | | Sales tax | 0.00 |

## WE APPRECIATE YOUR BUSINESS!

**TOTAL**  39547.67

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



U.S. Postal Service

For delivery information, visit our website at www.usps.com®.

**OFFICIAL**

Certified Mail Fee
$3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ 1.60
☐ Return Receipt (electronic)        $ 0.00
☐ Certified Mail Restricted Delivery $ 0.00
☐ Adult Signature Required           $ 0.00
☐ Adult Signature Restricted Delivery $ 0.00

Postage
$ 2.20

Total Postage and Fees
$ 7.30

Sent To
3443 Zen Garden, LP
Street and Apt. No., or PO Box No.
3443 Ed Bluestein Blvd.
City, State, ZIP+4
Austin TX 78721-3901

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

PFLUGERVILLE TEXAS
0664
08
JAN 7 Postmark Here 2020
Jan 17 2020
7060

7019 0700 0001 3864 9500

**DATE:**   October 15, 2019

Eightfold Developments, LLC.
c/o Panache Development & Construction
P O Box 26539
Austin, Texas 78755

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6954

Re:   Koetter Fire Protection of Austin, LLC. (Subcontractor)
Panache Development & Construction, Inc. (Original Contractor)
Eightfold Developments, LLC. (Lessee)
Project location: 3443 Ed Bluestein Blvd. Building H Austin, Texas 78721
Known as:  Eightfold – Building H 1st Floor (193245)

Gentlemen:

Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Eightfold Developments, LLC is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is eleven thousand, five hundred ninety-eight and 50/100 Dollars ($ 11,598.50 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of 80% labor Building H 1st Floor less 10% retainage in progress of the fire sprinkler system modification .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justes

Reimbursement Coordinator

Enclosures



cc:  Panache Development & Construction, Inc.
     P O Box 26539
     Austin, Texas 78755

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6730

cc:  3443 Zen Garden Limited Partnership
     3443 Ed Bluestein Blvd.
     Austin, Texas 78721-2902

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6747


COPY

# KOETTER FIRE PROTECTION
## OF A... ...N, L.L.C.
### ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**LUBBOCK ★ CORPUS CHRISTI**

**Invoice**

| DATE | INVOICE # |
|---|---|
| 07/18/19 | 271504 |

BILL TO:

**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

REMIT TO:
**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|---|---|---|
| Bldg. H 1st Floor | Due on Receipt | 193245 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | PROJECT:<br>Bldg H 1st Floor / Bldg J 1st Floor<br>3443 Ed Bluestein Blvd.<br>Austin, Texas 78721 | | |
| | Fire Sprinkler System Modification | | |
| 1 | Building H 1st Floor Labor | 11905.06 | 11905.06 |
| 1 | Retainage - Labor (10%) | -1190.51 | -1190.51 |
| | Invoice subtotal | | 10714.55 |
| | Sales tax | | 883.95 |

## WE APPRECIATE YOUR BUSINESS!

**TOTAL**  11598.50

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE

COPY

**DATE:**      December 11, 2019

Austin Viie, LLC
P O Box 26538
Austin, Texas 78755-0538

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6914

Re:    Koetter Fire Protection of Austin, LLC. (Subcontractor)
       Panache Development & Construction, Inc. (Original Contractor)
       Austin Viie, LLC. (Lessee)
       Project location: 3443 Ed Bluestein Blvd. Building V Austin, Texas 78721
       Known as:  Austin Viie -- Work Well Win F1 (183178)

Gentlemen:

 Koetter Fire Protection of Austin, LLC. , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above.  We understand that  3443 Zen Garden Limited Partnership.  is the owner of the land and perhaps some of the improvements and that  Austin Viie, LLC.  is the owner of a leasehold estate and some or all of the improvements at the described location.  We further understand that the above-designated original contractor is the original contractor.   Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is  seven thousand, one hundred eighty-six and 18/100  Dollars ($ 7,186.18 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of  10% retainage in completion of the fire sprinkler 1st floor system modification .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas.  Our claim, or a part thereof, against  Panache Development & Construction, Inc.  is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justes

Reimbursement Coordinator

Enclosures

COPY

cc:  Panache Development & Construction, Inc.       CERTIFIED MAIL
     P O Box 26539                                  RETURN RECEIPT REQUESTED
     Austin, Texas 78755                            7018 0680 0001 4391 6921

cc:  3443 Zen Garden Limited Partnership            CERTIFIED MAIL
     3443 Ed Bluestein Blvd.                         RETURN RECEIPT REQUESTED
     Austin, Texas 78721-2902                       7018 0680 0001 4391 6938



# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

### ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS
FIRE SPRINKLER SYSTEMS • SECURITY

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
LUBBOCK ★ CORPUS CHRISTI

**Invoice**

| DATE | INVOICE # |
|---|---|
| 07/16/19 | 271478 |

BILL TO:

Panache Development & Construction, Inc.
P.O. Box 26539
Austin, TX  78755

REMIT TO:
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!*  *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|---|---|---|
| WWW F1 | Due on Receipt | 183178 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | PROJECT:<br>Eightfold - Work Well Win F1<br>3443 Ed Bluestein Blvd.<br>Austin, Texas 78721<br>Adam Zarafshani<br><br>Fire Sprinkler 1st Floor Modification | | |
| 1 | Retainage - Labor (10%)<br>Invoices 267087, 268701 and 270166 | 1869.92 | 1869.92 |
| 1 | Retainage - Material (10%)<br>Invoices 267457, 268366 and 268701 | 4768.59 | 4768.59 |
| | Invoice subtotal | | 6638.51 |
| | Sales tax | | 547.67 |

## WE APPRECIATE YOUR BUSINESS!

**TOTAL**  7186.18

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**

AUSTIN TX 7872

Certified Mail Fee  $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $1.60
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $ $0.00

Postage  $2.20

Total Postage and Fees  $7.30

Sent To
Austin Vile
Street and Apt. No., or PO Box No.
3443 Ed Bluestein Blvd.
City, State, ZIP+4
Austin TX 78721

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instruction

7019 0700 0001 3864 9461

01/17/2020

**DATE:**   December 11, 2019

Austin Viie, LLC.
P O Box 26538
Austin, Texas 78755-0538

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6945

Re:   Koetter Fire Protection of Austin, LLC. (Subcontractor)
Panache Development & Construction, Inc. (Original Contractor)
Austin Viie, LLC. (Lessee)
Project location: 3443 Ed Bluestein Blvd. Building V Austin, Texas 78721
Known as: Austin Viie – Work Well Win F2 (183179)

Gentlemen:

Koetter Fire Protection of Austin, LLC. , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Austin Viie, LLC. is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is seven thousand, one hundred four and 54/100 Dollars ($ 7,104.54 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of 10% retainage in completion of the fire sprinkler 2nd floor installation .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justis

Reimbursement Coordinator

Enclosures

COPY

cc: Panache Development & Construction, Inc.
    P O Box 26539
    Austin, Texas 78755

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

7018 0680 0001 4391 6952

cc: 3443 Zen Garden Limited Partnership
    3443 Ed Bluestein Blvd.
    Austin, Texas 78721-2902

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

7018 0680 0001 4391 6969



# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

**Invoice**

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS
FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|---|---|
| 07/17/19 | 271484 |

BILL TO:

**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!   We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|---|---|---|
| WWW F2 | Due on Receipt | 183179 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | PROJECT:<br>Eightfold - Work Well Win F2<br>3443 Ed Bluestien Blvd.<br>Austin, Texas 78721<br>Adam Zarafshani / Troy Fellows<br><br>Fire Sprinkler 2nd Floor Installation | | |
| 1 | Retainage - Labor (10%)<br>Invoices 267088, 268708, 269171 and 270563 | 2968.20 | 2968.20 |
| 1 | Retainage - Material (10%)<br>Invoices 267459 and 268708 | 3821.10 | 3821.10 |
| | Invoice subtotal | | 6789.30 |
| | Sales tax | | 315.24 |

## WE APPRECIATE YOUR BUSINESS!

**TOTAL** 7104.54

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



**DATE:** ___December 11, 2019___

Austin Viie, LLC  
P O Box 26538  
Austin, Texas 78755-0538  

CERTIFIED MAIL  
RETURN RECEIPT REQUESTED  
7018 0680 0001 4391 6976

Re:  Koetter Fire Protection of Austin, LLC. (Subcontractor)  
Panache Development & Construction, Inc. (Original Contractor)  
Austin Viie, LLC. (Lessee)  
Project location: 3443 Ed Bluestein Blvd. Austin, Texas 78721  
Known as: Eightfold – Central Plant (193278)

Gentlemen:

Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Austin Viie, LLC is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is three thousand, two hundred fifty-nine and 50/100 Dollars ($ 3,259.50 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of 15% labor less 10% retainage in progress of the fire sprinkler system remodel .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

*Theresa Justis*

Reimbursement Coordinator

Enclosures

COPY

cc: Panache Development & Construction, Inc.          CERTIFIED MAIL
    P O Box 26539                                    RETURN RECEIPT REQUESTED
    Austin, Texas 78755                              7018 0680 0001 4391 6983

cc: 3443 Zen Garden Limited Partnership              CERTIFIED MAIL
    3443 Ed Bluestein Blvd.                          RETURN RECEIPT REQUESTED
    Austin, Texas 78721-2902                         7018 0680 0001 4391 6990

COPY

# KOETTER FIRE PROTECTION

**OF AUSTIN, L.L.C.**

### ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
LUBBOCK ★ CORPUS CHRISTI

**Invoice**

Page 25

| DATE | INVOICE # |
|------|-----------|
| 08/19/19 | 272022 |

**BILL TO:**
Panache Development & Construction, Inc.
P.O. Box 26539
Austin, TX  78755

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| Central Plant | Due on Receipt | 193278 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT:<br>Eightfold Central Plant<br>3443 Ed Bluestein Blvd.<br>Austin, Texas 78721<br><br>Fire Sprinkler System Remodel | | |
| 1 | Labor | 3345.65 | 3345.65 |
| 1 | Retainage - Labor (10%) | -334.56 | -334.56 |
| | | Invoice subtotal | 3011.09 |
| | | Sales tax | 248.41 |

**WE APPRECIATE YOUR BUSINESS!**

| TOTAL | 3259.50 |
|-------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



**DATE:**     December 11, 2019

Austin Viie, LLC                           CERTIFIED MAIL
P O Box 26538                              RETURN RECEIPT REQUESTED
Austin, Texas 78755-0538                   7018 0680 0001 4391 6976

> Re:   Koetter Fire Protection of Austin, LLC. (Subcontractor)
>       Panache Development & Construction, Inc. (Original Contractor)
>       Austin Viie, LLC. (Lessee)
>       Project location: 3443 Ed Bluestein Blvd. Austin, Texas 78721
>       Known as: Eightfold – Central Plant (193278)

Gentlemen:

Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Austin Viie, LLC is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is three thousand, two hundred fifty-nine and 49/100 Dollars ($ 3,259.49 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of 15% labor less 10% retainage in progress of the fire sprinkler system remodel .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justo

Reimbursement Coordinator

Enclosures

COPY

cc: Panache Development & Construction, Inc.    CERTIFIED MAIL
    P O Box 26539    RETURN RECEIPT REQUESTED
    Austin, Texas 78755    7018 0680 0001 4391 6983

cc: 3443 Zen Garden Limited Partnership    CERTIFIED MAIL
    3443 Ed Bluestein Blvd.    RETURN RECEIPT REQUESTED
    Austin, Texas 78721-2902    7018 0680 0001 4391 6990

COPY

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

**Invoice**

### ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|------|-----------|
| 11/05/19 | 273041 |

BILL TO:
**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

REMIT TO:
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!   We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| Central Plant | Due on Receipt | 193278 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT:<br>Eightfold Central Plant<br>3443 Ed Bluestein Blvd.<br>Austin, Texas 78721 | | |
| | Fire Sprinkler System Remodel | | |
| 1 | Labor | 3345.64 | 3345.64 |
| 1 | Retainage - Labor (10%) | -334.56 | -334.56 |
| | | Invoice subtotal | 3011.08 |
| | | Sales tax | 248.41 |

**WE APPRECIATE YOUR BUSINESS!**

**TOTAL**    3259.49

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



**DATE:** December 11, 2019

Austin Viie, LLC
P O Box 26538
Austin, Texas 78755-0538

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

7018 0680 0001 4391 7003

Re: Koetter Fire Protection of Austin, LLC. (Subcontractor)
Panache Development & Construction, Inc. (Original Contractor)
Austin Viie, LLC. (Lessee)
Project location: 3443 Ed Bluestein Blvd. Bldgs. H & J Austin, Texas 78721
Known as: Eightfold – Bldgs. H&J Core & Shell (193244)

Gentlemen:

Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Austin Viie, LLC is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is four thousand, three hundred ninety-four and 20/100 Dollars ($ 4,394.20 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of 10% labor Building H Floor 2, 10% labor Building H Floor 3 and 10% labor Building H Floor 4 less 10% retainage in progress of the fire sprinkler system .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

*Theresa Justes*

Reimbursement Coordinator

Enclosures

COPY

cc: Panache Development & Construction, Inc.          CERTIFIED MAIL
    P O Box 26539                                     RETURN RECEIPT REQUESTED
    Austin, Texas 78755                               7018 0680 0001 4391 7010

cc: 3443 Zen Garden Limited Partnership               CERTIFIED MAIL
    3443 Ed Bluestein Blvd.                            RETURN RECEIPT REQUESTED
    Austin, Texas 78721-2902                           7018 0680 0001 4391 7027

COPY

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**Invoice**

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
LUBBOCK ★ CORPUS CHRISTI

| DATE | INVOICE # |
|------|-----------|
| 09/20/19 | 272460 |

BILL TO:
**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

REMIT TO:
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| WWW Phase 2 | Due on Receipt | 193244 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT: | | |
| | Eightfold Building H 2-4 Core & Shell | | |
| | 3443 Ed Bluestein Blvd. | | |
| | Austin, Texas 78721 | | |
| | Adam Zarafshani / Troy Fellows | | |
| | | | |
| | Fire Sprinkler System | | |
| 1 | Building H Floor 2 Labor | 1627.48 | 1627.48 |
| 1 | Buildin H Floor 3 Labor | 1627.48 | 1627.48 |
| 1 | Labor | 1627.48 | 1627.48 |
| 1 | Retainage - Labor (10%) | -488.24 | -488.24 |
| | | Invoice subtotal | 4394.20 |
| | | | |
| | | Sales tax | 0.00 |

**WE APPRECIATE YOUR BUSINESS!**

**TOTAL** 4394.20

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



**DATE:** December 11, 2019

Austin Viie, LLC
P O Box 26538
Austin, Texas 78755-0538

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 7003

Re:   Koetter Fire Protection of Austin, LLC. (Subcontractor)
      Panache Development & Construction, Inc. (Original Contractor)
      Austin Viie, LLC. (Lessee)
      Project location: 3443 Ed Bluestein Blvd. Bldgs. H & J Austin, Texas 78721
      Known as: Eightfold – Bldgs. H&J Core & Shell (193244)

Gentlemen:

   Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above.  We understand that  3443 Zen Garden Limited Partnership.  is the owner of the land and perhaps some of the improvements and that  Austin Viie, LLC  is the owner of a leasehold estate and some or all of the improvements at the described location.  We further understand that the above-designated original contractor is the original contractor.  Please advise immediately if any of these assumptions is incorrect.

   The principal amount of the account with the original contractor is  one hundred four thousand, three hundred thirty-two and 40/100  Dollars ($ 104,332.40 ).

   If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

   Enclosed you will find a copy of the invoice(s).

   The materials and labor consist of  100% materials Building J Floor 2, 100% labor Building J Floor 2, 100% materials Building J Floor 3, and 75% labor Building J Floor 3 less 10% retainage in progress of the fire sprinkler system .

   Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas.  Our claim, or a part thereof, against  Panache Development & Construction, Inc.  is past due according to terms.

   The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

*Theresa Justis*
Reimbursement Coordinator

Enclosures

Page 32

COPY

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.
### ★ ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION ★

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**LUBBOCK ★ CORPUS CHRISTI**

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 11/05/19 | 273034 |

BILL TO:
**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

REMIT TO:
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| J 2&3 Core & Shell | Due on Receipt | 193244 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT:<br>Eightfold Buildings J 2-3 Floors (Core & Shell)<br>3443 Ed Bluestein Blvd.<br>Austin, Texas 78721<br>Adam Zarafshani / Troy Fellows<br><br>Fire Sprinkler System | | |
| 1 | Building J Floor 2 Materials | 38278.03 | 38278.03 |
| 1 | Building J Floor 2 Labor | 18887.40 | 18887.40 |
| 1 | Building J Floor 3 Materials | 38278.03 | 38278.03 |
| 1 | Building J Floor 3 Labor | 14165.55 | 14165.55 |
| 1 | Retainage - Material (10%) | -7655.61 | -7655.61 |
| 1 | Retainage - Labor (10%) | -3305.29 | -3305.29 |
| | | Invoice subtotal | 98648.11 |
| | | Sales tax | 5684.29 |

## WE APPRECIATE YOUR BUSINESS!

**TOTAL** 104332.40

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



**DATE:** ___December 11, 2019___

Austin Viie, LLC
P O Box 26538
Austin, Texas 78755-0538

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

7018 0680 0001 4391 6884

Re: Koetter Fire Protection of Austin, LLC. (Subcontractor)
Panache Development & Construction, Inc. (Original Contractor)
Austin Viie, LLC. (Lessee)
Project location: 3443 Ed Bluestein Blvd. Building F Austin, Texas 78721
Known as: Austin Viie – Work Well Win F1 TI (183172)

Gentlemen:

Koetter Fire Protection of Austin, LLC. , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that  3443 Zen Garden Limited Partnership.  is the owner of the land and perhaps some of the improvements and that  Austin Viie, LLC.  is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is  four thousand, two hundred nine and 19/100  Dollars ($ 4,209.19 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of  40% labor Building F 1st Floor less 10% retainage in progress of the fire alarm system  .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against  Panache Development & Construction, Inc.  is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

*Theresa Justis*

Reimbursement Coordinator

Enclosures

COPY

cc: Panache Development & Construction, Inc.    CERTIFIED MAIL
     P O Box 26539    RETURN RECEIPT REQUESTED
     Austin, Texas 78755

                                     7018 0680 0001 4391 6891

cc: 3443 Zen Garden Limited Partnership    CERTIFIED MAIL
     3443 Ed Bluestein Blvd.    RETURN RECEIPT REQUESTED
     Austin, Texas 78721-2902

                                     7018 0680 0001 4391 6907

COPY

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

*Invoice*

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN

**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|------|-----------|
| 10/24/19 | 272873 |

BILL TO: Panache Development & Construction, Inc.
P.O. Box 26539
Austin, TX  78755

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| WWW F1 TI | Due on Receipt | 183172 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT:<br>Eightfold Building F 1st Floor<br>3443 Ed Bluestein Blvd.<br>Austin, Texas 78721-2912<br>WWW F1 TI<br>Troy Fellows | | |
| | Fire Alarm System | | |
| 1 | Building F 1st Floor - Labor | 4320.44 | 4320.44 |
| 1 | Retainage - Labor (10%) | -432.04 | -432.04 |
| | Invoice subtotal | | 3888.40 |
| | Sales tax | | 320.79 |

**WE APPRECIATE YOUR BUSINESS!**

**TOTAL**   4209.19

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



## DATE:   December 11, 2019

Austin Viie, LLC
P O Box 26538
Austin, Texas 78755-0538

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6884

Re:   Koetter Fire Protection of Austin, LLC. (Subcontractor)
Panache Development & Construction, Inc. (Original Contractor)
Austin Viie, LLC. (Lessee)
Project location: 3443 Ed Bluestein Blvd. Building F Austin, Texas 78721
Known as: Austin Viie – Work Well Win F1 TI (183172)

Gentlemen:

   Koetter Fire Protection of Austin, LLC. , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Austin Viie, LLC. is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

   The principal amount of the account with the original contractor is one thousand, fifty-two and 30/100 Dollars ($ 1,052.30 ).

   If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

   Enclosed you will find a copy of the invoice(s).

   The materials and labor consist of 10% labor Building F 1st Floor less 10% retainage in progress of the fire alarm system .

   Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

   The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justis

Reimbursement Coordinator

Enclosures



cc: Panache Development & Construction, Inc.
    P O Box 26539
    Austin, Texas 78755

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6891

cc: 3443 Zen Garden Limited Partnership
    3443 Ed Bluestein Blvd.
    Austin, Texas 78721-2902

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 6907

COPY

# KOETTER FIRE PROTECTION
OF AUSTIN, L.L.C.

**Invoice**

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS
FIRE SPRINKLER SYSTEMS • SECURITY

AFFILIATES IN

**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|------|-----------|
| 11/05/19 | 273043 |

BILL TO:

**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!*  *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| WWW F1 TI | Due on Receipt | 183172 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT:<br>Eightfold Building F 1st Floor<br>3443 Ed Bluestein Blvd.<br>Austin, Texas 78721-2912<br>WWW F1 TI<br>Troy Fellows | | |
| | Fire Alarm System | | |
| 1 | Building F 1st Floor Labor | 1080.11 | 1080.11 |
| 1 | Retainage - Labor (10%) | -108.01 | -108.01 |
| | | Invoice subtotal | 972.10 |
| | | Sales tax | 80.20 |

**WE APPRECIATE YOUR BUSINESS!**

| **TOTAL** | 1052.30 |
|-----------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE

COPY

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

AUSTIN, TX 78755

Certified Mail Fee
$3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ 1.60
☐ Return Receipt (electronic)      $ 0.00
☐ Certified Mail Restricted Delivery $ 0.00
☐ Adult Signature Required         $ 0.00
☐ Adult Signature Restricted Delivery $ 0.00

Postage
$2.20

Total Postage and Fees
$ $7.30

Sent To
Panache Dev. & Const. Inc.

Street and Apt. No., or PO Box No.
PO Box 26539

City, State, ZIP+4®
Austin, TX 78755

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**DATE:**    December 11, 2019

Austin Viie, LLC
P O Box 26538
Austin, Texas 78755-0538

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

7018 0680 0001 4391 7041

Re:    Koetter Fire Protection of Austin, LLC. (Subcontractor)
Panache Development & Construction, Inc. (Original Contractor)
Austin Viie, LLC. (Lessee)
Project location: 3443 Ed Bluestein Blvd. Bldgs. H & J Austin, Texas 78721
Known as: Austin Viie – Bldgs. H & J 1st Floor (193245)

Gentlemen:

Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Austin Viie, LLC is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is fifty-seven thousand, seven hundred forty-three and 64/100 Dollars ($ 57,743.64 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of 20% labor Building H 1st Floor, 80% materials Building J 1st Floor and 80% labor Building J 1st Floor less 10% retainage in progress of the fire sprinkler system modification .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justis

Reimbursement Coordinator

Enclosures



Page 41

cc:  Panache Development & Construction, Inc. CERTIFIED MAIL
   P O Box 26539         RETURN RECEIPT REQUESTED
   Austin, Texas 78755

             7018 0680 0001 4391 7058

cc:  3443 Zen Garden Limited Partnership CERTIFIED MAIL
   3443 Ed Bluestein Blvd.      RETURN RECEIPT REQUESTED
   Austin, Texas 78721-2902

           7018 0680 0001 4391 7065

COPY

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.
**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**LUBBOCK ★ CORPUS CHRISTI**

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 09/20/19 | 272466 |

**BILL TO:**
**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!   We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| Core & Shell | Due on Receipt | 193245 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT: | | |
| | Bldg H 1st Floor / Bldg J 1st Floor | | |
| | 3443 Ed Bluestein Blvd. | | |
| | Austin, Texas 78721 | | |
| | Fire Sprinkler System Modification | | |
| 1 | Building H 1st Floor Labor | 2976.27 | 2976.27 |
| 1 | Building J 1st Floor Materials | 40562.40 | 40562.40 |
| 1 | Building J 1st Floor Labor | 15731.17 | 15731.17 |
| 1 | Retainage - Labor (10%) | -1870.74 | -1870.74 |
| 1 | Retainage - Material (10%) | -4056.24 | -4056.24 |
| | Invoice subtotal | | 53342.86 |
| | Sales tax | | 4400.78 |

## WE APPRECIATE YOUR BUSINESS!

**TOTAL**  57743.64

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



**DATE:**      December 11, 2019

Austin Viie, LLC
P O Box 26538
Austin, Texas 78755-0538

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 7041

Re:    Koetter Fire Protection of Austin, LLC. (Subcontractor)
       Panache Development & Construction, Inc. (Original Contractor)
       Austin Viie, LLC. (Lessee)
       Project location: 3443 Ed Bluestein Blvd. Bldgs. H & J Austin, Texas 78721
       Known as: Austin Viie – Bldgs. H & J 1st Floor (193245)

Gentlemen:

   Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Austin Viie, LLC is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

   The principal amount of the account with the original contractor is thirteen thousand, seven hundred eleven and 01/100 Dollars ($ 13,711.01 ).

   If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

   Enclosed you will find a copy of the invoice(s).

   The materials and labor consist of 20% materials Building J 1st Floor and 20% labor Building J 1st Floor less 10% retainage in progress of the fire sprinkler system modification .

   Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

   The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justis

Reimbursement Coordinator

Enclosures


Page 44

cc: Panache Development & Construction, Inc.    CERTIFIED MAIL
    P O Box 26539    RETURN RECEIPT REQUESTED
    Austin, Texas 78755    7018 0680 0001 4391 7058

cc: 3443 Zen Garden Limited Partnership    CERTIFIED MAIL
    3443 Ed Bluestein Blvd.    RETURN RECEIPT REQUESTED
    Austin, Texas 78721-2902    7018 0680 0001 4391 7065


COPY

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

*Invoice*

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|------|-----------|
| 11/05/19 | 273038 |

BILL TO:

**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

REMIT TO:
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| Building J 1st Floor | Due on Receipt | 193245 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT: | | |
| | Bldg H 1st Floor / Bldg J 1st Floor | | |
| | 3443 Ed Bluestein Blvd. | | |
| | Austin, Texas 78721 | | |
| | Fire Sprinkler System Modification | | |
| 1 | Building J 1st Floor Materials | 10140.60 | 10140.60 |
| 1 | Building J 1st Floor Labor | 3932.80 | 3932.80 |
| 1 | Retainage - Material (10%) | -1014.06 | -1014.06 |
| 1 | Retainage - Labor (10%) | -393.28 | -393.28 |
| | Invoice subtotal | | 12666.06 |
| | Sales tax | | 1044.95 |

## WE APPRECIATE YOUR BUSINESS!

**TOTAL**  13711.01

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE

COPY

**DATE:**      December 11, 2019

Austin Viie, LLC                                  CERTIFIED MAIL
P O Box 26538                                     RETURN RECEIPT REQUESTED
Austin, Texas 78755-0538                          7018 0680 0001 4391 7072

Re:   Koetter Fire Protection of Austin, LLC. (Subcontractor)
      Panache Development & Construction, Inc. (Original Contractor)
      Austin Viie, LLC. (Lessee)
      Project location: 3443 Ed Bluestein Blvd. Building F Austin, Texas 78721
      Known as: Austin Viie – Building F 2nd Floor (193246)

Gentlemen:

   Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that  3443 Zen Garden Limited Partnership.  is the owner of the land and perhaps some of the improvements and that  Austin Viie, LLC  is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

   The principal amount of the account with the original contractor is  four thousand, eight hundred forty-one and 92/100  Dollars ($ 4,841.92 ).

   If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

   Enclosed you will find a copy of the invoice(s).

   The materials and labor consist of  50% labor Building F 2nd Floor less 10% retainage in progress of the fire alarm system installation .

   Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against  Panache Development & Construction, Inc.  is past due according to terms.

   The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

                                    Sincerely,

                                    _Theresa Justis_
                                    Reimbursement Coordinator

Enclosures

COPY

cc: Panache Development & Construction, Inc.    CERTIFIED MAIL
    P O Box 26539    RETURN RECEIPT REQUESTED
    Austin, Texas 78755
                                  7018 0680 0001 4391 7089

cc: 3443 Zen Garden Limited Partnership    CERTIFIED MAIL
    3443 Ed Bluestein Blvd.    RETURN RECEIPT REQUESTED
    Austin, Texas 78721-2902
                                  7018 0680 0001 4391 7096


COPY

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

**Page 49**

# Invoice

### ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|------|-----------|
| 11/05/19 | 273044 |

BILL TO:
**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

REMIT TO:
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| WWW F2 TI | Due on Receipt | 193246 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT: | | |
| | Building F 2nd Floor Installation | | |
| | 3443 Ed Bluestein Blvd. | | |
| | Austin, Texas 78721 | | |
| | WWW F2 TI | | |
| | Adam Zarafshani / Troy Fellows | | |
| | Fire Alarm System Installation | | |
| 1 | Building F 2nd Floor Labor | 5379.91 | 5379.91 |
| 1 | Retainage - Labor (10%) | -537.99 | -537.99 |
| | Invoice subtotal | | 4841.92 |
| | Sales tax | | 0.00 |

**WE APPRECIATE YOUR BUSINESS!**

**TOTAL**  4841.92

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE

COPY

**DATE:**      December 11, 2019

Austin Viie, LLC                              CERTIFIED MAIL
P O Box 26538                                 RETURN RECEIPT REQUESTED
Austin, Texas 78755-0538            7018 0680 0001 4391 7102

> Re:      Koetter Fire Protection of Austin, LLC. (Subcontractor)
>            Panache Development & Construction, Inc. (Original Contractor)
>            Austin Viie, LLC. (Lessee)
>            Project location: 3443 Ed Bluestein Bldgs F(3-4) H(2-4) J(2-4) Austin, TX 78721
>            Known as:  Austin Viie – Bldgs F(3-4), H(2-4), J(2-4) (193247)

Gentlemen:

 Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above.  We understand that  3443 Zen Garden Limited Partnership.  is the owner of the land and perhaps some of the improvements and that  Austin Viie, LLC  is the owner of a leasehold estate and some or all of the improvements at the described location.  We further understand that the above-designated original contractor is  the original contractor.   Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is  two thousand, seven hundred twenty-six and 81/100   Dollars ($ 2,726.81 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of  35% labor Building F Floors 3-4 less 10% retainage in progress of the fire alarm system installation .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas.  Our claim, or a part thereof, against  Panache Development & Construction, Inc.  is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Theresa Justis

Reimbursement Coordinator

Enclosures

COPY

cc: Panache Development & Construction, Inc.    CERTIFIED MAIL
    P O Box 26539    RETURN RECEIPT REQUESTED
    Austin, Texas 78755    7018 0680 0001 4391 7119

cc: 3443 Zen Garden Limited Partnership    CERTIFIED MAIL
    3443 Ed Bluestein Blvd.    RETURN RECEIPT REQUESTED
    Austin, Texas 78721-2902    7018 0680 0001 4391 7126

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**LUBBOCK ★ CORPUS CHRISTI**

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/05/19 | 273046 |

BILL TO:

**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!   We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| WWW PH2 | Due on Receipt | 193247 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT:<br>Bldgs F 3-4 WWW Phase 2<br>3443 Ed Bluestein Blvd.<br>Austin, Texas 78721<br>Adam Zarafshani / Troy Fellows<br><br>Fire Alarm System Installation | | |
| 1 | Building F Floors 3-4 Labor | 3029.79 | 3029.79 |
| 1 | Retainage - Labor (10%) | -302.98 | -302.98 |
| | | Invoice subtotal | 2726.81 |
| | | Sales tax | 0.00 |

**WE APPRECIATE YOUR BUSINESS!**

**TOTAL**   2726.81

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE

COPY

**DATE:**    December 11, 2019

Austin Viie, LLC
P O Box 26538
Austin, Texas 78755-0538

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7018 0680 0001 4391 7034

Re:    Koetter Fire Protection of Austin, LLC. (Subcontractor)
Panache Development & Construction, Inc. (Original Contractor)
Austin Viie, LLC. (Lessee)
Project location: 3443 Ed Bluestein Bldgs F, H and J 1st Floor Austin, TX 78721
Known as: Austin Viie – Bldgs F, H, and J 1st Floor Renovation (193248)

Gentlemen:

Koetter Fire Protection of Austin, LLC , has furnished materials and labor to the above-named original contractor pertaining to the construction project described above. We understand that 3443 Zen Garden Limited Partnership. is the owner of the land and perhaps some of the improvements and that Austin Viie, LLC is the owner of a leasehold estate and some or all of the improvements at the described location. We further understand that the above-designated original contractor is the original contractor. Please advise immediately if any of these assumptions is incorrect.

The principal amount of the account with the original contractor is one thousand, four hundred twenty-three and 84/100 Dollars ($ 1,423.84 ).

If this claim remains unpaid, you may be personally liable and your property (the tenant's leasehold estate only) may be subjected to a lien unless you withhold payment from the above-mentioned original contractor for the payment of the claim or unless the claim is otherwise paid or settled.

Enclosed you will find a copy of the invoice(s).

The materials and labor consist of 25% labor Building F 1st Floor less 10% retainage in progress of the fire alarm system .

Demand for payment is hereby made pursuant to Section 53.083 of the Property Code of the State of Texas. Our claim, or a part thereof, against Panache Development & Construction, Inc. is past due according to terms.

The purpose of this letter is to comply with the mechanics' and materialmen's lien statutes.

Sincerely,

Reimbursement Coordinator

Enclosures

COPY

# KOETTER FIRE PROTECTION
OF AUSTIN, L.L.C.

**Invoice**

Page 54

**★★ ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION ★★**

16069 CENTRAL COMMERCE DRIVE  PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*FIRE ALARM SYSTEMS • FIRE EXTINGUISHERS*
*FIRE SPRINKLER SYSTEMS • SECURITY*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|------|-----------|
| 11/05/19 | 273048 |

BILL TO:
**Panache Development & Construction, Inc.**
P.O. Box 26539
Austin, TX  78755

REMIT TO:
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!*  *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| WWW PH1 | Due on Receipt | 193248 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | PROJECT: | | |
| | Bldgs F,H & J 1st Floor Renovation | | |
| | 3443 Ed Bluestein Blvd. | | |
| | Austin, Texas 78721 | | |
| | Adam Zarafshani / Troy Fellows | | |
| | | | |
| | Fire Alarm System | | |
| 1 | Building F 1st Floor Labor | 1461.47 | 1461.47 |
| 1 | Retainage - Labor (10%) | -146.15 | -146.15 |
| | | Invoice subtotal | 1315.32 |
| | | | |
| | | Sales tax | 108.52 |

## WE APPRECIATE YOUR BUSINESS!

**TOTAL** 1423.84

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.

ORIGINAL INVOICE

COPY

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $3.50 | 0664 |
| | | 21 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $1.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.85 | |
| Total Postage and Fees | $5.95 | 12/13/2019 |

Sent To 3443 Zen Garden Limited Partnership
Street and Apt. No., or PO Box No. 5443 Ed Bluestein Blvd.
City, State, ZIP+4® Austin, TX 78721-2902

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $3.50 | 0664 |
| | | 21 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $1.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.85 | |
| Total Postage and Fees | $5.95 | 12/13/2019 |

Sent To Austin Vije, LLC.
Street and Apt. No., or PO Box No. PO Box 26538
City, State, ZIP+4® Austin, TX 78755-0538

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $3.50 | 0664 |
| | | 21 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $1.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.85 | |
| Total Postage and Fees | $5.95 | 12/13/2019 |

Sent To Panache Development & Construction, Inc.
Street and Apt. No., or PO Box No. PO Box 26839
City, State, ZIP+4® Austin, TX 78755

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**FERGUSON Ex. "B"**

STATE OF TEXAS      §

COUNTY TRAVIS      §

§     4 pgs     2019195395

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared Sherri Douglas , who being by me here and now duly sworn, upon oath says: That the affiant is the Authorized Agent  of  Koetter Fire Protection of Austin, LLC  , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials  to improve the property herein described.

1.      3443 Zen Garden Limited Partnership  is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. 3443 Zen Garden Limited Partnership  has entered into a lease agreement with Austin Viie, LLC  and Austin Viie, LLC  is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of 3443 Zen Garden Limited Partnerhip is 3443 Ed Bluestein Blvd. Austin, Texas 78721 . The last known address of Austin Viie, LLC is P O Box 26538 Austin, Texas 78755-0538 .

2.      Panache Development & Construction, Inc.  is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials  were furnished. The last known address of  Panache Development & Construction, Inc.  is P O Box 26539 Austin, Texas 78755  .

3.      Said labor and materials  were furnished to Panache Development & Construction, Inc.  by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.      The labor and materials  were furnished for the improvement of real property located in Travis  County, Texas, which real property is described as follows: EXHIBIT A (attached) . Also known as  3443 Ed Bluestein Blvd. Austin, Texas 78721  .

5.      The Claimant's physical/mailing address is 16069 Central Commerce Drive Pflugerville, Texas 78660-2005  .

6.     The principal amount of the claim is <u>seventy-five thousand, two hundred ninety-six and 90/100</u> Dollars ($ <u>75,296.90</u> ), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed. The <u>labor and materials</u> are described as follows:

<u>100% design labor, 100% materials furnished and 70% labor less 10% retainage in progress of the fire sprinkler system remodel .</u>

7.     The <u>labor and materials</u>, for which payment is requested, were furnished during the month(s) of : <u>June 2019 and July 2019</u> .

8.     Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on: <u>October 15, 2019</u> .

Claimant understands that the above –described land and some of the improvements are leased to Austin Viie, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: _Sherri Douglas_
Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said <u>Sherri Douglas</u> , this the 11th day of <u>December</u> , 2019, to certify which witness my hand and seal of office.

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

_Theresa Justis_
Notary Public, State of Texas

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005

## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Subcontractor's Initials _____

General Contractor's Initials _____

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A,
RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.



**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

Dana DeBeauvoir, County Clerk
Travis County, Texas

**2019195395**

Dec 12, 2019 01:07 PM
Fee: $38.00          MEDINAE

Subcontractor's Initials _____   .   .

General Contractor's Initials _____

STATE OF TEXAS      §

COUNTY TRAVIS     §

§

‖‖‖‖‖‖‖‖‖‖‖‖ 4 pgs    2019195396

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

      BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared  Sherri Douglas , who being by me here and now duly sworn, upon oath says: That the affiant is the  Authorized Agent  of     Koetter Fire Protection of Austin, LLC   , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

      Claimant has furnished  labor and materials  to improve the property herein described.

     1.       3443 Zen Garden Limited Partnership  is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon.  3443 Zen Garden Limited Partnership  has entered into a lease agreement with  Austin Viie, LLC  and  Austin Viie, LLC  is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of  3443 Zen Garden Limited Partnerhip  is  3443 Ed Bluestein Blvd. Austin, Texas 78721 . The last known address of  Austin Viie, LLC  is  P O Box 26538 Austin, Texas 78755-0538 .

     2.       Panache Development & Construction, Inc.  is the original contractor on the project or that portion thereof for which the hereinafter described  labor and materials  were furnished. The last known address of  Panache Development & Construction, Inc.  is  P O Box 26539 Austin, Texas 78755 .

     3.      Said  labor and materials  were furnished to  Panache Development & Construction, Inc.  by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

     4.      The  labor and materials  were furnished for the improvement of real property located in  Travis  County, Texas, which real property is described as follows:  EXHIBIT A (attached) . Also known as     3443 Ed Bluestein Blvd. Bldgs. H & J Austin, Texas 78721 .

     5.      The Claimant's physical/mailing address is  16069 Central Commerce Drive Pflugerville, Texas 78660-2005    .

6.      The principal amount of the claim is  thirty-nine thousand, five hundred forty-seven and 67/100   Dollars ($ 39,547.67 ), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The  labor and materials    are described as follows:   .

  90% labor Building H Floor 2, 90% labor Building H Floor 3 and 90% labor Building H Floor 4 less 10% retainage in progress of the fire sprinkler systeml .

7.      The  labor and materials , for which payment is requested, were furnished during the month(s) of :    July 2019 .

8.      Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on:  October 15, 2019 .

Claimant understands that the above –described land and some of the improvements are leased to  Austin Viie, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.


By: _Sherri Douglas_____
      Sherri Douglas, Authorized Agent


SUBSCRIBED and SWORN to BEFORE ME, by the said  Sherri Douglas , this the  11th  day of  December , 2019, to certify which witness my hand and seal of office.

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

_Theresa Justis_
Notary Public, State of Texas


**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005

## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Subcontractor's Initials _____

General Contractor's Initials _____

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that
certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated
August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC,
recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights
therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway
located on Lot 1A-A,
RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED
BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that
certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated
August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC,
recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights
therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT
"A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot
1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA
INC, ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
200900045, Official Public Records, Travis County, Texas.

Recorders Memorandum-At the time of recordation
this instrument was found to be inadequate for the best
reproduction, because of illegibility, carbon or
photocopy, discolored paper, etc. All blockouts,
additions and changes were present at the time the
instrument was filed and recorded.



**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

Dana DeBeauvoir, County Clerk
Travis County, Texas

**2019195396**

Dec 12, 2019 01:07 PM
Fee: $38.00           MEDINAE

Subcontractor's Initials _____                    General Contractor's Initials _____

STATE OF TEXAS                    §
                                 §
COUNTY _TRAVIS_                   §      ‖‖‖‖‖‖‖‖‖‖‖‖ 4 pgs    2019195397

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared _Sherri Douglas_ , who being by me here and now duly sworn, upon oath says: That the affiant is the _Authorized Agent_ of ___Koetter Fire Protection of Austin, LLC___ , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished _labor and materials_ to improve the property herein described.

1.      _3443 Zen Garden Limited Partnership_ is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. _3443 Zen Garden Limited Partnership_ has entered into a lease agreement with _Austin Viie, LLC_ and _Austin Viie, LLC_ is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of _3443 Zen Garden Limited Partnership_ is _3443 Ed Bluestein Blvd. Austin, Texas 78721_ . The last known address of _Austin Viie, LLC_ is _P O Box 26538 Austin, Texas 78755-0538_ .

2.      _Panache Development & Construction, Inc._ is the original contractor on the project or that portion thereof for which the hereinafter described _labor and materials_ were furnished. The last known address of _Panache Development & Construction, Inc._ is _P O Box 26539 Austin, Texas 78755_ .

3.      Said _labor and materials_ were furnished to _Panache Development & Construction, Inc._ by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.      The _labor and materials_ were furnished for the improvement of real property located in _Travis_ County, Texas, which real property is described as follows: _EXHIBIT A (attached)_ . Also known as ___3443 Ed Bluestein Blvd. Bldgs. H & J Austin, Texas 78721___ .

5.      The Claimant's physical/mailing address is _16069 Central Commerce Drive Pflugerville, Texas 78660-2005_____ .

6.    The principal amount of the claim is _eleven thousand, five hundred ninety-eight and 50/100_ Dollars ($ 11,598.50 ), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The _labor and materials_ are described as follows:
   _80% labor Building H 1st Floor less 10% retainage in progress of the fire sprinkler system modification_ .

7.    The _labor and materials_ , for which payment is requested, were furnished during the month(s) of : ____ July 2019 .

8.    Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on: _October 15, 2019_ .

Claimant understands that the above –described land and some of the improvements are leased to  Austin Viie, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.


By: _Sherri Douglas_
Sherri Douglas, Authorized Agent


SUBSCRIBED and SWORN to BEFORE ME, by the said _Sherri Douglas_ , this the _11th_ day of _December_ , 2019, to certify which witness my hand and seal of office.

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

Notary Public, State of Texas

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005

## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1,
MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in
Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that
certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by
and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in
Document No. 2006222165, Official Public Records, Travis County, Texas; over and across
those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED
BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-
B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that
certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November
15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company,
recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and
across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-
B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that
certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and
Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records,
Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF
LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY,
according to the map or plat thereof, recorded in Document No. 200900045, Official Public
Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that
certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale
Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397,
Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces
located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking
Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF
LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that
certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between
Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No.
2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the
stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A,
RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED
BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
200900045, Official Public Records, Travis County, Texas.

Subcontractor's Initials _____

General Contractor's Initials _____

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A,
RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Recorders Memorandum-At the time of recordation this instrument was found to be inadequate for the best reproduction, because of illegibility, carbon or photocopy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.



**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

Dana DeBeauvoir, County Clerk
Travis County, Texas

**2019195397**

Dec 12, 2019 01:07 PM
Fee: $38.00        MEDINAE

Subcontractor's Initials _____

General Contractor's Initials_____



IIII IIIII III II IIII IIII 4 pgs    2020006840

STATE OF TEXAS                §
                             §
COUNTY TRAVIS                §

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared _Sherri Douglas_ , who being by me here and now duly sworn, upon oath says: That the affiant is the _Authorized Agent_ of ____Koetter Fire Protection of Austin, LLC__ , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials to improve the property herein described.

1.      _3443 Zen Garden Limited Partnership_  is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. _3443 Zen Garden Limited Partnership_ has entered into a lease agreement with _Austin Viie, LLC_ and _Austin Viie, LLC_ is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of _3443 Zen Garden Limited Partnership_  is _3443 Ed Bluestein Blvd. Austin, Texas 78721._ The last known address of _Austin Viie, LLC_ is _3443 Ed Bluestein Blvd. Austin, Texas 78721._

2.      _Panache Development & Construction, Inc._  is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished.  The last known address of _Panache Development & Construction, Inc._  is _P O Box 26539 Austin, Texas 78755._

3.      Said labor and materials were furnished to _Panache Development & Construction, Inc._  by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.      The labor and materials were furnished for the improvement of real property located in _Travis_ County, Texas, which real property is described as follows: _EXHIBIT A (attached)._  Also known as ___3443 Ed Bluestein Blvd. Building V Austin, Texas 78721._

5.      The Claimant's physical/mailing address is _16069 Central Commerce Drive Pflugerville, Texas 78660-2005____ .

6.      The principal amount of the claim is  seven thousand, one hundred eighty-six and 18/100  Dollars ($ 7,186.18), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The  labor and materials   are described as follows:
     10% retainage in completion of the fire sprinkler system 1st floor modification .

7.      The labor and materials, for which payment is requested, were furnished during the month(s) of :  September 2018, October 2018, November 2018, December 2018, January 2019, February 2019, March 2019, April 2019, May 2019, June 2019, July 2019, and August 2019 .

8.      Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on:  December 11, 2019.

Claimant understands that the above –described land and some of the improvements are leased to Austin Viie, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: _Sherri Douglas_
Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said  Sherri Douglas , this the  15th  day of  January , 2020, to certify which witness my hand and seal of office.

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

_Theresa Justis_
Notary Public, State of Texas

RETURN TO:
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005

## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Subcontractor's Initials _____

General Contractor's Initials _____

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that
certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated
August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC,
recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights
therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway
located on Lot 1A-A,
RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED
BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that
certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated
August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC,
recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights
therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT
"A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot
1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA
INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No.
200900045, Official Public Records, Travis County, Texas.

**Recorders Memorandum**-At the time of recordation
this instrument was found to be inadequate for the best
reproduction, because of illegibility, carbon or
photocopy, discolored paper, etc. All blockouts,
additions and changes were present at the time the
instrument was filed and recorded.



## FILED AND RECORDED
### OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

**Dana DeBeauvoir, County Clerk**
**Travis County, Texas**

**2020006840**

Jan 15, 2020 11:50 AM
Fee: $38.00     BARTHOLOMEWD

Subcontractor's Initials _____

General Contractor's Initials _____



**4 pgs**    2020006841

STATE OF TEXAS                    §
                                 §
COUNTY TRAVIS                    §

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared Sherri Douglas, who being by me here and now duly sworn, upon oath says: That the affiant is the Authorized Agent    of    Koetter Fire Protection of Austin, LLC   , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials to improve the property herein described.

1.    3443 Zen Garden Limited Partnership   is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. 3443 Zen Garden Limited Partnership has entered into a lease agreement with Austin Viie, LLC and Austin Viie, LLC is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of 3443 Zen Garden Limited Partnership   is 3443 Ed Bluestein Blvd. Austin, Texas 78721. The last known address of Austin Viie, LLC is 3443 Ed Bluestein Blvd. Austin, Texas 78721.

2.    Panache Development & Construction, Inc. is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished.  The last known address of  Panache Development & Construction, Inc.   is P O Box 26539 Austin, Texas 78755.

3.    Said labor and materials were furnished to Panache Development & Construction, Inc   by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.    The labor and materials were furnished for the improvement of real property located in Travis County, Texas, which real property is described as follows:  EXHIBIT A (attached). Also known as    3443 Ed Bluestein Blvd. Building V Austin, Texas 78721.

5.    The Claimant's physical/mailing address is  16069 Central Commerce Drive Pflugerville, Texas 78660-2005    .

6.        The principal amount of the claim is <u>seven thousand, one hundred four and 54/100</u> Dollars ($ <u>7,104.54</u>), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The <u>labor and materials</u> are described as follows:

<u>10% retainage in completion of the fire sprinkler system 2nd floor installation</u> .

7.        The <u>labor and materials</u>, for which payment is requested, were furnished during the month(s) of : <u>August 2018, September 2018, October 2018, November 2018, December 2018, January 2019, February 2019, March 2019, April 2019, May 2019, June 2019, July 2019, August 2019 and September 2019</u>.

8.        Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on: <u>December 11, 2019</u>.

Claimant understands that the above –described land and some of the improvements are leased to Austin Viie, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: 
Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said <u>Sherri Douglas</u> , this the <u>15</u><sup>th</sup> day of <u>January</u> , 2020, to certify which witness my hand and seal of office.

Notary Public, State of Texas

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005



## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Subcontractor's Initials _____

General Contractor's Initials _____

**2020006841  Page 4 of 4**
20-10410-hcm  Doc#146-3  Filed 07/01/20  Entered 07/01/20 14:33:56  Exhibit C -
Declaration of Jason Ferguson Pg 75 of 107

Page 75

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.



**Recorders Memorandum**-At the time of recordation this instrument was found to be inadequate for the best reproduction, because of illegibility, carbon or photocopy discolored paper etc All blockouts, additions and changes were present at the time the instrument was filed and recorded



## FILED AND RECORDED
### OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

**Dana DeBeauvoir, County Clerk**
**Travis County, Texas**

**2020006841**

**Jan 15, 2020 11:50 AM**

Fee: $38.00     BARTHOLOMEWD

Subcontractor's Initials _____ .     General Contractor's Initials



4 pgs     2020006842

STATE OF TEXAS                    §
                                 §
COUNTY TRAVIS                    §

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared  Sherri Douglas , who being by me here and now duly sworn, upon oath says: That the affiant is the Authorized Agent  of  Koetter Fire Protection of Austin, LLC  , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials to improve the property herein described.

1.  3443 Zen Garden Limited Partnership  is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. 3443 Zen Garden Limited Partnership has entered into a lease agreement with Austin Vue, LLC and Austin Vue, LLC is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of 3443 Zen Garden Limited Partnership  is 3443 Ed Bluestein Blvd. Austin, Texas 78721. The last known address of Austin Vue, LLC is 3443 Ed Bluestein Blvd. Austin, Texas 78721.

2.  Panache Development & Construction, Inc. is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished.  The last known address of  Panache Development & Construction, Inc.  is P O Box 26539 Austin, Texas 78755.

3.  Said labor and materials were furnished to Panache Development & Construction, Inc.  by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.  The labor and materials were furnished for the improvement of real property located in Travis County, Texas, which real property is described as follows:  EXHIBIT A (attached).  Also known as  3443 Ed Bluestein Blvd. Building V, Austin, Texas 78721.

5.  The Claimant's physical/mailing address is  16069 Central Commerce Drive Pflugerville, Texas 78660-2005  .

6.     The principal amount of the claim is <u>six thousand, five hundred eighteen and 99/100</u> Dollars ($ <u>6,518.99</u>), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The <u>labor and materials</u> are described as follows:

<u>30% labor less 10% retainage in progress of the fire sprinkler system remodel.</u>

7.     The <u>labor and materials</u>, for which payment is requested, were furnished during the month(s) of <u>August 2019 and October 2019.</u>

8.     Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on: <u>December 11, 2019.</u>

Claimant understands that the above –described land and some of the improvements are leased to Austin Vue, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: _Sherri Douglas_____

Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said _Sherri Douglas_ , this the _15_th day of _January_ , 2020, to certify which witness my hand and seal of office.

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

_Theresa Justis_____

Notary Public, State of Texas

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005

## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222185, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012182396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Page 1 of 2

Subcontractor's Initials _____

General Contractor's Initials _____

**2020006842  Page 4 of 4**

20-10410-hcm  Doc#146-3  Filed 07/01/20  Entered 07/01/20 14:33:56  Exhibit C -
Declaration of Jason Ferguson Pg 79 of 107          Page 79

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

**Recorders Memorandum**-At the time of recordation this instrument was found to be inadequate for the best reproduction, because of illegibility, carbon or photocopy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded



## FILED AND RECORDED
### OFFICIAL PUBLIC RECORDS



**Dana DeBeauvoir, County Clerk**
**Travis County, Texas**

**2020006842**          Jan 15, 2020 11:50 AM

Fee: $38.00          BARTHOLOMEWD

Subcontractor's Initials _____          General Contractor's Initials _____



|||||||||||| ||| ||||| |||   4 pgs      2020006843

STATE OF TEXAS            §
                         §
COUNTY TRAVIS            §

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared Sherri Douglas , who being by me here and now duly sworn, upon oath says: That the affiant is the  Authorized Agent    of    Koetter Fire Protection of Austin, LLC   , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials to improve the property herein described.

1.      3443 Zen Garden Limited Partnership  is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon.  3443 Zen Garden Limited Partnership has entered into a lease agreement with Austin Vue, LLC and Austin Vue, LLC is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of 3443 Zen Garden Limited Partnership  is 3443 Ed Bluestein Blvd. Austin, Texas 78721. The last known address of Austin Vue, LLC is 3443 Ed Bluestein Blvd. Austin, Texas 78721.

2.      Panache Development & Construction, Inc.  is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished.  The last known address of  Panache Development & Construction, Inc.  is P O Box 26539 Austin, Texas 78755.

3.      Said labor and materials were furnished to Panache Development & Construction, Inc.  by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.      The labor and materials were furnished for the improvement of real property located in Travis County, Texas, which real property is described as follows:  EXHIBIT A (attached). Also known as     3443 Ed Bluestein Blvd. Building V Austin, Texas 78721.

5.      The Claimant's physical/mailing address is  16069 Central Commerce Drive Pflugerville, Texas 78660-2005    .

6.      The principal amount of the claim is <u>four thousand, three hundred ninety-four and 20/100 Dollars</u> ($ 4,394.20), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The  labor and materials   are described as follows:
 10% labor bldg. H floor 2, 10% labor bldg. H floor 3 and 10% labor bldg. H floor 4 less 10% retainage in progress of the fire sprinkler system.

7.      The labor and materials, for which payment is requested, were furnished during the month(s) of : August 2019 and September 2019.

8.      Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on: December 11, 2019.

Claimant understands that the above –described land and some of the improvements are leased to Austin Vue, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: _Sherri Douglas_____
Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said _Sherri Douglas_, this the _15th_ day of _January_, 2020, to certify which witness my hand and seal of office.

_Theresa Justis_____
Notary Public, State of Texas

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005



## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Page 1 of 2

Subcontractor's Initials _____

General Contractor's Initials ___

**2020006843  Page 4 of 4**
20-10410-hcm  Doc#146-3  Filed 07/01/20  Entered 07/01/20 14:33:56  Exhibit C -
Declaration of Jason Ferguson Pg 83 of 107

Page 83

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

**Recorders Memorandum**-At the time of recordation
this instrument was found to be inadequate for the best
reproduction because of illegibility  carbon or
photocopy, discolored paper, etc  All blockouts,
additions and changes were present at the time the
instrument was filed and recorded



**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS



Dana DeBeauvoir, County Clerk
Travis County, Texas

**2020006843**
Jan 15, 2020 11:50 AM
Fee: $38.00        BARTHOLOMEWD

Page 2 of 2

Subcontractor's Initials _____ , .

General Contractor's Initials 



4

||||||||||||| ||||||||||  4 pgs     2020006844

STATE OF TEXAS                    §
                                  §
COUNTY _TRAVIS___                 §

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared _Sherri Douglas_ , who being by me here and now duly sworn, upon oath says: That the affiant is the _Authorized Agent_ of ___Koetter Fire Protection of Austin, LLC__ , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials to improve the property herein described.

1.       _3443 Zen Garden Limited Partnership_  is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. _3443 Zen Garden Limited Partnership_ has entered into a lease agreement with Austin Viie, LLC and Austin Viie, LLC is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of 3443 Zen Garden Limited Partnership _ is 3443 Ed Bluestein Blvd. Austin, Texas 78721. The last known address of Austin Viie, LLC is 3443 Ed Bluestein Blvd. Austin, Texas 78721.

2.       _Panache Development & Construction, Inc._ is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished. The last known address of _Panache Development & Construction, Inc._ is P O Box 26539 Austin, Texas 78755.

3.       Said labor and materials were furnished to Panache Development & Construction, Inc._ by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.       The labor and materials were furnished for the improvement of real property located in Travis County, Texas, which real property is described as follows: EXHIBIT A (attached). Also known as ___3443 Ed Bluestein Blvd. Building V Austin, Texas 78721.

5.       The Claimant's physical/mailing address is _16069 Central Commerce Drive Pflugerville, Texas 78660-2005____ .

6.      The principal amount of the claim is <u>one hundred four thousand, three hundred thirty-two and 40/100</u> Dollars ($ <u>104,332.40</u>), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The <u>labor and materials</u> are described as follows:

<u>100% materials bldg. J floor 2, 100% labor bldg. J floor 2, 100% materials bldg. J floor 3 and 75% labor bldg. J floor 3 less 10% retainage in progress of the fire sprinkler system.</u>

7.      The <u>labor and materials</u>, for which payment is requested, were furnished during the month(s) of : <u>October 2019 and November 2019</u>.

8.      Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on: <u>December 11, 2019</u>.

Claimant understands that the above –described land and some of the improvements are leased to Austin Viie, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: *Sherri Douglas*
      Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said <u>Sherri Douglas</u>, this the 15th day of <u>January</u>, 2020, to certify which witness my hand and seal of office.

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

*Theresa Justis*
Notary Public, State of Texas

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005

## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Page 1 of 2

Subcontractor's Initials _____

General Contractor's Initials _____

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A,
RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Recorders Memorandum-At the time of recordation this instrument was found to be inadequate for the best reproduction, because of illegibility, carbon or photocopy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

**FILED AND RECORDED**
**OFFICIAL PUBLIC RECORDS**



*Dana DeBeauvoir*

**Dana DeBeauvoir, County Clerk**
**Travis County, Texas**

**2020006844**     Jan 15, 2020 11:50 AM

Fee: $38.00     BARTHOLOMEWD

Subcontractor's Initials _____     General Contractor's Initials _____




**4 pgs**   **2020006845**

| STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY TRAVIS | § |

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared _Sherri Douglas_ , who being by me here and now duly sworn, upon oath says: That the affiant is the _Authorized Agent_ of ___Koetter Fire Protection of Austin, LLC___ , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct·

Claimant has furnished labor and materials to improve the property herein described.

1. ___3443 Zen Garden Limited Partnership___ is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. _3443 Zen Garden Limited Partnership_ has entered into a lease agreement with _Austin Viie, LLC_ and _Austin Viie, LLC_ is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of _3443 Zen Garden Limited Partnership_ is _3443 Ed Bluestein Blvd. Austin, Texas 78721_. The last known address of _Austin Viie, LLC_ is _3443 Ed Bluestein Blvd Austin, Texas 78721_.

2. ___Panache Development & Construction, Inc.___ is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished. The last known address of _Panache Development & Construction, Inc._ is _P O Box 26539 Austin, Texas 78755_.

3. Said _labor and materials_ were furnished to _Panache Development & Construction, Inc._ by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4. The _labor and materials_ were furnished for the improvement of real property located in _Travis_ County, Texas, which real property is described as follows: _EXHIBIT A (attached)_. Also known as ___3443 Ed Bluestein Blvd. Building V Austin, Texas 78721_.

5. The Claimant's physical/mailing address is ___16069 Central Commerce Drive Pflugerville, Texas 78660-2005___ .

6.      The principal amount of the claim is <u>five thousand, two hundred sixty-one and 49/100 Dollars</u> ($ <u>5,261.49</u>), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The  <u>labor and materials</u>  are described as follows:

<u>50% labor bldg. F floor 1 less 10% retainage in progress of the fire alarm system.</u>

7.      The labor and materials, for which payment is requested, were furnished during the month(s) of :  <u>August 2019, September 2019, October 2019 and November 2019.</u>

8.      Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on:  <u>December 11, 2019.</u>

Claimant understands that the above –described land and some of the improvements are leased to Austin Vine, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: Sherri Douglas
Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said <u>Sherri Douglas</u>, this the <u>15</u>th day of <u>January</u>, 2020, to certify which witness my hand and seal of office.

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

Notary Public, State of Texas

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005



## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Subcontractor's Initials _____

General Contractor's Initials ___

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.



**Recorders Memorandum**-At the time of recordation this instrument was found to be inadequate for the best reproduction, because of illegibility, carbon or photocopy, discolored paper, etc All blockouts, additions and changes were present at the time the instrument was filed and recorded



## FILED AND RECORDED
### OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

**Dana DeBeauvoir, County Clerk**
**Travis County, Texas**

**2020006845**          Jan 15, 2020 11:50 AM
          Fee: $38.00          BARTHOLOMEWD

Page 2 of 2

Subcontractor's Initials _____ , .                    General Contractor's Initials





4

4 pgs     2020006846

STATE OF TEXAS          §
                       §
COUNTY TRAVIS          §

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared Sherri Douglas , who being by me here and now duly sworn, upon oath says: That the affiant is the Authorized Agent  of __Koetter Fire Protection of Austin, LLC__ , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials to improve the property herein described.

1.      3443 Zen Garden Limited Partnership  is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. 3443 Zen Garden Limited Partnership has entered into a lease agreement with Austin Viie, LLC and Austin Viie, LLC is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of 3443 Zen Garden Limited Partnership  is 3443 Ed Bluestein Blvd. Austin, Texas 78721. The last known address of Austin Viie, LLC is 3443 Ed Bluestein Blvd. Austin, Texas 78721.

2.      Panache Development & Construction, Inc.  is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished.  The last known address of  Panache Development & Construction, Inc.   is P O Box 26539 Austin, Texas 78755.

3.      Said labor and materials were furnished to Panache Development & Construction, Inc.  by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.      The labor and materials were furnished for the improvement of real property located in Travis County, Texas, which real property is described as follows;  EXHIBIT A (attached). Also known as __3443 Ed Bluestein Blvd. Building V Austin, Texas 78721.

5.      The Claimant's physical/mailing address is  16069 Central Commerce Drive Pflugerville, Texas 78660-2005     .

**2020006846  Page 2 of 4**
20-10410-hcm  Doc#146-3  Filed 07/01/20  Entered 07/01/20 14:33:56  Exhibit C -
Declaration of Jason Ferguson  Pg 93 of 107

Page 93

6.      The principal amount of the claim is <u>seventy-one thousand, four hundred fifty-four and 65/100</u> Dollars ($ 71,454.65), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The <u>labor and materials</u> are described as follows:
<u>20% labor bldg. H floor 1, 100% materials furnished/installed bldg. J floor 1 and 100% labor bldg. J floor 1 less 10% retainage in progress of the fire sprinkler system modification.</u>

7.      The <u>labor and materials</u>, for which payment is requested, were furnished during the month(s) of <u>August 2019, September 2019 and October 2019.</u>

8.      Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on <u>December 11, 2019.</u>

Claimant understands that the above –described land and some of the improvements are leased to Austin Vue, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: *Sherri Douglas*
Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said <u>Sherri Douglas</u>, this the <u>15</u>th day of <u>January</u>, 2020, to certify which witness my hand and seal of office.

*Theresa Justis*
Notary Public, State of Texas

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005

**2020006846 Page 3 of 4**

20-10410-hcm Doc#146-3 Filed 07/01/20 Entered 07/01/20 14:33:56 Exhibit C -
Declaration of Jason Ferguson Pg 94 of 107        Page 94

# EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Subcontractor's Initials _____        General Contractor's Initials _____

TRACT 7. Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8. Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Recorders Memorandum-At the time of recordation this instrument was found to be inadequate for the best reproduction, because of illegibility, carbon or photocopy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded

### FILED AND RECORDED
### OFFICIAL PUBLIC RECORDS



**Dana DeBeauvoir, County Clerk**
**Travis County, Texas**

**2020006846**    Jan 15, 2020 11:50 AM

Fee: $38.00    BARTHOLOMEWD

Subcontractor's Initials _____ , .

General Contractor's Initials



|||||||||||||||||||||| 4 pgs    2020006847

STATE OF TEXAS           §
                         §
COUNTY TRAVIS            §

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared Sherri Douglas , who being by me here and now duly sworn, upon oath says: That the affiant is the __Authorized Agent__ of ___Koetter Fire Protection of Austin, LLC___ , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials to improve the property herein described.

1.      __3443 Zen Garden Limited Partnership__ is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. __3443 Zen Garden Limited Partnership__ has entered into a lease agreement with Austin Viie, LLC and __Austin Viie, LLC__ is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of __3443 Zen Garden Limited Partnership__ is __3443 Ed Bluestein Blvd. Austin, Texas 78721__. The last known address of Austin Viie, LLC is __3443 Ed Bluestein Blvd. Austin, Texas 78721__.

2.      __Panache Development & Construction, Inc.__ is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished. The last known address of __Panache Development & Construction, Inc.__ is P O Box 26539 Austin, Texas 78755__.

3.      Said labor and materials were furnished to Panache Development & Construction, Inc.__ by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.      The labor and materials were furnished for the improvement of real property located in Travis County, Texas, which real property is described as follows: EXHIBIT A (attached). Also known as ___3443 Ed Bluestein Blvd. Building V Austin, Texas 78721__.

5.      The Claimant's physical/mailing address is __16069 Central Commerce Drive Pflugerville, Texas 78660-2005____ .

**2020006847  Page 2 of 4**
20-10410-hcm  Doc#146-3  Filed 07/01/20  Entered 07/01/20 14:33:56  Exhibit C -
Declaration of Jason Ferguson Pg 97 of 107

Page 97

6.      The principal amount of the claim is <u>four thousand, eight hundred forty-one and 92/100 Dollars</u> ($ 4,841.92), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The <u>labor and materials</u> are described as follows·

<u>50% labor bldg. F floor 2 less 10% retainage in progress of the fire alarm system installation.</u>

7.      The labor and materials, for which payment is requested, were furnished during the month(s) of: <u>July 2019, August 2019, September 2019, October 2019 and November 2019.</u>

8.      Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on: <u>December 11, 2019.</u>

Claimant understands that the above –described land and some of the improvements are leased to Austin Vue, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: <u>_Sherri Douglas_____</u>
Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said <u>Sherri Douglas</u>, this the <u>15</u>th day of <u>January</u>, 2020, to certify which witness my hand and seal of office.

_Theresa Justis____
Notary Public, State of Texas

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005



## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Subcontractor's Initials _____

General Contractor's Initials _____

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012102399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Recorders Memorandum-At the time of recordation this instrument was found to be inadequate for the best reproduction because of illegibility, carbon or photocopy discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded

## FILED AND RECORDED
### OFFICIAL PUBLIC RECORDS



**Dana DeBeauvoir, County Clerk**
**Travis County, Texas**

**2020006847**          Jan 15, 2020 11:50 AM
                        Fee: $38.00      BARTHOLOMEWD

Subcontractor's Initials _____    General Contractor's Initials



|||||||||||| |||||||||||  **4 pgs**     **2020006848**

STATE OF TEXAS                    §
                                  §
COUNTY TRAVIS                     §

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared Sherri Douglas , who being by me here and now duly sworn, upon oath says· That the affiant is the Authorized Agent of Koetter Fire Protection of Austin, LLC , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials to improve the property herein described

1     3443 Zen Garden Limited Partnership is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. 3443 Zen Garden Limited Partnership has entered into a lease agreement with Austin Viie, LLC and Austin Viie, LLC is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of 3443 Zen Garden Limited Partnership is 3443 Ed Bluestein Blvd. Austin, Texas 78721. The last known address of Austin Viie, LLC is 3443 Ed Bluestein Blvd. Austin, Texas 78721.

2.     Panache Development & Construction, Inc. is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished. The last known address of Panache Development & Construction, Inc. is P O Box 26539 Austin, Texas 78755.

3.     Said labor and materials were furnished to Panache Development & Construction, Inc. by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4     The labor and materials were furnished for the improvement of real property located in Travis County, Texas, which real property is described as follows: EXHIBIT A (attached) Also known as 3443 Ed Bluestein Blvd. Building V Austin, Texas 78721.

5.     The Claimant's physical/mailing address is 16069 Central Commerce Drive Pflugerville, Texas 78660-2005 .

6.       The principal amount of the claim is <u>two thousand, seven hundred twenty-six and 81/100 Dollars ($ 2,726.81)</u>, and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The  labor and materials  are described as follows:

35% labor bldg. F floors 3 & 4 less 10% retainage in progress of the fire alarm system installation.

7.       The labor and materials, for which payment is requested, were furnished during the month(s) of:  August 2019, September 2019 and November 2019

8.       Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on:  December 11, 2019.

Claimant understands that the above –described land and some of the improvements are leased to Austin Vue, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: _Sherri Douglas_
Sherri Douglas, Authorized Agent

SUBSCRIBED and SWORN to BEFORE ME, by the said  Sherri Douglas , this the  15th  day of  January , 2020, to certify which witness my hand and seal of office.

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

_Theresa Justis_
Notary Public, State of Texas

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005

**2020006848 Page 3 of 4**
20-10410-hcm Doc#146-3 Filed 07/01/20 Entered 07/01/20 14:33:56 Exhibit C -
Declaration of Jason Ferguson Pg 102 of 107

Page 102

## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012182396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC.
ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Page 1 of 2

Subcontractor's Initials _____

General Contractor's Initials _____

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.



**Recorders Memorandum**-At the time of recordation this instrument was found to be inadequate for the best reproduction, because of illegibility carbon or photocopy, discolored paper, etc All blockouts, additions and changes were present at the time the instrument was filed and recorded



## FILED AND RECORDED
### OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

**Dana DeBeauvoir, County Clerk**
**Travis County, Texas**

**2020006848**

Jan 15, 2020 11:50 AM

Fee: $38.00       BARTHOLOMEWD

Subcontractor's Initials _____ .  .                    General Contractor's Initials _____



4 pgs    2020006849

STATE OF TEXAS                          §
                                        §
COUNTY TRAVIS                           §

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared Sherri Douglas , who being by me here and now duly sworn, upon oath says: That the affiant is the _Authorized Agent_ of ___Koetter Fire Protection of Austin, LLC___ , herein called "Claimant", and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished labor and materials to improve the property herein described.

1.    3443 Zen Garden Limited Partnership  is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. 3443 Zen Garden Limited Partnership has entered into a lease agreement with Austin Viie, LLC and Austin Viie, LLC is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of 3443 Zen Garden Limited Partnership  is 3443 Ed Bluestein Blvd. Austin, Texas 78721. The last known address of Austin Viie, LLC is 3443 Ed Bluestein Blvd. Austin, Texas 78721.

2.    Panache Development & Construction, Inc.  is the original contractor on the project or that portion thereof for which the hereinafter described labor and materials were furnished. The last known address of _Panache Development & Construction, Inc._  is P O Box 26539 Austin, Texas 78755.

3.    Said labor and materials were furnished to Panache Development & Construction, Inc.  by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.    The labor and materials were furnished for the improvement of real property located in Travis County, Texas, which real property is described as follows: EXHIBIT A (attached). Also known as ___3443 Ed Bluestein Blvd. Building V Austin, Texas 78721.

5.    The Claimant's physical/mailing address is _16069 Central Commerce Drive Pflugerville, Texas 78660-2005_ .

6.      The principal amount of the claim is <u>one thousand, four hundred twenty-three and 84/100</u> Dollars ($ 1,423.84), and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed.  The <u>labor and materials</u> are described as follows:

<u>25% labor bldg. F floor 1 less 10% retainage in progress of the fire alarm system modification.</u>

7.      The labor and materials, for which payment is requested, were furnished during the month(s) of: <u>July 2019, September 2019 and November 2019.</u>

8.      Notice(s) of claim were sent to the owner of the land, the lessee and original contractor by certified mail on: <u>December 11, 2019.</u>

Claimant understands that the above –described land and some of the improvements are leased to Austin Viie, LLC by 3443 Zen Garden Limited Partnership. Claimant is filing this lien against the tenant's leasehold interest only in the land and improvements.

By: _____
Sherri Douglas, Authorized Agent


SUBSCRIBED and SWORN to BEFORE ME, by the said <u>Sherri Douglas</u>, this the 15th day of <u>January</u>, 2020, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

THERESA JUSTIS
My Notary ID # 7332086
Expires April 20, 2020

**RETURN TO:**
Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, Texas 78660-2005

## EXHIBIT A
## LEGAL DESCRIPTION

TRACT 1: Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 2: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Easement Agreement for Emergency Reciprocal Access, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222165, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 3: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Access Agreement for Landscape and Building Maintenance, dated November 15, 2006, by and between Freescale Semiconductor, Inc. and Hewlett-Packard Company, recorded in Document No. 2006222167, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A, and 2A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 2006000304, Official Public Records, Travis County, Texas, now known as Lot 1A-A, and Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 4: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Ingress and Egress, dated August 10, 2012, by and between MFPB Ed Bluestein LLC and Freescale Semiconductor, Inc., recorded in Document No. 2012132396, Official Public Records, Travis County, Texas; over and across those portions of Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 5: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Parking Spaces Easement Agreement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132397, Official Public Records, Travis County, Texas; all rights therein to the use of the parking spaces located on the third and fourth floors shown as G-1 in EXHIBIT "B" of Agreement. Said Parking Garage located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 6: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Stairwell Ingress and Egress Access Easement, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132398, Official Public Records, Travis County, Texas; all rights therein to the use of the stairwell shown in EXHIBIT "A" of Agreement. Said stairwell located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

Page 1 of 2

Subcontractor's Initials _____

General Contractor's Initials _____

TRACT 7: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access through Doorway to Buildings K and L, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132400, Official Public Records, Travis County, Texas; all rights therein to the access use of the doorway shown in EXHIBIT "B" of Agreement. Said doorway located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.

TRACT 8: Non-Exclusive Easement Estate appurtenant to Tract 1 created pursuant to that certain Reciprocal Easement Agreement for Access to Trails and for Lot Line Maintenance, dated August 10, 2012, by and between Freescale Semiconductor, Inc., and MFPB Ed Bluestein LLC, recorded in Document No. 2012132399, Official Public Records, Travis County, Texas; all rights therein to the pedestrian access over and across the trails currently existing as shown in EXHIBIT "A" of Agreement; all rights therein for landscaping and maintenance. Said trails located on Lot 1A-A, RESUBDIVISION PLAT OF LOT 1A, RESUBDIVISION PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, according to the map or plat thereof, recorded in Document No. 200900045, Official Public Records, Travis County, Texas.



**Recorders Memorandum**-At the time of recordation this instrument was found to be inadequate for the best reproduction, because of illegibility, carbon or photocopy, discolored paper etc All blockouts additions and changes were present at the time the instrument was filed and recorded

### FILED AND RECORDED
**OFFICIAL PUBLIC RECORDS**



**Dana DeBeauvoir, County Clerk**
**Travis County, Texas**

**2020006849**

Jan 15, 2020 11:50 AM

Fee: $38.00    BARTHOLOMEWD

Page 2 of 2

Subcontractor's Initials _____ , .



General Contractor's Initials