| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ferguson Enterprises, LLC - Removables List | | | | | | | | | |
| 2 | Customer PO Number | Invoice # | Ship Dt | Ship Qty | Customer Code | Customer Description | Unit Price | Ext Price | Description | |
| 3 | | | | | | | | | | |
| 4 | EF072619TFSF11 | 7208339 | 8/12/2019 | 10 | N1200 | 12X12 C/BASIN W/2 OUT | 25.205 | 252.05 | french drain | |
| 5 | | | | 10 | N1213 | 12X12 CI GRATE | 90.423 | 904.23 | french drain items | |
| 6 | | | | 10 | N1266 | 6 UNIV OUT | 5.018 | 50.18 | french drain items | |
| 7 | | | | 20 | N1206 | UNIV PLUG F/ C/BASIN | 3.087 | 61.74 | french drain items | |
| 8 | | | | | | | | | | |
| 9 | ADAM | 7266855 | 8/14/2019 | 1 | DISPLAYLIGHTING | DSPLY LIGH ITEM | 50 | 50 | display lights | |
| 10 | | | | 1 | DISPLAYLIGHTING | DSPLY LIGH ITEM | 50 | 50 | display lights | |
| 11 | | | | 1 | DISPLAYLIGHTING | DSPLY LIGH ITEM | 50 | 50 | display lights | |
| 12 | | | | 1 | DISPLAYLIGHTING | DSPLY LIGH ITEM | 50 | 50 | disply lights | |
| 13 | | | | 1 | SP-DISP-MTIS134WH | 52X52 CNTR ACR FS RND BATH | 500 | 500 | Bathtub | |
| 14 | | | | | | | | | | |
| 15 | EF082719TFPSF18 | 7316292 | 9/3/2019 | 2 | WRD308 | 8 NH ROOF DRN HI VOL | 185 | 370 | roof drain | |
| 16 | | | | 2 | SP-WRD308-R | 8 NH ROOF DRN - EOD OVERFLOW | 220 | 440 | roof drain | |
| 17 | | | | 2 | WRD306 | 6 NH HI VOL ROOF DRN W/ POLY DOME | 145 | 290 | roof drain | |
| 18 | | | | 2 | SP-WRD306-R | DRN | 175 | 350 | roof drain | |
| 19 | | | | | | | | | | |
| 20 | EF082919TFF36 | 7327691 | 9/13/2019 | 2 | SCSB12027SFEB3N | CCY 119G 27KW 480V 3PH WHTR ALUM | 5769.23 | 11538.46 | water heaters | |
| 21 | | | | 2 | SHMDP263636 | 36X36 26GA DRN PAN | 27.875 | 55.75 | drain pan | |
| 22 | | | | 2 | T007SF5 | 1/25HP SS FLG CART CIRC | 290.62 | 581.24 | pump for water heater | |
| 23 | | | | 2 | T110252SF | LF 1 FREEDOM FLG SET NPT SS | 40.275 | 80.55 | pump for water heater | |
| 24 | | | | 2 | T2653 | DIG TIMER W/ DUST CVR | 136.8 | 273.6 | timer for water heater | |
| 25 | | | | | | | | | | |
| 26 | EF082919TFTI17 | 7327692 | 9/13/2019 | 3 | SPCE171OMSA3480 | 15G 3KW 480V 1PH SB WHTR ALUM | 690.64 | 2071.92 | water heaters | |
| 27 | | | | 3 | O34152 | 22 ALUM WHTR PAN W/ 1 FTG | 12.974 | 38.92 | water heater pans | |
| 28 | | | | | | | | | | |
| 29 | EF0911819TFF35 | 7389070 | 9/19/2019 | 1 | PFXT5 | LF 2 GAL THRML EXP TANK | 27.188 | 27.19 | Water Heater Expansion Tank | |
| 30 | | | | 2 | PFXT12 | LF 4.4 GAL THRML EXP TANK | 38.112 | 76.22 | Water Heater Expansion Tank | |
| 31 | | | | | | | | | | |
| 32 | EF092319TF35 | 7399037 | 10/7/2019 | 2 | SCSB12027SFEB3N | CCY 119G 27KW 480V 3PH WHTR ALUM | 5769.23 | 11538.46 | water heaters | |
| 33 | | | | 2 | SHMDP263636 | 36X36 26GA DRN PAN | 27.875 | 55.75 | drain pan | |
| 34 | | | | 2 | T007SF5 | 1/25HP SS FLG CART CIRC | 290.62 | 581.24 | pump for water heater | |
| 35 | | | | 2 | T110252SF | LF 1 FREEDOM FLG SET NPT SS | 40.275 | 80.55 | pump for water heater | |
| 36 | | | | 2 | T2653 | DIG TIMER W/ DUST CVR | 136.8 | 273.6 | timer for water heater | |
| 37 | | | | | | Total | | 30691.65 | | |

EXHIBIT "A-1"