# **FERGUSON**

**EMAIL DUPLICATE INVOICE**

FERGUSON ENTERPRISES LLC #61
PO BOX 847411
DALLAS, TX 75284-7411

**Deliver To:** AMANDA 512-788-1107
**From:** Devin Mathis
**Comments:**

*Please Contact With Questions:*
512-248-4050

| Invoice Number | Customer | Page |
|---|---|---|
| 7208339 | 368440 | 1 |

Please refer to Invoice Number when making payment and remit to:    **TOTAL DUE --->**    1372.82

FERGUSON ENTERPRISES LLC #61
PO BOX 847411
DALLAS, TX 75284-7411

*Sold To:*
PANACHE DEVLPMNT & CONST INC
AUSTIN VIIE
PO BOX 26539
AUSTIN, TX 78755

*Ship To:*
PANACHE DEVELOPEMENT
3443 ED BLUESTEIN
EIGHTFOLD DEVELOPMENT
AUSTIN, TX 78721

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1869 | 1869 | TX1869 | EF072619TFSF11 | CRS | EIGHTFOLD DEVELOPMENT | 08/12/2019 | 240102 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
|  |  |  | BUILDING F AREA DRN |  |  |  |
|  |  |  | PLASTIC BOX |  |  |  |
| 10 | 10 | N1200 | 12X12 C/BASIN W/2 OUT | 25.205 | EA | 252.05 |
|  |  |  | METAL GRATE |  |  |  |
| 10 | 10 | N1213 | 12X12 CI GRATE | 90.423 | EA | 904.23 |
|  |  |  | OUTLETS / CAPS |  |  |  |
| 10 | 10 | N1266 | 6 UNIV OUT | 5.018 | EA | 50.18 |
| 20 | 20 | N1206 | UNIV PLUG F/ C/BASIN | 3.087 | EA | 61.74 |
|  |  |  | **Invoice Sub-Total** |  |  | 1268.20 |
|  |  |  | **Tax** |  |  | 104.62 |
|  |  |  | **Total Amt** |  |  | 1372.82 |

**TOTAL DUE --->**    1372.82

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale
GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

EXHIBIT "A-2"

# FERGUSON

**EMAIL DUPLICATE INVOICE**

FERGUSON ENTERPRISES LLC #61
PO BOX 847411
DALLAS, TX 75284-7411

**Deliver To:** AMANDA 512-788-1107
**From:** Devin Mathis
**Comments:**

*Please Contact With Questions:*
**512-248-4050**

| Invoice Number | Customer | Page |
|---|---|---|
| 7266855 | 368440 | 1 |

*Please refer to Invoice Number when making payment and remit to:*    **TOTAL DUE --->**    **757.77**

FERGUSON ENTERPRISES LLC #61
PO BOX 847411
DALLAS, TX 75284-7411

*Sold To:*
PANACHE DEVLPMNT & CONST INC
AUSTIN VIIE
PO BOX 26539
AUSTIN, TX 78755

*Ship To:*
PANACHE DEVELOPEMENT
3443 ED BLUESTEIN
EIGHTFOLD DEVELOPMENT
AUSTIN, TX 78721

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 245 | 245 | TX245 | ADAM | CRS | EIGHTFOLD DEVELOPMENT | 08/15/2019 | 240450 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | ** MITZI LIGHTING ** | | | |
| 1 | 1 | DISPLAYLIGHTING | DSPLY LIGH ITEM | 50.000 | EA | 50.00 |
| | | | HUDH182701PN | | | |
| 1 | 1 | DISPLAYLIGHTING | DSPLY LIGH ITEM | 50.000 | EA | 50.00 |
| | | | HUDH181701LPB | | | |
| 1 | 1 | DISPLAYLIGHTING | DSPLY LIGH ITEM | 50.000 | EA | 50.00 |
| | | | HUDH130102PNBK | | | |
| 1 | 1 | DISPLAYLIGHTING | DSPLY LIGH ITEM | 50.000 | EA | 50.00 |
| | | | HUDHL155201PNBK | | | |
| | | | ** FREESTANDING TUBS ** | | | |
| 1 | 1 | SP776286*245 | | 500.000 | | 500.00 |
| | | | ** FS REFRIGERATOR ** | | | |
| 1 | 1 | DISPLAYAPPLIANCE | DSPLY APPL ITEM | 0.000 | EA | 0.00 |
| | | | Serial # 111111111 | | | |
| | | | NON-FUNCTIONING JENNAIR | | | |
| | | | REFRIGERATOR. ADAM WANTS | | | |
| | | | TO USE IT AS A DISPLAY IN | | | |
| | | | A MODEL HOME. | | | |

*Invoice Sub-Total*    **700.00**

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.

LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.



| Invoice Number | Customer | Page |
|---|---|---|
| 7266855 | 368440 | 2 |

| | |
|---|---|
| Tax | 57.77 |
| **Total Amt** | **757.77** |

| | |
|---|---|
| TOTAL DUE ---> | 757.77 |

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.**

**LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.**

# **FERGUSON**

EMAIL DUPLICATE INVOICE

**FERGUSON ENTERPRISES LLC #61**
**PO BOX 847411**
**DALLAS, TX 75284-7411**

| Deliver To: | AMANDA 512-788-1107 |
|---|---|
| From: | Devin Mathis |
| Comments: | |

*Please Contact With Questions:*
**512-248-4050**

| Invoice Number | Customer | Page |
|:---:|:---:|:---:|
| 7316292 | 368440 | 1 |

*Please refer to Invoice Number when making payment and remit to:*   **TOTAL DUE --->**   1569.64

FERGUSON ENTERPRISES LLC #61
PO BOX 847411
DALLAS, TX 75284-7411

*Sold To:*
PANACHE DEVLPMNT & CONST INC
AUSTIN VIIE
PO BOX 26539
AUSTIN, TX 78755

*Ship To:*
PANACHE DEVELOPEMENT
3443 ED BLUESTEIN
EIGHTFOLD DEVELOPMENT
AUSTIN, TX 78721

| *Ship Whse* | *Sell Whse* | *Tax Code* | *Customer Order Number* | *Sales Person* | *Job Name* | *Invoice Date* | *Batch* |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| 1869 | 1869 | TX1869 | EF082719TFPSF18 | CRS | EIGHTFOLD DEVELOPMENT | 09/03/2019 | 241930 |

| *Ordered* | *Shipped* | *Item Number* | *Description* | *Unit Price* | *UM* | *Amount* |
|:---:|:---:|:---|:---|---:|:---:|---:|
| | | | BUILDING J | | | |
| | | | NO OVERFLOW | | | |
| 2 | 2 | WRD308 | 8 NH ROOF DRN HI VOL | 185.000 | EA | 370.00 |
| | | | WITH OVERFLOW | | | |
| 2 | 2 | SP-WRD308-R | 8 NH ROOF DRN - EOD OVERFLOW | 220.000 | EA | 440.00 |
| | | | NO OVERFLOW | | | |
| 2 | 2 | WRD306 | 6 NH HI VOL ROOF DRN W/ POLY DOME | 145.000 | EA | 290.00 |
| | | | WITH OVERFLOW | | | |
| 2 | 2 | SP-WRD306-R | DRN | 175.000 | EA | 350.00 |

                                            **Invoice Sub-Total**   1450.00
                                            **Tax**                  119.64
                                            **Total Amt**           1569.64

**TOTAL DUE --->**   1569.64

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.

LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

# FERGUSON

EMAIL DUPLICATE INVOICE

**FERGUSON ENTERPRISES LLC #61**
**PO BOX 847411**
**DALLAS, TX 75284-7411**

| Deliver To: | AMANDA 512-788-1107 |
|---|---|
| From: | Devin Mathis |
| Comments: | |

*Please Contact With Questions:*
**512-248-4050**

| Invoice Number | Customer | Page |
|:---:|:---:|:---:|
| 7327691 | 368440 | 1 |

*Please refer to Invoice Number when making payment and remit to:*   **TOTAL DUE --->**   **13779.79**

FERGUSON ENTERPRISES LLC #61
PO BOX 847411
DALLAS, TX 75284-7411

*Sold To:*
PANACHE DEVLPMNT & CONST INC
AUSTIN VIIE
PO BOX 26539
AUSTIN, TX 78755

*Ship To:*
PANACHE DEVELOPEMENT
3443 ED BLUESTEIN
AUSTIN, TX 78721

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1869 | 1869 | TX1869 | EF082919TFF36 | CRS | EIGHTFOLD DEVELOPMENT | 09/13/2019 | 242715 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | ***WATER HEATERS*** | | | |
| | | | 29-1/2 DIA | | | |
| 2 | 2 | SCSB12027SFEB3N | CCY 119G 27KW 480V 3PH WHTR ALUM | 5769.230 | EA | 11538.46 |
| | | | Serial # 116203600 | | | |
| | | | Serial # 116203599 | | | |
| | | | | | | |
| | | | ***PANS*** | | | |
| | | | SQUARE PAN | | | |
| 2 | 2 | SHMDP263636 | 36X36 26GA DRN PAN | 27.875 | EA | 55.75 |
| | | | | | | |
| | | | ***RECIRC PUMPS*** | | | |
| 2 | 2 | T007SF5 | 1/25HP SS FLG CART CIRC | 290.620 | EA | 581.24 |
| 2 | 2 | T110252SF | LF 1 FREEDOM FLG SET NPT SS | 40.275 | EA | 80.55 |
| 2 | 2 | T2653 | DIG TIMER W/ DUST CVR | 136.800 | EA | 273.60 |

| | |
|---|---:|
| **Invoice Sub-Total** | 12529.60 |
| **Freight** | 200.00 |
| **Tax** | 1050.19 |
| **Total Amt** | 13779.79 |

**TOTAL DUE --->**   **13779.79**

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.

LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

# FERGUSON

EMAIL DUPLICATE INVOICE

FERGUSON ENTERPRISES LLC #61
PO BOX 847411
DALLAS, TX 75284-7411

| Deliver To: | AMANDA 512-788-1107 |
|---|---|
| From: | Devin Mathis |
| Comments: | |

*Please Contact With Questions:*
**512-248-4050**

| Invoice Number | Customer | Page |
|---|---|---|
| 7327692 | 368440 | 1 |

*Please refer to Invoice Number when making payment and remit to:*     **TOTAL DUE --->**     **2501.48**

FERGUSON ENTERPRISES LLC #61
PO BOX 847411
DALLAS, TX 75284-7411

*Sold To:*
PANACHE DEVLPMNT & CONST INC
AUSTIN VIIE
PO BOX 26539
AUSTIN, TX 78755

*Ship To:*
PANACHE DEVELOPEMENT
3443 ED BLUESTEIN
AUSTIN, TX 78721

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|---|---|---|---|---|---|---|---|
| 1869 | 1869 | TX1869 | EF082919TFTI17 | CRS | EIGHTFOLD DEVELOPMENT | 09/13/2019 | 242715 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| | | | WWW WATER HEATERS | | | |
| | | | ***SMALLER HEATER*** | | | |
| | | | 480V, 1 PHASE, 3 KW | | | |
| | | | 18" DIA | | | |
| 3 | 3 | SPCE171OMSA3480 | 15G 3KW 480V 1PH SB WHTR ALUM | 690.640 | EA | 2071.92 |
| | | | Serial # 116203636 | | | |
| | | | Serial # 116203635 | | | |
| | | | Serial # 116203637 | | | |
| | | | PANS | | | |
| 3 | 3 | O34152 | 22 ALUM WHTR PAN W/ 1 FTG | 12.974 | EA | 38.92 |

| | |
|---|---|
| **Invoice Sub-Total** | 2110.84 |
| **Freight** | 200.00 |
| **Tax** | 190.64 |
| **Total Amt** | 2501.48 |

**TOTAL DUE --->**     **2501.48**

ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale
GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.
LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.

# **FERGUSON**

EMAIL DUPLICATE INVOICE

**FERGUSON ENTERPRISES LLC #61**
**PO BOX 847411**
**DALLAS, TX 75284-7411**

| Deliver To: | AMANDA 512-788-1107 |
|---|---|
| From: | Devin Mathis |
| Comments: | |

*Please Contact With Questions:*
**512-248-4050**

| Invoice Number | Customer | Page |
|:---:|:---:|:---:|
| 7389070 | 368440 | 1 |

*Please refer to Invoice Number when making payment and remit to:*     **TOTAL DUE --->**     **1149.37**

FERGUSON ENTERPRISES LLC #61
PO BOX 847411
DALLAS, TX 75284-7411

*Sold To:*
PANACHE DEVLPMNT & CONST INC
AUSTIN VIIE
PO BOX 26539
AUSTIN, TX 78755

*Ship To:*
PANACHE DEVELOPEMENT
3443 ED BLUESTEIN
EIGHTFOLD DEVELOPMENT
AUSTIN, TX 78721

| Ship Whse | Sell Whse | Tax Code | Customer Order Number | Sales Person | Job Name | Invoice Date | Batch |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| 1869 | 1869 | TX1869 | EF0911819TFF35 | CRS | EIGHTFOLD DEVELOPMENT | 09/19/2019 | 243306 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|:---:|:---:|---|---|---:|:---:|---:|
| | | | BREAK ROOM 1 WATER HEATER | | | |
| 5 | 5 | C9F | 3/4 WROT CXC 90 ELL 7/8 OD | 1.222 | EA | 6.11 |
| 2 | 2 | CTF | 3/4 WROT CXCXC TEE 7/8 OD | 2.245 | EA | 4.49 |
| 1 | 1 | P40S9G | 1 PVC S40 SXS 90 ELL | 0.360 | EA | 0.36 |
| 1 | 1 | P40SCG | 1 PVC S40 SXS COUP | 0.284 | EA | 0.28 |
| 1 | 1 | CFAF | 3/4 WROT CXF ADPT | 2.484 | EA | 2.48 |
| 1 | 1 | WLFN36M1F | LF 3/4 VAC REL VLV | 7.462 | EA | 7.46 |
| 2 | 2 | PFXCCS33 | LF 3/4 FIP X SWT DIELEC UNION | 5.670 | EA | 11.34 |
| 1 | 1 | PFXT5 | LF 2 GAL THRML EXP TANK | 27.188 | EA | 27.19 |
| | | | BREAK ROOM 2 WATER HEATER | | | |
| 7 | 7 | C9F | 3/4 WROT CXC 90 ELL 7/8 OD | 1.222 | EA | 8.55 |
| 2 | 2 | CTF | 3/4 WROT CXCXC TEE 7/8 OD | 2.245 | EA | 4.49 |
| 1 | 1 | P40S9G | 1 PVC S40 SXS 90 ELL | 0.360 | EA | 0.36 |
| 1 | 1 | P40SCG | 1 PVC S40 SXS COUP | 0.284 | EA | 0.28 |
| 1 | 1 | CFAF | 3/4 WROT CXF ADPT | 2.484 | EA | 2.48 |
| 1 | 1 | WLFN36M1F | LF 3/4 VAC REL VLV | 7.462 | EA | 7.46 |
| 2 | 2 | PFXCCS33 | LF 3/4 FIP X SWT DIELEC UNION | 5.670 | EA | 11.34 |
| 1 | 1 | PFXT5 | LF 2 GAL THRML EXP TANK | 27.188 | EA | 27.19 |
| | | | BREAK ROOM 3 WATER HEATER | | | |
| 5 | 5 | C9F | 3/4 WROT CXC 90 ELL 7/8 OD | 1.222 | EA | 6.11 |
| 2 | 2 | CTF | 3/4 WROT CXCXC TEE 7/8 OD | 2.245 | EA | 4.49 |

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.**

**LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.**



| Invoice Number | Customer | Page |
|---|---|---|
| 7389070 | 368440 | 2 |

| Ordered | Shipped | Item Number | Description | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | P40S9G | 1 PVC S40 SXS 90 ELL | 0.360 | EA | 0.36 |
| 1 | 1 | P40SCG | 1 PVC S40 SXS COUP | 0.284 | EA | 0.28 |
| 1 | 1 | CFAF | 3/4 WROT CXF ADPT | 2.484 | EA | 2.48 |
| 1 | 1 | WLFN36M1F | LF 3/4 VAC REL VLV | 7.462 | EA | 7.46 |
| 2 | 2 | PFXCCS33 | LF 3/4 FIP X SWT DIELEC UNION | 5.670 | EA | 11.34 |
| 1 | 1 | PFXT5 | LF 2 GAL THRML EXP TANK | 27.188 | EA | 27.19 |
| 20 | 20 | P40BEPG20 | 1X20 PVC S40 BE PIPE | 29.332 | C | 5.87 |
| | | | MECHANICAL ROOMS | | | |
| 8 | 8 | PFXCCS66 | LF 1-1/2 FIP X SWT DIELEC UNION | 19.835 | EA | 158.68 |
| 4 | 4 | CTK | 2 WROT CXCXC TEE 2-1/8 OD | 22.284 | EA | 89.14 |
| 4 | 1 | CRCKF | 2X3/4 WROT CXC RED COUP | 10.296 | EA | 10.30 |
| 4 | 4 | CRCKJ | 2X1-1/2 WROT CXC RED COUP | 9.392 | EA | 37.57 |
| 2 | 2 | CTKKG | 2X2X1 WROT CXCXC TEE | 17.359 | EA | 34.72 |
| 6 | 6 | CUG | LF 1 WROT CXC UNION | 12.418 | EA | 74.51 |
| 4 | 4 | FNWX416G | LF 1 BRS 600# WOG 2PC SWT FP BV | 13.844 | EA | 55.38 |
| 2 | 2 | PFX31SG | LF 1 BRS 125# SWT SWG CHK VLV | 13.696 | EA | 27.39 |
| 2 | 2 | CTG | 1 WROT CXCXC TEE 1-1/8 OD | 6.727 | EA | 13.45 |
| 2 | 2 | FNWXBTWN | LFN 3-1/2 BRS ECON THRM WELL | 21.096 | EA | 42.19 |
| 2 | 2 | FNW9S30240AT | 9 30-240 ADJ ANG THRM | 49.264 | EA | 98.53 |
| 4 | 4 | CTGGF | 1X1X3/4 WROT CXCXC TEE | 6.881 | EA | 27.52 |
| 2 | 2 | FNWX416J | LF 1-1/2 BRS 600# WOG 2PC SWT FP BV | 32.348 | EA | 64.70 |
| 2 | 2 | CTKKG | 2X2X1 WROT CXCXC TEE | 17.359 | EA | 34.72 |
| 6 | 6 | CMAG | 1 WROT CXM ADPT | 4.889 | EA | 29.33 |
| 2 | 2 | PFXT12 | LF 4.4 GAL THRML EXP TANK | 38.112 | EA | 76.22 |

| | |
|---|---|
| **Invoice Sub-Total** | 1061.79 |
| **Tax** | 87.58 |
| **Total Amt** | 1149.37 |

| TOTAL DUE ---> | 1149.37 |
|---|---|

**ALL ACCOUNTS ARE DUE AND PAYABLE PER THE CONDITIONS AND TERMS OF THE ORIGINAL INVOICE. ALL PAST DUE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM RATE ALLOWED BY STATE LAW PLUS COSTS OF COLLECTION INCLUDING ATTORNEY FEES IF INCURRED. FREIGHT TERMS ARE FOR OUR DOCK UNLESS OTHERWISE SPECIFIED ABOVE. COMPLETE TERMS AND CONDITIONS ARE AVAILABLE UPON REQUEST OR CAN BE VIEWED ON THE WEB AT https://www.ferguson.com/content/website-info/terms-of-sale GOVT BUYERS: ALL ITEMS QUOTED ARE OPEN MARKETUNLESS NOTED OTHERWISE.**

**LEAD LAW WARNING: IT IS ILLEGAL TO INSTALL PRODUCTS THAT ARE NOT "LEAD FREE" IN ACCORDANCE WITH US FEDERAL OR OTHER APPLICABLE LAW IN POTABLE WATER SYSTEMS ANTICIPATED FOR HUMAN CONSUMPTION. PRODUCTS WITH *NP IN THE DESCRIPTION ARE NOT LEAD FREE AND CAN ONLY BE INSTALLED IN NON-POTABLE APPLICATIONS. BUYER IS SOLELY RESPONSIBLE FOR PRODUCT SELECTION.**