**The relief described hereinbelow is SO ORDERED.**

**Signed July 07, 2020.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 3443 ZEN GARDEN, LP. | § | CASE NO. 20-10410-HCM |
| | § | |
| Debtor. | § | CHAPTER 11 |

### ORDER GRANTING
### APPLICATION OF PETITIONING CREDITORS LYLE AMERICA, INC. D/B/A GLASS.COM OF ILLONOIS, AUSTIN GLASS & MIRROR, INC., AND ACM SERVICES, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR THEIR EXPENSES AND FOR COMPENSATION OF PROFESSIONAL SERVICES RENDERED
### BY THEIR ATTORNEY PURSUANT TO 11 U.S.C. § 503(b)(3)(A) and (4)

Upon consideration of the *Application for Allowance and Payment of Administrative Claim for Their Expenses and for Compensation of Professional Services Rendered by their Attorney Pursuant to 11 U.S.C. § 503(b)(3)(A) and (4)* (the "**Application**");[1] and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and proper and adequate notice of the Application

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Application.

and the hearing thereon having been given; and it appearing that no other or further notice being necessary; and it appearing that the legal and factual bases set forth in the Application establish the requirements under 11 U.S.C. § 503(b)(3)(A) and (4) for allowance and payment of the requested fees and expenses, it is hereby **ORDERED THAT**:

1. The Application is **GRANTED** as set forth herein.

2. The Chapter 11 Trustee is hereby authorized and directed to disburse to Kell C. Mercer, PC, in care of the Petitioning Creditors, the total aggregate sum of **$12,070.20**, representing 503(b)(3)(A) expenses of the Petitioning Creditors in the amount **of $1,717**, 503(b)(4) expenses of Mercer in the amount of **$73.20**, and 503(b)(4) professional fees of Mercer in the amount of **$10,280**, such aggregate sum to be deposited in Mercer's IOLTA and distributed by Mercer pursuant to the terms of his engagement agreement with the Petitioning Creditors.

###

ORDER SUBMITTED BY:

Kell C. Mercer
Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, Texas 78702
Telephone: (512) 627-3512
Facsimile: (512) 597-0767
kell.mercer@mercer-law-pc.com

**COUNSEL FOR PETITIONING CREDITORS**