IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-10410-HCM |
| 3443 ZEN GARDEN, L.P., | § | |
| | § | |
| DEBTOR. | § | Chapter 11 |
| | § | |

### ORDER GRANTING RECEIVER, ROB ROY PARNELL'S, MOTION FOR DETERMINATION OF THE PROPRIETY OF THE ADMINSTRATION, REPORT, AND ACCOUNTING

On this date, the Court considered the *Motion for Determination of the Propriety of the Administration, Report, and Accounting* [Docket No. 180] ("Motion"),[1] filed by Rob Roy Parnell, the duly-appointed State Court receiver (the "Receiver"). The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) proper and adequate notice of the Motion and hearing on the Motion has been given and that no other or further notice is necessary under the circumstances; and (iv) good and sufficient cause exists for the granting of the relief

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**, in all respects.

2. The Court determines that the Receiver's administration of the Debtor's property, including all disbursements, was proper and reasonable and the Receiver has discharged all duties and responsibilities under the Bankruptcy Code.

3. This Order is without prejudice to the Receiver's ability to seek to protect all entities to which a Receiver has become obligated with respect to the Debtor's property or proceeds, product, offspring, rents, or profits of the Debtor's property and request the payment of reasonable compensation for services rendered and costs and expenses incurred by the Receiver, as provided by Sections 503(b)(3)(E), 503(b)(4), and 543(c).

4. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or the interpretation of this Order.

**ORDER GRANTING RECEIVER, ROB ROY PARNELL'S, MOTION FOR DETERMINATION OF THE PROPRIETY OF THE ADMINSTRATION, REPORT, AND ACCOUNTING**     **PAGE 2 OF 3**

Exhibit C
Page 2 of 3

**PREPARED AND SUBMITTED BY:**

Stewart Whitehead
State Bar No. 00789725
**WINSTEAD PC**
401 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850
swhitehead@winstead.com

-and-

Annmarie Chiarello
State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390

**COUNSEL FOR ROB ROY PARNELL,
RECEIVER**