IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 1:20-10410-HCM |
| **3443 ZEN GARDEN, L.P.** | § | |
| | § | **Chapter 11** |
| DEBTOR. | § | |

## NOTICE OF AMENDED BUDGET

Gregory S. Milligan, Chapter 11 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of 3443 Zen Garden L.P. (the "Debtor") hereby files this Notice of Amended Budget.

PLEASE TAKE NOTICE THAT the Court entered its *Amended Final Order Granting Chapter 11 Trustee's Motion to Obtain Secured Credit on an Interim and Final Basis* (ECF No. 144, the "Final Financing Order").

PLEASE TAKE FURTHER NOTICE THAT attached to the Final Financing Order is the original approved final budget (the "Original Final Budget") that governs the Estate's use of funds under the credit facility (the "Credit Facility") provided to the Estate by Romspen Mortgage Limited Partnership (the "Lender").

PLEASE TAKE FURTHER NOTICE THAT in accordance with paragraph 6(b) of the Final Financing Order, the Trustee, upon reasonable consultation with the Lender, may amend the Original Final Budget by filing a proposed amended budget (the "Amended Budget"). A copy of the Amended Budget is attached hereto.

PLEASE TAKE FURTHER NOTICE THAT any party with standing shall have until **5:00 p.m. (prevailing central time) on Wednesday, September 23, 2020** to file a written objection to any portion of the Amended Budget with a corresponding motion and uploaded proposed order requesting an expedited hearing on the objection in conformance with Local Rule 9014(e) and Judge Mott's special procedures regarding expedited hearings,[1] and such objection shall be resolved, whether by agreement or order of the Court, subject to the Court's availability, within four (4) days after the filing of the Amended Budget.

PLEASE TAKE FURTHER NOTICE THAT absent any timely objection, the Amended Budget shall be effective and become the "Budget" as that term is used in the Final Financing Order.

---

[1] Available at https://www.txwb.uscourts.gov/procedures-judge-h-christopher-mott#motion-expedite

|  |  |
|---|---|
| Dated: September 21, 2020 | */s/ Jason M. Rudd* |

Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
Daniella G. Heringer, Tex. Bar No. 24103460
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com
daniella.heringer@wickphillips.com

**COUNSEL FOR GREGORY S. MILLIGAN,
CH. 11 TRUSTEE FOR 3443 ZEN GARDEN, L.P.**

## CERTIFICATE OF SERVICE

I certify that on September 21, 2020, a true and correct copy of the forgoing was served on the following parties at the indicated email addresses:

Christopher G Burwell on behalf of Creditor Wembley Metal Buildings, LLC
cburwell@baileyandbaileypc.com

Martyn B. Hill on behalf of Creditor Lone Star Materials, Inc.
mbh@pdhlaw.com, eservice@pdhlaw.com;mah@pdhlaw.com; sserry@pdhlaw.com

B. Russell Horton on behalf of Debtor 3443 Zen Garden, LP and Creditor Panache Development & Construction, Inc.
rhorton@gbkh.com, kseabolt@gbkh.com

Paul H. Jordan on behalf of Creditors Texas Air, LLC, Hill Country Electric Supply, L.P., Koetter Fire Protection of Austin, LLC
pjordon@sneedvine.com, gtwnfilings@sneedvine.com

Tara LeDay on behalf of Creditor The County of Hays, Texas
tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Kell C. Mercer on behalf of Petitioning Creditor ACM Services LLC, Petitioning Creditor Austin Glass & Mirror, Inc., Creditor Lyle America, Inc. d/b/a Glass.com of Illinois, Creditor Hill Country Electric Supply, L.P., Creditor Koetter Fire Protection of Austin, LLC, Creditor Capital Industries, LLC, Creditor Texas Air, LLC,
kell.mercer@mercer-law-pc.com

Lisa M. Norman on behalf of Creditor American Builders and Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc.
lnorman@andrewsmyers.com, kdubose@andrewsmyers.com

Danielle Nicole Rushing on behalf of Int. Party Lincoln 1861, Inc., Dan White & Daniel White
drushing@dykema.com, lvasquez@dykema.com;docketsat@dykema.com,

Thomas C. Scannell on behalf of Creditor and Int. Party Romspen Mortgage Limited Partnership
tscannell@foley.com, acordero@foley.com

Jason A. Starks on behalf of Creditor Travis County
bkecf@traviscountytx.gov

Jeffrey M. Tillotson on behalf of Creditor Dan White
jtillotson@tillotsonlaw.com, swade@tillotsonlaw.com;keith@tillotsonlaw.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Richard James Wallace, III on behalf of Creditor Equipmentshare.com, Inc.
richard.wallace@solidcounsel.com

Stephanie L O'Rourke on behalf of Creditor Capital Pumping, LP
sorourke@cokinoslaw.com, sdavis@cokinoslaw.com

Deborah D. Williamson on behalf of Creditor Dan White Family Trust and Dan White
dwilliamson@dykema.com, mlongoria@dykema.com;docketsat@dykema.com

Robert L. Barrows on behalf of Creditor H&H Crane Services, Inc. dba Texas Crane Service
rbarrows@wdblaw.com, bchapa@wdblaw.com; PACERnotice@gmail.com

Misti Lachelle Beanland on behalf of Creditor & Plaintiff Ferguson Enterprises, LLC
beanland@mssattorneys.com

Annmarie Antoniette Chiarello on behalf of Interested Party Rob Roy Parnell, the Receiver
achiarello@winstead.com, dgalindo@winstead.com

Bruce J Duke on behalf of Plaintiffs & Interested Parties Absolute Energy Resources, Inc., Absolute Environmental Waste Management, Inc., Dan White Family Trust, Eco Industrial Business Park Inc., Lincoln 1861, Inc., Lot 11 GP Ltd., Lot 11 Limited Partnership, Symmetry Asset Management, Inc., and Daniel White
brucedukeesq@gmail.com, brucedukeesq@gmail.com

Barbara Lee Emerson on behalf of Creditor Schindler Elevator Corporation
bemerson@bellingersuberg.com, rmoors@bellingersuberg.com

                 */s/ Jason M. Rudd*

**3443 Zen Garden LP**
*Final Postpetition Budget - October Update*

|  |  | OCTOBER | | | | |
|---|---|---|---|---|---|---|
| Week Ending: |  | 2-Oct | 9-Oct | 16-Oct | 23-Oct | 30-Oct |
| **Beginning Cash Balance** |  | $ - | $ (323,381) | $ (451,191) | $ (692,574) | $ (770,801) |
| <u>RECEIPTS</u> |  |  |  |  |  |  |
| Total Cash Receipts |  |  |  |  |  |  |
| <u>DISBURSEMENTS</u> |  |  |  |  |  |  |
| *Utilities* | *Service Provided* |  |  |  |  |  |
|   City of Austin | Electric/Water/Drainage |  |  | 18,000 |  | 18,000 |
|   Waste Connection | Waste Removal | 1,600 |  |  |  | 1,600 |
|   Texas Gas | Gas |  |  | 150 |  | 150 |
|   Spectrum | Internet | 360 |  |  |  | 360 |
|   AT&T | Telephone lines in Elevators | 144 |  |  |  | 144 |
| Total Utilities |  | 2,104 | - | 18,150 | - | 20,254 |
| *Security & Maintenance* | *Service Provided* |  |  |  |  |  |
|   IPSA | Patrol Security | 4,500 | 4,500 | 4,500 | 4,500 | 10,000 |
|   ProVigil | Camera Security | 1,804 |  |  |  | 1,804 |
|   Simpli-Safe | Entry Alarm |  | 27 |  | 27 |  |
|   Austin Porta Potty | Portable Toilets |  | 750 |  |  |  |
|   Koetter Fire Alarm Protection Monitoring | Firm Alarm Monitoring |  |  |  |  |  |
|   The Bug Master | Pest Control |  |  |  |  | 400 |
|   Panache Development | Campus Maintenance | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
|   Panache Development | Lawn Maintenance | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 |
|   Panache Development | Security Gates / Material Reloc | 800 | 800 | 800 | 800 | 800 |
|   Environmental Services |  | 3,200 |  |  |  |  |
|   Emergency Repairs |  | 10,000 |  | 10,000 |  |  |
| Total Security & Maintenance |  | 25,504 | 11,277 | 20,500 | 10,527 | 18,204 |
| *Insurance* |  |  |  |  |  |  |
|   Property Insurance - with Builder's Risk |  |  |  |  |  |  |
|   Panache Development - Reimb for project-specific coverage |  | 42,165 |  |  |  |  |
| Total Insurance |  | 42,165 | - | - | - | - |
| *Other Preservation Disbursements* |  |  |  |  |  |  |
|   Structures, Inc | Structural Engineer (incl Design | 4,200 | 21,700 | 4,200 | 4,200 | 4,200 |
|   GSC Architects | Architect | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
|   Doucet Engineering | Design - Civil |  |  |  |  |  |
|   ECS Southwest | Design - Soil Engineer | 18,275 |  |  |  |  |
|   Blu Fish Collaborative | Design - Landscape |  |  |  |  |  |
|   Mint Engineeing | MEP Engineer |  |  |  |  |  |
|   Panache Development | Painting of steel | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
|   ACM Services | Maintenance of Campus Power Plant |  |  |  |  |  |
|   Foundation Remediation / Repair | Foundation Repair | 49,000 |  |  |  |  |
|   French Drains | French Drains |  |  |  |  |  |
|   Roof Leak Repair in Central Plant | Repair leaking roof in CP | 5,500 |  |  |  |  |
|   Structural Steel Addition | Bracing for 4, 2nd and 3rd flrs | 16,800 |  |  |  |  |
|   Back Forty Clean Up | Clean up in back of property for | 31,333 | 31,333 | 31,333 |  |  |
|   Structural Framing | Structural framing - building J |  |  |  |  |  |
|   Sewer Lines | Replacing ruptured sewer line | 24,000 |  |  |  |  |
|   Equipment Rental | Equipment rental |  |  |  | 3,200 |  |
|   Partner Engineering and Science | Property Condition Assessment |  |  |  |  |  |
|   BK Environmental Services, Inc | Sampling Analysis |  |  |  |  |  |
|   Panache Employee Overhead | Employees & Benefits | 19,500 |  | 19,500 |  | 19,500 |
|   Property Taxes |  |  |  |  |  |  |
| Total Other Preservation |  | 191,108 | 75,533 | 80,733 | 26,700 | 46,200 |
| Total Preservation |  | 260,881 | 86,810 | 119,383 | 37,227 | 84,658 |
| *Legal / Regulatory* |  |  |  |  |  |  |
|   PDA |  |  |  |  |  |  |
|     Doucet Engineering | Civil Engineering - PDA |  |  | 16,000 |  |  |
|     McMinn Surveying |  | 6,500 |  |  |  |  |
|     Mike Wilson | Land Planner - PDA |  |  |  |  |  |
|   Total PDA |  | 6,500 | - | 16,000 | - | - |
|   TxDOT |  |  |  |  |  |  |
|     Doucet Engineering | Civil Engineering - TxDOT |  |  | 12,000 |  |  |
|     ECS Southwest | Soil Engineering - TxDOT |  |  | 23,000 |  |  |
|     GeoTest | Drilling for Testing - TxDOT |  |  | 2,500 |  |  |
|     Spaceco | Hydrology - TxDOT |  |  | 15,000 |  |  |
|     Blu Fish Collaborative | Landscape Architect - TxDOT |  |  | 8,000 |  |  |
|     McMinn Surveying | Survey - TxDOT |  |  | 4,500 |  |  |
|   Total TxDOT |  | - | - | 65,000 | - | - |
| Total Legal / Regulatory |  | 6,500 | - | 81,000 | - | - |
| *Bankruptcy Carve-Outs* |  |  |  |  |  |  |
|   Chapter 11 Trustee Fees (a) |  | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 |
|   Wick Phillips (a) | Proposed Chap. 11 Trustee Co | 25,000 | 25,000 | 25,000 | 25,000 | 30,000 |
|   Harney Partners (a) | Proposed Chap. 11 Trustee FA | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
|   Sprouse Shrader Smith PLLC (a) | Special Counsel - PDA | 15,000 |  |  |  | 15,000 |
|   Foran, O'Toole & Burke (c) | Special Counsel - TxDOT |  |  |  |  |  |
|   Fritz Byrne, Head & Gilstrap PLLC (a) | Special Counsel - TxDOT |  |  |  |  |  |
|   Gindler, Chappell, Morrison & Co. PC | Tax Preparation |  |  |  |  |  |
|   DIP Lender Post-Petition Professional Fees & Expenses |  |  |  |  |  |  |
|   Petitioning Creditors 503(b)(3)(A),(E) and (4) Claim (a) |  |  |  |  |  |  |
|   Trustee Investigation Carve-Out (a) |  |  |  |  |  |  |
|   Trustee Default Carve-Out (a) |  |  |  |  |  |  |
|   Receiver's Fees/Expenses |  |  |  |  |  |  |
|   United States Trustee Fees |  |  |  |  |  | 15,000 |
| Total Bankruptcy |  | 56,000 | 41,000 | 41,000 | 41,000 | 76,000 |
| **Net Cash Flow** |  | (323,381) | (127,810) | (241,383) | (78,227) | (160,658) |
| **Ending Cash Balance** |  | $ (323,381) | $ (451,191) | $ (692,574) | $ (770,801) | $ (931,459) |

<u>NOTES:</u>
*(a) to be paid into Professional Fee Escrow account*