# EXHIBIT 5

**3443 Zen Garden, LP**
Summary of Claims Pool

*Note: the amounts stated herein are estimates and subject to amendment, modification, and objection. The Chapter 11 Trustee reserves all rights to amend or modify these estimates or object to any claim on any basis, and nothing stated herein shall have any preclusive effect.*

**SUMMARY SCHEDULE**

| | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Class 1: Priority Non-Tax Claims | $ - | $ - | $ - |
| Class 2: Lender's Secured Claim | $ 92,994,676.89 | $ 96,495,021.72 | $ 45,000,000.00 |
| Class 3: M&M Plaintiff Secured Claims | $ 3,963,615.43 | $ 3,760,066.67 | $ 3,787,597.80 |
| Class 4: Panache Secured Claims | $ 14,176,623.58 | $ 5,024,149.99 | $ 1,387,100.46 |
| Class 5: Other Secured Claims | $ 1,370,294.87 | $ 972,391.24 | $ - |
| Class 6: General Unsecured Claims | $ 315,242.47 | $ 179,393.46 | $ 1,466,313.65 |
| Class 7: Lender's Deficiency and Unsecured Claims | $ - | $ - | $ 56,511,950.72 |
| Class 8: Panache Deficiency and Unsecured Claims | $ 1,026,874.03 | $ 6,802,645.54 | $ 6,288,583.72 |
| Class 9: Subordinated Claims | $ 204,412.31 | $ - | $ 204,412.31 |
| Class 10: Equity Interests | $ - | $ - | $ - |

**DETAILED SCHEDULES**

| Class 2: Lender's Secured Claim | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Romspen Mortgage Limited Partnership | $ 92,994,676.89 | $ 96,495,021.72 | $ 45,000,000.00 |
| **Total Class 2** | **$ 92,994,676.89** | **$ 96,495,021.72** | **$ 45,000,000.00** |

| CLASS 3: M&M Plaintiff Secured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| ABC Supply Co., Inc. | $ 142,840.19 | $ 142,840.19 | $ 142,840.19 |
| ACM Services, LLC | $ 486,914.56 | $ 401,520.90 | $ 401,520.90 |
| Austin Glass & Mirror, Inc. | $ 714,789.54 | $ 686,374.14 | $ 686,374.14 |
| Capital Industries, LLC | $ 478,659.78 | $ 600,224.24 | $ 600,224.24 |
| Ferguson Enterprises, LLC (includes Waterworks) | $ 88,498.25 | $ 88,013.52 | $ 88,013.52 |
| Hill Country Electric Supply, LP | $ 89,782.23 | $ 84,751.82 | $ 84,751.82 |
| Koetter Fire Protection of Austin, LLC | $ 344,345.98 | $ 341,688.09 | $ 341,688.09 |
| Lyle America, Inc. | $ 623,200.00 | $ 442,600.00 | $ 442,600.00 |
| Summer Legacy, LLC | $ 932,577.90 | $ 905,046.77 | $ 932,577.90 |
| Texas Air Industries | $ 62,007.00 | $ 67,007.00 | $ 67,007.00 |
| **Total Class 3** | **$ 3,963,615.43** | **$ 3,760,066.67** | **$ 3,787,597.80** |

| CLASS 4: Panache Secured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Panache Development & Construction, Inc. | $ 14,176,623.58 | $ 5,024,149.99 | $ 1,387,100.46 |
| **Total Class 4** | **$ 14,176,623.58** | **$ 5,024,149.99** | **$ 1,387,100.46** |

| CLASS 5: Other Secured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Dealers Electrical Supply Company | $ 10,929.70 | $ - | $ - |
| H&H Crane Services, Inc. dba Texas Crane Service | $ 11,270.45 | $ 11,270.45 | $ - |
| Hinshaw & Culbertson LLP | $ 339,734.24 | $ 323,222.04 | $ - |
| Lone Star Materials, Inc. | $ 120,276.72 | $ 120,276.72 | $ - |
| Ram Tool Supply | $ 27,587.82 | $ 28,542.59 | $ - |
| Roca | $ 32,079.48 | $ - | $ - |
| Schindler Elevator Corporation | $ 430,481.00 | $ 407,315.00 | $ - |
| Trane | $ 273,863.90 | $ - | $ - |
| Wembley Metal Buildings, LLC | $ 124,071.56 | $ 81,764.44 | $ - |
| **Total Class 5** | **$ 1,370,294.87** | **$ 972,391.24** | **$ -** |

**3443 Zen Garden, LP**
Summary of Claims Pool

| CLASS 6: General Unsecured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Dealers Electrical Supply Company | $ - | $ - | $ 10,929.70 |
| Doucet & Associates | $ 15,833.05 | $ - | $ - |
| Equipmentshare.com, Inc. | $ 95,095.51 | $ 95,095.51 | $ 95,095.51 |
| Fritz, Byrne, Head & Gilstrap, PLLC | $ 4,125.00 | $ 4,675.00 | $ 4,675.00 |
| Frontier Plastering | $ - | $ 27,431.00 | $ 27,431.00 |
| GSC Architects | $ 79,912.56 | $ - | $ - |
| Hilti Inc. | $ 6,982.15 | $ - | $ - |
| H&H Crane Services, Inc. dba Texas Crane Service | $ - | $ - | $ 11,270.45 |
| Hinshaw & Culbertson LLP | $ - | $ - | $ 323,222.04 |
| Hollandstone | $ 6,950.00 | $ 6,950.00 | $ 6,950.00 |
| Lone Star Materials, Inc. | $ - | $ - | $ 120,276.72 |
| Mark Schiffgens, CPA | $ 21,157.00 | $ - | $ 21,157.00 |
| McMinn Land Surveying Company | $ 19,678.75 | $ - | $ - |
| Mint Engineering, LLC | $ 14,870.00 | $ - | $ - |
| Professional Flooring | $ 2,310.82 | $ 2,310.82 | $ 2,310.82 |
| Ram Tool Supply | $ - | $ - | $ 28,542.59 |
| Roca | $ - | $ - | $ 32,079.48 |
| Ruiz Testing Services, Inc. | $ 15,400.00 | $ 15,400.00 | $ 15,400.00 |
| Schindler Elevator Corporation | $ - | $ - | $ 407,315.00 |
| Sprouse Shrader Smith PLLC | $ 4,030.00 | $ - | $ 4,030.00 |
| Structures | $ 13,787.50 | $ - | $ - |
| Summer Legacy, LLC | $ - | $ 27,531.13 | $ - |
| Texas Concrete | $ 15,110.13 | $ - | $ - |
| Trane | $ - | $ - | $ 273,863.90 |
| Wembley Metal Buildings, LLC | $ - | $ - | $ 81,764.44 |
| **Total Class 6** | **$ 315,242.47** | **$ 179,393.46** | **$ 1,466,313.65** |

| CLASS 7: Lender's Deficiency and Unsecured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Romspen Mortgage Limited Partnership | $ - | $ - | $ 56,511,950.72 |
| **Total Class 7** | **$ -** | **$ -** | **$ 56,511,950.72** |

| CLASS 8: Panache Deficiency and Unsecured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Panache Development & Construction, Inc. | $ 1,026,874.03 | $ 6,802,645.54 | $ 6,288,583.72 |
| **Total Class 8** | **$ 1,026,874.03** | **$ 6,802,645.54** | **$ 6,288,583.72** |

| CLASS 9: Subordinated Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Aero Photo | $ 710.12 | $ - | $ 710.12 |
| Ahern Rentals | $ 6,665.09 | $ - | $ 6,665.09 |
| Allied Sales Company | $ 5,021.79 | $ - | $ 5,021.79 |
| Austin Commercial & Residential Plumbing | $ 17,280.00 | $ - | $ 17,280.00 |
| Blue Fish Collaborative, Inc. | $ 9,972.50 | $ - | $ 9,972.50 |
| BPI | $ 10,721.72 | $ - | $ 10,721.72 |
| Capital Pumping, LP | $ 2,240.00 | $ - | $ 2,240.00 |
| CT Laborers Electric, LLC | $ 743.42 | $ - | $ 743.42 |
| Great Lakes Lifting Solutions | $ 28,200.00 | $ - | $ 28,200.00 |
| Jeremie Schultz | $ 5,450.00 | $ - | $ 5,450.00 |
| Keytech North America | $ 4,714.48 | $ - | $ 4,714.48 |
| MLA Geotechnical | $ 397.00 | $ - | $ 397.00 |
| Mobile Mini Storage Solutions | $ 1,049.00 | $ - | $ 1,049.00 |
| MOHD Service Solutions LLC | $ 4,000.00 | $ - | $ 4,000.00 |
| Nathan Olson | $ 9,590.00 | $ - | $ 9,590.00 |
| Niilo Studios, LLC | $ 1,600.00 | $ - | $ 1,600.00 |
| NLB Corp. | $ 25,026.42 | $ - | $ 25,026.42 |
| Paradigm Glass | $ 28,864.38 | $ - | $ 28,864.38 |
| Praxair Distribution, Inc. | $ 7,738.67 | $ - | $ 7,738.67 |
| Professional StruCivil Engineering | $ 11,700.00 | $ - | $ 11,700.00 |
| Regal Plastics Supply Company, Inc. | $ 1,693.45 | $ - | $ 1,693.45 |
| Reinhart & Associates, Inc. | $ 1,020.00 | $ - | $ 1,020.00 |
| Sigmax Corporation | $ 19,381.00 | $ - | $ 19,381.00 |
| Sweep Across Texas | $ 497.96 | $ - | $ 497.96 |
| The Bug Master | $ 135.31 | $ - | $ 135.31 |
| **Total Class 9** | **$ 204,412.31** | **$ -** | **$ 204,412.31** |