**3443 Zen Garden, LP**
Summary of Claims Pool
*as of January 21, 2021*

### SUMMARY SCHEDULE

| | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Class 1: Priority Non-Tax Claims | $ - | $ - | $ - |
| Class 2: Lender's Secured Claim | $ 92,994,676.89 | $ 96,495,021.72 | $ 45,000,000.00 |
| Class 3: M&M Plaintiff Secured Claims | $ 3,963,615.43 | $ 3,760,066.67 | $ 3,787,597.80 |
| Class 4: Panache Secured Claims | $ 14,176,623.58 | $ 5,024,149.99 | $ 1,387,100.46 |
| Class 5: Other Secured Claims | $ 1,370,294.87 | $ 972,391.24 | $ - |
| Class 6: General Unsecured Claims | $ 315,242.47 | $ 179,393.46 | $ 742,125.57 |
| Class 7: Lender's Deficiency and Unsecured Claims | $ - | $ - | $ 56,511,950.72 |
| Class 8: Panache and M&M Plantiffs Deficiency and Unsecured Claims | $ 1,026,874.03 | $ 6,802,645.54 | $ 7,153,622.84 |
| Class 9: Subordinated Claims | $ 204,412.31 | $ - | $ 204,412.31 |
| Class 10: Equity Interests | $ - | $ - | $ - |

### DETAILED SCHEDULES

| Class 2: Lender's Secured Claim | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Romspen Mortgage Limited Partnership | $ 92,994,676.89 | $ 96,495,021.72 | $ 45,000,000.00 |
| **Total Class 2** | **$ 92,994,676.89** | **$ 96,495,021.72** | **$ 45,000,000.00** |

| CLASS 3: M&M Plaintiff Secured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| ABC Supply Co., Inc. | $ 142,840.19 | $ 142,840.19 | $ 142,840.19 |
| ACM Services, LLC | $ 486,914.56 | $ 401,520.90 | $ 401,520.90 |
| Austin Glass & Mirror, Inc. | $ 714,789.54 | $ 686,374.14 | $ 686,374.14 |
| Capital Industries, LLC | $ 478,659.78 | $ 600,224.24 | $ 600,224.24 |
| Ferguson Enterprises, LLC (includes Waterworks) | $ 88,498.25 | $ 88,013.52 | $ 88,013.52 |
| Hill Country Electric Supply, LP | $ 89,782.23 | $ 84,751.82 | $ 84,751.82 |
| Koetter Fire Protection of Austin, LLC | $ 344,345.98 | $ 341,688.09 | $ 341,688.09 |
| Lyle America, Inc. | $ 623,200.00 | $ 442,600.00 | $ 442,600.00 |
| Summer Legacy, LLC | $ 932,577.90 | $ 905,046.77 | $ 932,577.90 |
| Texas Air Industries | $ 62,007.00 | $ 67,007.00 | $ 67,007.00 |
| **Total Class 3** | **$ 3,963,615.43** | **$ 3,760,066.67** | **$ 3,787,597.80** |

| CLASS 4: Panache Secured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Panache Development & Construction, Inc. | $ 14,176,623.58 | $ 5,024,149.99 | $ 1,387,100.46 |
| **Total Class 4** | **$ 14,176,623.58** | **$ 5,024,149.99** | **$ 1,387,100.46** |

| CLASS 5: Other Secured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Dealers Electrical Supply Company | $ 10,929.70 | $ - | $ - |
| H&H Crane Services, Inc. dba Texas Crane Service | $ 11,270.45 | $ 11,270.45 | $ - |
| Hinshaw & Culbertson LLP | $ 339,734.24 | $ 323,222.04 | $ - |
| Lone Star Materials, Inc. | $ 120,276.72 | $ 120,276.72 | $ - |
| Ram Tool Supply | $ 27,587.82 | $ 28,542.59 | $ - |
| Roca | $ 32,079.48 | $ - | $ - |
| Schindler Elevator Corporation | $ 430,481.00 | $ 407,315.00 | $ - |
| Trane | $ 273,863.90 | $ - | $ - |
| Wembley Metal Buildings, LLC | $ 124,071.56 | $ 81,764.44 | $ - |
| **Total Class 5** | **$ 1,370,294.87** | **$ 972,391.24** | **$ -** |

**3443 Zen Garden, LP**
Summary of Claims Pool

| CLASS 6: General Unsecured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Dealers Electrical Supply Company | $ - | $ - | $ - |
| Doucet & Associates | $ 15,833.05 | $ - | $ - |
| Equipmentshare.com, Inc. | $ 95,095.51 | $ 95,095.51 | $ 95,095.51 |
| Fritz, Byrne, Head & Gilstrap, PLLC | $ 4,125.00 | $ 4,675.00 | $ 4,675.00 |
| Frontier Plastering | $ - | $ 27,431.00 | $ 27,431.00 |
| GSC Architects | $ 79,912.56 | $ - | $ - |
| Hilti Inc. | $ 6,982.15 | $ - | $ - |
| H&H Crane Services, Inc. dba Texas Crane Service | $ - | $ - | $ 11,270.45 |
| Hinshaw & Culbertson LLP | $ - | $ - | $ 323,222.04 |
| Hollandstone | $ 6,950.00 | $ 6,950.00 | $ 6,950.00 |
| Lone Star Materials, Inc. | $ - | $ - | $ 120,276.72 |
| Mark Schiffgens, CPA | $ 21,157.00 | $ - | $ 21,157.00 |
| McMinn Land Surveying Company | $ 19,678.75 | $ - | $ - |
| Mint Engineering, LLC | $ 14,870.00 | $ - | $ - |
| Professional Flooring | $ 2,310.82 | $ 2,310.82 | $ 2,310.82 |
| Ram Tool Supply | $ - | $ - | $ 28,542.59 |
| Roca | $ - | $ - | $ - |
| Ruiz Testing Services, Inc. | $ 15,400.00 | $ 15,400.00 | $ 15,400.00 |
| Schindler Elevator Corporation | $ - | $ - | $ - |
| Sprouse Shrader Smith PLLC | $ 4,030.00 | $ - | $ 4,030.00 |
| Structures | $ 13,787.50 | $ - | $ - |
| Summer Legacy, LLC | $ - | $ 27,531.13 | $ - |
| Texas Concrete | $ 15,110.13 | $ - | $ - |
| Trane | $ - | $ - | $ - |
| Wembley Metal Buildings, LLC | $ - | $ - | $ 81,764.44 |
| **Total Class 6** | **$ 315,242.47** | **$ 179,393.46** | **$ 742,125.57** |

| CLASS 7: Lender's Deficiency and Unsecured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Romspen Mortgage Limited Partnership | $ - | $ - | $ 56,511,950.72 |
| **Total Class 7** | **$ -** | **$ -** | **$ 56,511,950.72** |

| CLASS 8: Panache and M&M Plantiffs Deficiency and Unsecured Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| M&M Plantiffs Deficiency and Unsecured Claims | $ - | $ - | $ 865,039.12 |
| Panache Development & Construction, Inc. | $ 1,026,874.03 | $ 6,802,645.54 | $ 6,288,583.72 |
| **Total Class 8** | **$ 1,026,874.03** | **$ 6,802,645.54** | **$ 7,153,622.84** |

| CLASS 9: Subordinated Claims | Per Bankruptcy Schedules | Per Proof of Claim | Estimated Allowed Claim |
|---|---:|---:|---:|
| Aero Photo | $ 710.12 | $ - | $ 710.12 |
| Ahern Rentals | $ 6,665.09 | $ - | $ 6,665.09 |
| Allied Sales Company | $ 5,021.79 | $ - | $ 5,021.79 |
| Austin Commercial & Residential Plumbing | $ 17,280.00 | $ - | $ 17,280.00 |
| Blue Fish Collaborative, Inc. | $ 9,972.50 | $ - | $ 9,972.50 |
| BPI | $ 10,721.72 | $ - | $ 10,721.72 |
| Capital Pumping, LP | $ 2,240.00 | $ - | $ 2,240.00 |
| CT Laborers Electric, LLC | $ 743.42 | $ - | $ 743.42 |
| Great Lakes Lifting Solutions | $ 28,200.00 | $ - | $ 28,200.00 |
| Jeremie Schultz | $ 5,450.00 | $ - | $ 5,450.00 |
| Keytech North America | $ 4,714.48 | $ - | $ 4,714.48 |
| MLA Geotechnical | $ 397.00 | $ - | $ 397.00 |
| Mobile Mini Storage Solutions | $ 1,049.00 | $ - | $ 1,049.00 |
| MOHD Service Solutions LLC | $ 4,000.00 | $ - | $ 4,000.00 |
| Nathan Olson | $ 9,590.00 | $ - | $ 9,590.00 |
| Niilo Studios, LLC | $ 1,600.00 | $ - | $ 1,600.00 |
| NLB Corp. | $ 25,026.42 | $ - | $ 25,026.42 |
| Paradigm Glass | $ 28,864.38 | $ - | $ 28,864.38 |
| Praxair Distribution, Inc. | $ 7,738.67 | $ - | $ 7,738.67 |
| Professional StruCivil Engineering | $ 11,700.00 | $ - | $ 11,700.00 |
| Regal Plastics Supply Company, Inc. | $ 1,693.45 | $ - | $ 1,693.45 |
| Reinhart & Associates, Inc. | $ 1,020.00 | $ - | $ 1,020.00 |
| Sigmax Corporation | $ 19,381.00 | $ - | $ 19,381.00 |
| Sweep Across Texas | $ 497.96 | $ - | $ 497.96 |
| The Bug Master | $ 135.31 | $ - | $ 135.31 |
| **Total Class 9** | **$ 204,412.31** | **$ -** | **$ 204,412.31** |