# 3443 Zen Garden LP, Case No. 20-10410
# Claims Analysis Chart

