IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 1:20-10410-HCM |
| **3443 ZEN GARDEN, L.P.** | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |

**CHAPTER 11 TRUSTEE'S (1) OBJECTION TO CLAIM NO. 12-2 ON THE CLAIMS REGISTRY OF HINSHAW & CULBERTSON LLP WITH NOTICE THEREOF AND (2) MOTION TO DETERMINE VALUE OF PROPERTY SECURING CLAIM**

> **This is an objection to your claim in this bankruptcy case. This objection asks the Court to disallow (eliminate), reduce, or modify your claim as set forth in this objection. If you do not file a written response to this objection within 30 days from the date of mailing of this objection, the Court may disallow (eliminate), reduce, or modify your claim as set forth in this objection, without a hearing being held.**
>
> **Any response to this objection must explain your position and be timely filed with the United States Bankruptcy Clerk, Western District of Texas, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Suite 322, Austin, TX 78701. If a timely response is filed, the Court will then set a hearing on the objection and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the objection to your claim.**

Gregory S. Milligan, Chapter 11 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of 3443 Zen Garden, L.P. (the "Debtor") in the above-captioned chapter 11 case, hereby files this (1) Objection (the "Objection") to the claim in the amount of $323,222.04 (the "Claim") of Hinshaw & Culbertson LLP (the "Claimant") seeking entry of an order substantially in the form attached hereto as **Exhibit A**, disallowing the Claim as a secured claim against property of the Estate and (2) determining the value of property securing the Claim to be $0. In support hereof, the Trustee respectfully states as follows:

TRUSTEE'S OBJECTION TO CLAIM OF HINSHAW & CULBERTSON AND
MOTION TO DETERMINE VALUE                                                           PAGE 1 OF 7

## I. INTRODUCTION

1. The Trustee objects that the Claim asserts a secured claim against the Estate despite the Claimant's lack of any interest in property with value held by the Estate to secure the Claim. As detailed below, to the extent the Claimant asserts a lien on the Estate's interest in legal files, such interest has no meaningful Estate property value to secure the Claims. The Court should either disallow the secured portion of the Claim or value the secured portion of the Claim at $0, without prejudice to allowance of the Claim as an unsecured claim.

## II. JURISDICTION & VENUE

2. This Court has jurisdiction over the subject matter of this Application pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding under 11 U.S.C. § 157(b)(2)(A). Venue is proper according to 28 U.S.C. §§ 1408 and 1409.

## III. FACTUAL BACKGROUND

**A. The Case**

3. Certain petitioning creditors initiated the above-captioned bankruptcy case (the "Case") by filing an involuntary chapter 11 petition on March 22, 2020 (the "Petition Date"). This Court entered its *Consent Order for Entry of Relief* on April 8, 2020. ECF No. 11. The Court appointed the Trustee on April 22, 2020. ECF No. 36.

4. Throughout the case, the Trustee has served documents and pleadings on Hinshaw & Culbertson LLP at the following address: 151 North Franklin St., Ste. 2500, Chicago, IL 60606-1915.

**B. The Trustee's Review of Claims, including the Claim**

5. The Trustee and his professionals have worked diligently to review the claims listed on the Debtor's bankruptcy schedules and statement of financial affairs (ECF No. 48, the

20-20410-hhc Doc 85 Filed 12/30/21 Entered 12/30/21 15:39:42 Main Document Pg 3 of 14
20-10410-hcm Doc#35-6 Filed 11/01/21 Entered 11/01/25:25:39:42:22 Exhibit 6 [356] of
Trustees Objection to Claim 12-2 of Hinshaw & Culbertson Pg 3 of 14

"Schedules") as well as the proofs of claim filed on the claims register for the Case (the "Claims Register"). For the reasons set forth herein, the Trustee has determined that the Claim should be disallowed as a secured claim because there is no Estate property to which the Claim is properly attached, or alternatively, any Estate property in which the Claimant has an interest should be valued at $0.

**C.     The Claim**

6.      The Debtor's Schedule F lists Hinshaw & Culbertson as a creditor holding an unsecured claim in the total amount of $339,734.24. *See* ECF No. 48, Schedule F, Claim No. 3.17.

7.      The Claimant subsequently filed a proof of claim (the "Original Proof of Claim") on the claims register in the Case which was designated as Claim Number 12-1 and alleges a secured claim in the amount of $323,222.04. The Original Proof of Claim alleges that the Claim is secured by a lien on "Files", including "all documents, electronically stored information, work product and any other tangible thing generated by Claimant with respect to the Debtor" and certain affiliates and related entities (the "Files"). *See* Claims Register, Proof of Claim No. 12-1, Item 9 and Addendum, ¶ 5.

8.      The Claimant subsequently filed a proof of claim (the "Amended Proof of Claim") on the claims register in the Case which was designated as Claim Number 12-2 and alleges a secured claim in the amount of $323,222.04. The Proof of Claim alleges that the Claim is secured by a lien on "Files", including "all documents, electronically stored information, work product and any other tangible thing generated by Claimant with respect to the Debtor" and certain affiliates and related entities. *See* Claims Register, Proof of Claim No. 12-1, Item 9 and Addendum, ¶ 5.

9. The Trustee seeks disallowance of the Claim as a secured claim or valuation of the secured portion of the Claim at $0, without prejudice to allowance of the Claim as an unsecured claim.

## IV. OBJECTION AND RESERVATION OF RIGHTS

### A. Objection to Claim

10. Section 502 of the Bankruptcy Code provides, in pertinent part, as follows: "[a] claim or interest, proof of which is filed under section 501 of [the Bankruptcy Code], is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).

11. As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. *See, e.g., In re Jack Kline Co., Inc.*, 440 B.R. 712, 742 (Bankr. S.D. Tex. 2010). Additionally, claimants in this case are entitled to rely on the Schedules as prima facie evidence of the validity and amount of the claims of creditors, unless they are scheduled as disputed, contingent, or unliquidated, according to Bankruptcy Rule 3003(b). A proof of claim loses the presumption of prima facie validity if an objecting party refutes at least one of the allegations that is essential to the claim's legal sufficiency. *See In re Fidelity Holding Co., Ltd.*, 837 F.2d 696, 698 (5th Cir. 1988). Once such an allegation is refuted, the burden reverts to the claimant to prove the validity of its claim by a preponderance of the evidence. *Id.* Despite this shifting burden during the claim objection process, "the ultimate burden of proof always lies with the claimant." *In re Armstrong*, 347 B.R. 581, 583 (Bankr. N.D. Tex. 2006) (citing *Raleigh v. Ill. Dep't of Rev.*, 530 U.S. 15 (2000)).

12. Here, the Trustee objects that the property Claimant asserts secures the Claim has no value. The Files do not have any value to the Estate and the Estate cannot generate any value

for the Files through liquidation. The Trustee seeks for the Court to disallow the secured portion of the Claim without prejudice to its allowance as a general unsecured claim.

**B.    Valuation of Estate Property Securing Claim**

13.    A party in interest may request and after notice to the holder of the claim and a hearing, the court may determine the amount of a secured claim under § 506(a) of the Bankruptcy Code. Fed. R. Bankr. P. 3012. When a debtor or trustee seeks to extinguish a lien, in addition to disallowing a claim, a motion is sufficient when the basis to avoid the lien is valuation under section 506(a) of the Bankruptcy Code. *In re Kleibrink*, 346 B.R. 734, 749 (Bankr. N.D. Tex. 2006), *affirmed sub nom Kleibrink v. Kleibrink (In re Kleibrink)*, 2007 WL 2438359 (N.D. Tex. 2007), *affirmed* 621 F.3d 370 (5th Cir. 2010).

14.    By this Objection, the Trustee seeks for the Court to determine the value of any Estate property securing the Claim, including the Files, to be $0 and thereby for the value of the secured portion of the Claim to be $0.

15.    The Claimant asserts that the Claim may be secured by the Files. However, as explained above, because of the Files do not have any value to the Estate, the property allegedly securing the Claim has no value, and the Trustee seeks for the Court to determine the value of the property securing the Claim to be $0, without prejudice to the Claim's allowance as an unsecured claim against the Estate.

16.    The Trustee reserves the right to assert any other objections, defenses, and counterclaims to the validity, liability and amount of the Claim, including any unsecured portion of the Claim Claimant asserts.

## V. CONCLUSION

WHEREFORE, the Trustee respectfully requests that this Court enter an order: (i) granting the Objection; (ii) disallowing the secured portion of the Claim without prejudice to allowance of the Claim in whole or in part as a general unsecured claim; (iii) determining the value of the property securing the Claim, if any, at $0 without prejudice to allowance of the Claim in whole or in part as a general unsecured claim; and (iv) granting such other and further relief to which the Trustee may be entitled at law or in equity.

Dated: December 31, 2020

                                    */s/ Scott D. Lawrence*
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
Daniella G. Heringer, Tex. Bar No. 24103460
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com
daniella.heringer@wickphillips.com

**COUNSEL FOR GREGORY S. MILLIGAN,
CH. 11 TRUSTEE FOR 3443 ZEN GARDEN, L.P.**

# CERTIFICATE OF SERVICE

    I certify that on December 31, 2020, a true and correct copy of the forgoing was served on the parties listed on the attached service list, either via ECF or United States First Class mail as indicated therein, including the following addresses for Claimant, which were served via United States First Class Mail:

Hinshaw & Culbertson LLP
151 North Franklin St., Ste. 2500
Chicago, IL 60606-1915

Hinshaw & Culbertson LLP
Attn: General Partner
151 North Franklin St., Ste. 2500
Chicago, IL 60606-1915

Hinshaw & Culbertson LLP
Attn: Registered Agent
National Registered Agents, Inc.
208 SO LaSalle Street, Suite 814
Chicago, IL 60604

Hinshaw & Culbertson LLP
Attn: Registered Agent
National Registered Agents, Inc.
1999 Bryan Street, Suite 900
Dallas, TX 75201

                                                                              /s/ Scott D. Lawrence

20-10410-hcm Doc#385 Filed 12/30/21 Entered 12/30/21 19:42:22 Document Pg 8 of 14
20-10410-hcm Doc#356-6 Filed 12/01/21 Entered 12/01/25:39:42:22 Exhibit 6 [P56] of
Trustees Objection to Claim 12-2 of Hinshaw & Culbertson Pg 8 of 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 1:20-10410-HCM |
| **3443 ZEN GARDEN, L.P.** | § | |
| | § | **Chapter 11** |
| DEBTOR. | § | |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S (1) OBJECTION TO
CLAIM NO. 12-2 ON THE CLAIMS REGISTRY OF
HINSHAW & CULBERTSON LLP WITH NOTICE THEREOF AND
(2) MOTION TO DETERMINE VALUE OF PROPERTY SECURING CLAIM**

The Court has considered the Objection (the "Objection") to Claim No. 12-2 of Hinshaw & Culbertson LLP on the Claims Registry for the above-captioned case (the "Chapter 11 Case"), with notice thereof, and motion to determine value of property securing claim, filed by Gregory S. Milligan, Chapter 11 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of 3443 Zen Garden, L.P. (the "Debtor"), the chapter 11 debtor in the Case. The Court finds that (i) it has jurisdiction over the matters raised in the Objection pursuant to 28 U.S.C. §§ 157 and 1334; (ii) the Objection is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in

the Objection is in the best interests of the Estate and its creditors; (iv) proper and adequate notice of the Objection and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record, after due deliberation, good and sufficient cause exists for the granting of the relief requested in the Objection as set forth herein. IT IS HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The claim of Hinshaw & Culbertson LLP described on the claims register maintained by the clerk of the Bankruptcy Court for the Chapter 11 Case as claim number 12-2 is disallowed as a secured claim and is deemed asserted as a general unsecured claim against the Estate without prejudice to further objection by the Trustee or any party in interest.

3. The Clerk of the Court is authorized and directed to update the claims register maintained in the Chapter 11 Case to reflect the relief granted in this Order.

4. The value of the property, if any, securing the claim of Hinshaw & Culbertson LLP described on the claims register maintained by the clerk of the Bankruptcy Court for the Chapter 11 Case as claim number 12-2 is determined to be $0.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against the Estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by the Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Trustee's or Estate's rights under the Bankruptcy Code or any other applicable law.

20-10410-hcm Doc 685 Filed 12/31/21 Entered 12/31/21 15:39:42 Main Document Pg 10 of 10
20-10410-hcm Doc 585-6 Filed 12/02/21 Entered 12/02/21 15:13:44 Exhibit 6 [356]
Trustees Objection to Claim 12-2 of Hinshaw & Culbertson Pg 10 of 14

6. The terms and conditions of this Order will be immediately effective upon its entry.

7. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8. The Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

### 

PREPARED AND SUBMITTED BY:

Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
Daniella G. Heringer, Tex. Bar No. 24103460
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com
daniella.heringer@wickphillips.com

**COUNSEL FOR GREGORY S. MILLIGAN,
CH. 11 TRUSTEE FOR 3443 ZEN GARDEN, L.P.**

| | | |
|---|---|---|
| U.S. Bankruptcy Court<br>903 San Jacinto, Suite 322<br>Austin, TX 78701-2450 | 3443 Zen Garden, LP<br>3443 Ed Bluestein Blvd.<br>Austin, TX 78721-2912 | United States Trustee (SMG111)<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| 3443 Zen Garden GP, LLC<br>c/o Rob Roy Parnell, Receiver<br>241 McKellar Road<br>Dripping Springs, TX 78620 | ABC Supply Co Inc.<br>P.O. Box 840899<br>Dallas, TX 75284-8099 | Adam Zarafshani<br>3443 Ed Bluestein Blvd., Building V<br>Austin, TX 78721-2912 |
| ABC Supply Co., Inc.<br>c/o Andrew Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, TX 77056-4176<br>SERVED VIA ECF | ACM Services, LLC<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF | ACM Services, LLC<br>c/o Nick Morris<br>3280 FM 112<br>Taylor, TX 76574-4520<br>SERVED VIA ECF |
| Aero Photo<br>4000 16th Street North<br>St. Petersburg, FL 33703 | Ahern Rentals<br>P.O. Box 271390<br>Las Vegas, NV 89127-1390 | Allied Sales Company<br>P.O. Box 6116<br>Austin, TX 78762-6116 |
| Austin Commercial & Residential Plumbing<br>2407 S. Congress Ave, Ste132<br>Austin, TX 78704-5505 | Austin Glass & Mirror<br>6308 Decker Lane<br>Austin, TX 78724-5102<br>SERVED VIA ECF | Austin Glass & Mirror, Inc.<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| BPI<br>P.O. Box 405300<br>Atlanta, GA 30384-5300 | Blue Fish Collaborative, Inc.<br>P.O. Box 40792<br>Austin, TX 78704-0014 | Capital Industries, LLC<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| Capital Pumping, LP<br>3200 Steck Ave, Suite 220<br>Austin, TX 78757-8032<br>SERVED VIA ECF | Capital Pumping, LP<br>c/o Stephanie O'Rourke<br>Cokinos Young<br>10999 IH 10 West, Suite 800<br>San Antonio, Texas 78230-1349<br>SERVED VIA ECF | Christopher G Burwell<br>230 Pereida Street<br>San Antonio, TX 78210-1145<br>SERVED VIA ECF |
| Capital Industries, LLC<br>2105 Donley Dr., Ste. 200<br>Austin, TX 78758-4510 | CT Laborers Electric, LLC<br>188 Alaska Road<br>Uhland, TX 78640-6644 | City of Austin<br>c/o Anne Morgan<br>301 W. 2nd Street<br>Austin, TX 78701-4652 |
| DM's Construction Equipment Repair<br>518 Yucca Drive<br>Round Rock, TX 78681-7411 | Eightfold Development, LLC<br>3443 Ed Bluestein Blvd., Building V<br>Austin, TX 78721-2912 | Equipment Share<br>5710 Bull Run Dr<br>Columbia, MO 65201-2860 |
| Dan White<br>c/o Jeffrey M Tillotson<br>Tillotson Law<br>1807 Ross Avenue, Suite 325<br>Dallas, TX 75201-8040<br>SERVED VIA ECF | Dan White, Individually<br>Dan White Family Trust<br>c/o Deborah D. Williamson, Dykema Gossett<br>112 E. Pecan St #1800<br>San Antonio, TX 78205-1521<br>SERVED VIA ECF | Equipmentshare.com, Inc.<br>c/o Richard J. Wallace, III<br>Scheef & Stone LLP<br>500 N. Akard, Suite 2700<br>Dallas, TX 75201-3306<br>SERVED VIA ECF |

20-10410-cmr Doc 585-16 Filed 12/31/21 Entered 12/31/21 15:39:42 Main Document Pg 12 of 14
Trustees Objection to Claim 12-2 of Hinshaw & Culbertson Pg 12 of 14
Case 20-10410-hcm Doc 358-12 Filed 02/21/21 Entered 02/12/21 13:14:42 Exhibit 16 [36] 12

| | | |
|---|---|---|
| Ferguson Enterprises Inc.<br>2551 North Mays<br>Round Rock, TX 78665-2411<br>SERVED VIA ECF | Ferguson Enterprises, LLC<br>c/o Anthony F. Ciccone<br>611 West 14th Street<br>Austin, TX 78701-1725<br>SERVED VIA ECF | Ferguson Enterprises, LLC<br>c/o Misti L. Beanland<br>8131 LBJ Freeway, Suite 700<br>Dallas, TX 75251<br>SERVED VIA ECF |
| Ferguson Waterworks, LLC<br>#1106 4427 Factory Hill Drive<br>San Antonio, TX 78219-2704 | Fritz, Byrne, Head & Gilstrap<br>221 West Sixth Street, Ste 960<br>Austin, TX 78701-3444 | Frontier Plastering<br>P.O. Box 1455<br>Elgin, TX 78621-1455 |
| GSC Architects<br>3100 Alvinn Devanne Bldg. A<br>Ste. 200-B<br>Austin, TX 78741-7406 | Great Lakes Lifting Solutions<br>4910 Wilshire Blvd.<br>Country Club Hills, IL 60478-3153 | Hilti Inc.<br>P.O. Box 650756<br>Dallas, TX 75265-0756 |
| Fritz, Byrne, Head & Gilstrap, PLLC<br>Attn: Lisa C. Fancher<br>221 West Sixth Street, Suite 960<br>Austin, TX 78701-3444<br>SERVED VIA ECF | Glass.com of Illinois<br>910 Riverside Dr., Unit 4<br>Elmhurst, IL 60126-4979<br>SERVED VIA ECF | H&H Crane Services, Inc. dba Texas Crane Svc<br>c/o Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway, Suite 200<br>San Antonio, TX 78215-1241<br>SERVED VIA ECF |
| H&H Crane Services, Inc. dba Texas Crane Svc<br>c/o Sam Drugan<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway, Suite 200<br>San Antonio, TX 78215-1241<br>SERVED VIA ECF | Hays County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269<br>SERVED VIA ECF | Hill Country Electric Supply<br>P.O. Box 577<br>San Antonio, TX 78292-0577<br>SERVED VIA ECF |
| Hinshaw & Culbertson LLP<br>151 North Franklin St., Ste. 2500<br>Chicago, IL 60606-1915 | Hollandstone<br>P.O. Box 50058<br>Austin, TX 78763-0058 | Hull Supply, Inc.<br>5117 East Cesar Chavez<br>Austin, TX 78702-5142 |
| Hill Country Electric Supply, LP<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF | Koetter Fire Protection of Austin, LLC<br>16069 Central Commerce Drive<br>Pflugerville, TX 78660-2005<br>SERVED VIA ECF | Koetter Fire Protection of Austin, LLC<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| Jeremie Schultz<br>6555 Hwy 140 W<br>Puryear, TN 38251-3943 | Keytech North America<br>20 PGA Drive Suite 201<br>Stafford, VA 22554-8218 | MLA Geotechnical<br>2800 Longhorn Blvd Suite 104<br>Austin, TX 78758-7624 |
| Lone Star Materials<br>11111 Bluff Bend<br>Austin, TX 78753-3221<br>SERVED VIA ECF | Lone Star Materials, Inc.<br>c/o Dennis A. McQueen<br>Pagel, Davis & Hill, P.C.<br>1415 Louisiana, 22nd Floor<br>Houston, TX 77002-7344<br>SERVED VIA ECF | Lyle America, Inc.<br>d/b/a Glass.com of Illinois<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| MOHD Service Solutions LLC<br>3701 E. Plano Parkway Ste 400<br>Plano, TX 75074-1806 | Mark Schiffgens, CPA<br>100 E. Anderson Lane Ste 250<br>Austin, TX 78752-1233 | McMinn Land Surveying Company<br>4008 Greenmountain Lane<br>Austin, TX 78759-7570 |

| | | |
|---|---|---|
| Mint Engineering, LLC<br>5130 Mansfield View Court<br>Austin, TX 78732-1854 | Mobile Mini Storage Solutions<br>4646 East Van Buren Street Suite 400<br>Phoenix, AZ 85008-6927 | NLB Corp.<br>29830 Beck Road<br>Wixom, MI 48393-2824 |
| Nathan Olson<br>11308 Wet Season Dr.<br>Austin, TX 78754-5855 | Oldcastle Materials, Inc Texas Concrete<br>1320 Arrow Point Dr. Ste 600<br>Cedar Park, TX 78613-2189 | Paradigm Glass<br>9603 Saunders Lane, #B-2<br>Austin, TX 78758-5230 |
| Panache Development & Construction<br>P.O. Box 26539<br>Austin, TX 78755-0539<br>SERVED VIA ECF | Panache Development & Construction, Inc.<br>1100 Norwood Tower<br>114 W. 7th Street<br>Austin, TX 78701-3000<br>SERVED VIA ECF | Praxair Distribution, Inc.<br>Dept 0812 P.O. Box 120812<br>Dallas, TX 75312-0812 |
| Professional StruCivil Engineering<br>12710 Research Blvd., Suite 390<br>Austin, TX 78759-4380<br>SERVED VIA ECF | Professional Flooring<br>P.O. Box 7558<br>Fort Worth, TX 76111-0558 | Ram Tool & Supply Co, Inc<br>Attn: Legal<br>4500 5th Ave S, Bldg A<br>Birmingham, AL 35222 |
| Regal Plastics Supply Company, Inc<br>9200 N. Royal Ln. Suite 120<br>Irving, TX 75063-2468 | Reinhart & Associates, Inc.<br>P.O. Box 140105<br>Austin, TX 78714-0105 | Rob Roy Parnell<br>c/o G. Stewart Whitehead<br>Winstead, PC<br>401 Congress Avenue Ste 2100<br>Austin, TX 78701-3798 |
| Rob Roy Parnell, Receiver<br>251 McKellar Road<br>Dripping Springs, TX 78620-4884 | Roca<br>11190 NW 25th Street<br>Miami, FL 33172 | Ruiz Testing Services, Inc<br>10854 Gulfdale St.<br>San Antonio, TX 78216-3607 |
| Rompsen Mortgage Limited Partnership<br>c/o Mark T. Michell<br>Foley & Lardner LLP<br>600 Congress Ave., Suite 3000<br>Austin, TX 78701-3056<br>SERVED VIA ECF | Rompsen Mortgage Limited Partnership<br>162 Cumberland Street, Suite 300<br>Toronto, Ontario M5R<br>SERVED VIA ECF | Rompsen Mortgage Limited Partnership<br>Foley & Lardner LLP<br>Attn: Tom Scannell<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201-3340<br>SERVED VIA ECF |
| Schindler Elevator Corp.<br>2020 Centimeter Center<br>Austin, TX 78758-4956<br>SERVED VIA ECF | Schindler Elevator Corporation<br>c/o Barbara Emerson<br>Bellinger & Suberg, LLP<br>12221 Merit Drive, Suite 1750<br>Dallas, TX 75251-2281<br>SERVED VIA ECF | Summer Legacy, LLC<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| Sigmax Corporation<br>321 N. Oakhurst Dr.#602<br>Beverly Hills, CA 90210-4175 | Structures<br>6926 N. Lamar Blvd<br>Austin, TX 78752-3508 | Summer Legacy, LLC<br>P.O. Box 144151<br>Austin, TX 78714-4151<br>SERVED VIA ECF |
| Sweep Across Texas<br>1512 Dungan Lane<br>Austin, TX 78754-4022 | The Bug Master<br>1912 Smith Rd.<br>Austin, TX 78721-3547 | Trane<br>P.O. Box 845053<br>Dallas, TX 75284-5053 |

| | | |
|---|---|---|
| Texas Air Industries<br>401 Congress Ave., Suite 1540<br>Austin, TX 78701-4071<br>SERVED VIA ECF | Texas Air, LLC<br>c/o Christopher Stanley<br>Sneed, Vine & Perry<br>108 E. 8th Street<br>Georgetown, TX 78626-5802<br>SERVED VIA ECF | Texas Crane Service<br>203 S. W.W. White Rd.<br>San Antonio, TX 78219-4221<br>SERVED VIA ECF |
| Travis County<br>c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767-1748<br>SERVED VIA ECF | Travis County, Texas<br>P.O. Box 1748<br>Austin, TX 78767-1748<br>SERVED VIA ECF | Wembley Metal Buildings<br>11914 Radium Street<br>San Antonio, TX 78216-2713<br>SERVED VIA ECF |
| Wembley Metal Buildings, LLC<br>c/o Christopher Burwell<br>230 Pereida Street<br>San Antonio, TX 78210-1145<br>SERVED VIA ECF | B. Russell Horton<br>George Brothers Kincaid & Horton LLP<br>114 West 7th St. Ste. 1100<br>Austin, TX 78701-3015<br>SERVED VIA ECF | G. Stewart Whitehead<br>Winstead, PC<br>401 Congress Avenue, Suite 2100<br>Austin, TX 78701-3798<br>SERVED VIA ECF |
| Gregory S. Milligan<br>Chapter 7/11 Trustee<br>Harney Management Partners, LLC<br>P.O. Box 90099<br>Austin, TX 78709-0099<br>SERVED VIA ECF | United States Trustee – AU12<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Dealers Electrical Supply Company<br>P.O. Box 14624<br>Austin, TX 78761 |
| Foran, O'Toole & Burke, LLC<br>321 North Clark Street, Suite 2450<br>Chicago, IL 60654 | Niilo Studios, LLC<br>1726 Giles Street<br>Austin, TX 78722 | Howard L. Adelman<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604 |
| Mount Hawley Insurance Company<br>9025 North Lindbergh Road<br>Peoria, IL 61615 | Star Insurance Company<br>26255 American Drive<br>Southfield, MI 48034 | |