## UNITED STATES BANKRUPTCY COURT

*MOR-1*

| | |
|---|---|
| CASE NAME: | 3443 Zen Garden, LP |
| CASE NUMBER: | 20-10410-hcm |
| PROPOSED PLAN DATE: | Confirmed Effective 02/02/21 |

| | |
|---|---|
| PETITION DATE: | 3/22/2020 |
| DISTRICT OF TEXAS: | Western |
| DIVISION: | Austin |

**MONTHLY OPERATING REPORT SUMMARY FOR MONTH**   JANUARY   YEAR   2021

| MONTH | * Mar 22 - April 30 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -269,678.43 | -332,534.28 | -440,903.92 | -554,337.71 | -518,287.25 | -639,184.18 | -574,398.07 | -133,987.63 | -111,163.53 | -133,711.98 |
| NET INCOME (LOSS) (MOR-6) | -269,678.43 | -332,859.28 | -440,903.92 | -559,213.26 | -518,287.25 | -639,184.18 | -78,090,290.87 | -5,251.29 | -111,163.53 | -146,818.25 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 167,158.90 | 154,696.89 | 344,321.96 | 497,004.31 | 322,648.93 | 577,641.84 | 62,247.82 | 26,201.81 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 250,263.50 | 66,788.25 | 66,373.48 | 115,851.83 | 93,942.78 | 329,941.25 | 238,109.32 |
| TOTAL DISBURSEMENTS (MOR-7) | 0.00 | 167,208.90 | 154,796.89 | 613,159.56 | 563,958.56 | 390,429.41 | 715,013.67 | 239,392.08 | 356,221.06 | 251,215.59 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | | EXP. DATE |
|---|---|---|---|
| CASUALTY | YES ( X ) | NO ( ) | 2/7/2021 |
| LIABILITY | YES ( X ) | NO ( ) | 2/7/2021 |
| VEHICLE | YES ( ) | NO ( ) | ___-___-___ |
| WORKER'S | YES ( ) | NO ( ) | ___-___-___ |
| OTHER** | YES ( X ) | NO ( ) | 2/7/2021 |

** Builders Risk

| | |
|---|---|
| Are all accounts receivable being collected within terms? | Yes |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes |
| Have any pre-petition liabilities been paid? | Yes |
| If so, describe | Per Order Authorizing Payment of Pre-Petition Claims dated 07/31/20 (Doc #167) |
| Are all funds received being deposited into DIP bank accounts? | Yes |
| Were any assets disposed of outside the normal course of business? | Yes |
| If so, describe | Per Order Authorizing Sale (Doc #284) |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes |
| What is the status of your Plan of Reorganization? | Confirmed; Effective date of 2/2/2021 |

| | |
|---|---|
| ATTORNEY NAME: | Jason Rudd |
| FIRM NAME: | Wick Phillips |
| ADDRESS: | 3131 McKinney Avenue |
| | Suite 100 |
| CITY, STATE, ZIP: | Dallas, Texas 75204 |
| TELEPHONE/FAX: | 214.740.4038 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X  /s/ Gregory S. Milligan     TITLE: Chapter 11 Trustee

Date: February 4, 2021

*MOR-1*
Revised 07/01/98

NOTE: The Court approved the Chapter 11 Trustee's appointment on 04/22/20; accordingly, the Trustee lacks firsthand knowledge of information from prior to such date and cannot certify that the pre-appointment information contained herein is true and correct. For the pre-appointment date information, the Trustee has relied upon information provided by other parties.

CASE NAME: 3443 Zen Garden, LP
CASE NUMBER: 20-10410-hcm

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 03/22/2020 | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | |
| Cash | 1,862 | 3,711 | 799,752 | 1,565,608 | 1,654,117 | 1,716,862 | 9,199,627 | 8,725,997 | 8,486,605 | 8,218,060 | 7,966,845 |
| Accounts Receivable, Net | 2,303,215 | 2,303,215 | 2,303,215 | 2,303,215 | 2,303,215 | 2,303,215 | 2,303,215 | 2,303,215 | 2,303,215 | 2,303,215 | 2,303,215 |
| Inventory: Lower of Cost or Market | | | | | | | | | | | |
| Prepaid Expenses | 371,040 | 323,776 | 327,737 | 292,001 | 256,265 | 220,528 | 184,792 | 166,924 | 166,924 | 166,924 | 166,924 |
| Investments | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| TOTAL CURRENT ASSETS | 2,676,118 | 2,630,702 | 3,430,704 | 4,160,824 | 4,213,597 | 4,240,605 | 11,687,635 | 11,196,136 | 10,956,744 | 10,688,199 | 10,436,984 |
| PROPERTY, PLANT & EQUIP. @ COST | 117,351,212 | 117,351,212 | 117,351,212 | 117,351,212 | 117,351,212 | 117,351,212 | 117,351,212 | 0 | 0 | 0 | 0 |
| Less Accumulated Depreciation | | | | | | | | | | | |
| NET BOOK VALUE OF PP & E [a] | 117,351,212 | 117,351,212 | 117,351,212 | 117,351,212 | 117,351,212 | 117,351,212 | 117,351,212 | 0 | 0 | 0 | 0 |
| **OTHER ASSETS** | | | | | | | | | | | |
| 1. Notes Receivable | | 360,461 | 360,461 | 360,461 | 360,461 | 360,461 | 360,461 | 360,461 | 360,461 | 360,461 | 360,461 | 360,461 |
| 2. Advance Requests | | 5,024,150 | 5,024,150 | 5,024,150 | 5,024,150 | 5,024,150 | 5,024,150 | 5,024,150 | 0 | 0 | | |
| 3. Electric Deposit | | | | | | | | | | | |
| 4. | | | | | | | | | | | |
| TOTAL ASSETS | 125,411,941 | 125,366,525 | 126,166,528 | 126,896,647 | 126,949,420 | 126,976,429 | 134,423,458 | 11,556,597 | 11,317,205 | 11,048,661 | 10,797,445 |

* Per Schedules and Statement of Affairs

MOR-2    [a] For tax / GAAP purposes, the Debtor has historically capitalized all of its expenses.    Revised 07/01/98

CASE NAME: 3443 Zen Garden, LP
CASE NUMBER: 20-10410-hcm

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 03/22/2020 | MONTH APRIL | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 222,414 | 1,355,277 | 2,526,301 | 3,138,287 | 3,842,038 | 11,928,252 | 7,699,973 | 7,533,333 | 7,375,952 | 7,271,554 |
| PRE-PETITION LIABILITIES | | | | | | | | | | | |
| Secured Debt | 112,028,927 | 112,028,927 | 112,028,927 | 112,028,927 | 112,028,927 | 112,028,927 | 112,028,927 | 71,480,636 | 71,480,636 | 71,480,636 | 71,480,636 |
| Priority Debt | | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | | |
| Unsecured Debt | 2,002,949 | 2,002,949 | 2,002,949 | 2,002,949 | 2,002,949 | 1,844,493 | 1,844,493 | 1,844,493 | 1,776,993 | 1,776,993 | 1,776,993 |
| Other | | | | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 114,031,877 | 114,031,877 | 114,031,877 | 114,031,876 | 114,031,876 | 113,873,420 | 113,873,420 | 73,325,128 | 73,257,628 | 73,257,628 | 73,257,628 |
| **TOTAL LIABILITIES** | 114,031,877 | 114,254,291 | 115,387,153 | 116,558,177 | 117,170,163 | 117,715,458 | 125,801,672 | 81,025,102 | 80,790,961 | 80,633,580 | 80,529,183 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | | | | |
| RETAINED EARNINGS: Filing Date | | 11,381,913 | 11,381,913 | 11,381,912 | 11,381,912 | 11,381,912 | 11,381,912 | 11,381,912 | 11,381,912 | 11,381,912 | 11,381,912 |
| RETAINED EARNINGS: Post Filing Date | | -269,678 | -602,538 | -1,043,442 | -1,602,655 | -2,120,942 | -2,760,126 | -80,850,417 | -80,855,668 | -80,966,832 | -81,113,650 |
| TOTAL OWNER'S EQUITY (NET WORTH) | | 11,112,234 | 10,779,375 | 10,338,471 | 9,779,258 | 9,260,970 | 8,621,786 | -69,468,505 | -69,473,756 | -69,584,920 | -69,731,738 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | 114,031,877 | 125,366,525 | 126,166,528 | 126,896,647 | 126,949,420 | 126,976,429 | 134,423,458 | 11,556,597 | 11,317,205 | 11,048,661 | 10,797,445 |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

CASE NAME: 3443 Zen Garden, LP
CASE NUMBER: 20-10410-hcm

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Mar 22 to Apr 30 | MONTH MAY | MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY |
|---|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 148,947 | 121,619 | 161,818 | 183,183 | 193,326 | 263,955 | 67,349 | 25,890 | 0 | 0 |
| TAX PAYABLE | | | | | | | | | | |
|   Federal Payroll Taxes | | | | | | | | | | |
|   State Payroll Taxes | | | | | | | | | | |
|   Ad Valorem Taxes (Accrued) | 24,956 | 43,825 | 62,694 | 81,563 | 100,433 | 119,302 | 128,736 | | | |
|   Other Taxes | | | | | | | | | | |
| TOTAL TAXES PAYABLE | 24,956 | 43,825 | 62,694 | 81,563 | 100,433 | 119,302 | 128,736 | 0 | 0 | 0 |
| SECURED DEBT POST-PETITION | | 963,250 | 1,883,903 | 2,585,572 | 3,212,275 | 4,085,470 | 0 | 0 | 0 | 0 |
| ACCRUED INTEREST PAYABLE | | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | 48,511 | 226,258 | 417,561 | 287,968 | 336,005 | 459,525 | 488,212 | 507,443 | 375,952 | 271,554 |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | |
|   1. US TRUSTEE FEES | | | 325 | 325 | 0 | 0 | 15,675 | | | |
|   2. SALE DEPOSIT ESCROW | | | | | | 7,000,000 | 7,000,000 | 7,000,000 | 7,000,000 | 7,000,000 |
|   3. | | | | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 222,414 | 1,355,277 | 2,526,301 | 3,138,287 | 3,842,038 | 11,928,252 | 7,699,973 | 7,533,333 | 7,375,952 | 7,271,554 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

CASE NAME: 3443 Zen Garden, LP
CASE NUMBER: 20-10410-hcm

## AGING OF POST-PETITION LIABILITIES
### MONTH JANUARY

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES (Accrued) | OTHER UST FEES |
|---|---|---|---|---|---|---|
| 0-30 | 0 | | | | | |
| 31-60 | 0 | | | | | |
| 61-90 | 0 | | | | | |
| 91+ | 0 | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**                                                                                                              *Revised 07/01/98*

CASE NAME: 3443 Zen Garden, LP
CASE NUMBER: 20-10410-hcm

STATEMENT OF INCOME (LOSS)

| | MONTH Mar 22 - Apr 30 | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | | | | | 0 |
| TOTAL COST OF REVENUES | | | | | | | | | | | 0 |
| GROSS PROFIT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 |
| **OPERATING EXPENSES:** | | | | | | | | | | | |
| Repairs, Maintenance, Preservation | 110,945 | 78,767 | 126,401 | 300,988 | 266,738 | 234,429 | 316,491 | 19,914 | | | 1,454,673 |
| General & Administrative | 72,220 | 54,655 | 96,841 | 86,806 | 92,064 | 156,013 | 69,780 | 26 | 390 | | 628,794 |
| Insiders Compensation | | | | | | | | | | | |
| Professional Fees (a) | 48,511 | 177,747 | 191,303 | 120,671 | 114,825 | 189,894 | 144,539 | 113,173 | 110,774 | 133,712 | 1,345,148 |
| Utilities | 17,530 | 13,536 | 14,329 | 15,587 | 17,114 | 16,822 | 166 | | | | 95,083 |
| Regulatory / Legal | 20,473 | 7,830 | 12,030 | 30,286 | 27,547 | 42,026 | 43,422 | 875 | | | 184,488 |
| Other Accrued Expenses | | | | | | | | | | | 0 |
| TOTAL OPERATING EXPENSES | 269,678 | 332,534 | 440,904 | 554,338 | 518,287 | 639,184 | 574,398 | 133,988 | 111,164 | 133,712 | 3,708,187 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -269,678 | -332,534 | -440,904 | -554,338 | -518,287 | -639,184 | -574,398 | -133,988 | -111,164 | -133,712 | -3,708,187 |
| INTEREST EXPENSE | | | | | | | 124,855 | 0 | | | 124,855 |
| DEPRECIATION | | | | | | | | | | | 0 |
| OTHER (INCOME) EXPENSE* | | 325 | | 4,876 | | | 15,675 | | | 13,106 | 33,982 |
| OTHER ITEMS (Loss on Sale of Real Estate) | | | | | | | 77,375,362 | -128,736 | | | 77,246,626 |
| TOTAL INT, DEPR & OTHER ITEMS | 0 | 325 | 0 | 4,876 | 0 | 0 | 77,515,893 | -128,736 | 0 | 13,106 | 77,405,463 |
| NET INCOME BEFORE TAXES | -269,678 | -332,859 | -440,904 | -559,213 | -518,287 | -639,184 | -78,090,291 | -5,251 | -111,164 | -146,818 | -81,113,650 |
| FEDERAL INCOME TAXES | | | | | | | | | | | 0 |
| NET INCOME (LOSS) (MOR-1) | -269,678 | -332,859 | -440,904 | -559,213 | -518,287 | -639,184 | -78,090,291 | -5,251 | -111,164 | -146,818 | -81,113,650 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
*(a) includes Trustee fees prior to applying the statutory cap, counsel for the Debtors (Wick Phillips), special counsel (Sprouse), and financial advisor (Harney Partners), and Kell Mercer PC (counsel for petitioning creditors)*
*NOTE: Debtor has historically capitalized all construction related expenses. For transparency purposes, no expenses have been capitalized in this MOR.*

**MOR-6**

*Revised 07/01/98*

CASE NAME: 3443 Zen Garden, LP
CASE NUMBER: 20-10410-hcm

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Mar 22 to Apr 30 | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $3,710.75 | $3,710.75 | $799,751.85 | $1,565,607.96 | $1,654,117.40 | $1,716,861.84 | $9,199,627.43 | $8,725,996.76 | $8,486,604.68 | $8,218,060.38 | $3,710.75 |
| RECEIPTS: | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (see next page) | | 963,250.00 | 920,653.00 | 701,669.00 | 626,703.00 | 873,195.00 | 241,383.00 | | | | 4,326,853.00 |
| 5. SALE OF ASSETS | | | | | | | | | | | 0.00 |
| 6. OTHER (Sale/Settlement Deposit Escrow) | | | | | | 7,000,000.00 | 0.00 | | 87,676.76 | | 7,087,676.76 |
| TOTAL RECEIPTS** | 0.00 | 963,250.00 | 920,653.00 | 701,669.00 | 626,703.00 | 7,873,195.00 | 241,383.00 | 0.00 | 87,676.76 | 0.00 | 11,414,529.76 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | | |
| 7. NET PAYROLL | | | | | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 4,940.75 | 26,223.19 | 13,547.38 | 15,210.45 | 13,994.80 | 20,908.29 | 232.74 | | | 95,057.60 |
| 12. INSURANCE | | 39,697.60 | | 24,324.10 | | | 42,164.53 | | | | 106,186.23 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 46,712.37 | 120,973.70 | 306,450.48 | 481,793.86 | 309,854.13 | 514,569.02 | 62,015.08 | 26,201.81 | | 1,868,570.45 |
| 17. ADMINISTRATIVE & SELLING | | 50.00 | 100.00 | 373.55 | 166.00 | 207.00 | 168.00 | 26.00 | 78.00 | | 1,168.55 |
| 18. OTHER (attach list)(a) | | 75,808.18 | 7,500.00 | 13,000.00 | | | | 67,500.00 | | | 163,808.18 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 167,208.90 | 154,796.89 | 357,695.51 | 497,170.31 | 324,055.93 | 577,809.84 | 129,773.82 | 26,279.81 | 0.00 | 2,234,791.01 |
| 19. PROFESSIONAL FEES | | | | 250,263.50 | 66,788.25 | 66,373.48 | 115,851.83 | 93,942.78 | 329,941.25 | 238,109.32 | 1,161,270.41 |
| 20. U.S. TRUSTEE FEES | | | | 5,200.55 | | | | 15,675.48 | | 13,106.27 | 33,982.30 |
| 21. OTHER REORGANIZATION EXPENSES (Trustee Bond increase) | | | | | | | 21,352.00 | | | | 21,352.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 167,208.90 | 154,796.89 | 613,159.56 | 563,958.56 | 390,429.41 | 715,013.67 | 239,392.08 | 356,221.06 | 251,215.59 | 3,451,395.72 |
| 22. NET CASH FLOW | 0.00 | 796,041.10 | 765,856.11 | 88,509.44 | 62,744.44 | 7,482,765.59 | -473,630.67 | -239,392.08 | -268,544.30 | -251,215.59 | 7,963,134.04 |
| 23. CASH - END OF MONTH (MOR-2) | $3,710.75 | $799,751.85 | $1,565,607.96 | $1,654,117.40 | $1,716,861.84 | $9,199,627.43 | $8,725,996.76 | $8,486,604.68 | $8,218,060.38 | $7,966,844.79 | $7,966,844.79 |

* Applies to Individual debtors only

**MOR-7**      **Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

(a) OTHER includes $12,375 to Rob Roy Parnell and $55,125 to Winstead for allowed administrative expense

CASE NAME: 3443 Zen Garden, LP
CASE NUMBER: 20-10410-hcm

# CASH ACCOUNT RECONCILIATION
## MONTH OF January

| BANK NAME | Frost | Frost | Frost | Frost | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #1511 | #3998 | #3882 | #9614 | |
| *ACCOUNT TYPE* | *OPERATING (CLOSED)* | *TRUSTEE OPERATING* | *PROF FEE ESCROW* | *SALE DEPOSIT ESCROW* | *TOTAL* |
| BANK BALANCE | 0.00 | 250,188.81 | 729,762.25 | 7,000,000.00 | $7,979,951.06 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | 13,106.27 | | | $13,106.27 |
| ADJUSTED BANK BALANCE | $0.00 | $237,082.54 | $729,762.25 | $7,000,000.00 | $7,966,844.79 |
| BEGINNING CASH - PER BOOKS | 0.00 | 488,298.13 | 729,762.25 | 7,000,000.00 | $8,218,060.38 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | 251,215.59 | | | $251,215.59 |
| ENDING CASH - PER BOOKS | $0.00 | $237,082.54 | $729,762.25 | $7,000,000.00 | $7,966,844.79 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** 3443 Zen Garden, LP
**CASE NUMBER:** 20-10410-hcm

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Mar 22 - Apr 30 | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Panache Develop & Construction, Inc (a) | | 167,158.90 | 154,696.89 | 344,321.96 | 497,004.31 | 322,648.93 | 577,641.84 | 62,247.82 | 26,201.81 | 0.00 |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $167,158.90 | $154,696.89 | $344,321.96 | $497,004.31 | $322,648.93 | $577,641.84 | $62,247.82 | $26,201.81 | $0.00 |

| PROFESSIONALS | MONTH Mar 22 - Apr 30 | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH January |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Gregory S. Milligan / Chapter 11 Trustee | | | | | | | | | 203,479.05 | 84,675.82 |
| 2. Harney Partners / FA to Trustee | | | | 21,448.00 | 7,924.00 | 3,752.00 | 14,728.00 | 4,648.00 | 15,015.00 | 2,968.00 |
| 3. Wick Phillips / Counsel to Trustee | | | | 193,948.30 | 47,340.25 | 57,441.48 | 99,219.83 | 89,294.78 | 98,386.20 | 150,465.50 |
| 4. Sprouse Shrader Smith / Counsel to Trustee | | | | 22,797.00 | 3,024.00 | 5,180.00 | 1,904.00 | 0.00 | 13,061.00 | |
| 5. Kell Mercer PC / Counsel to Petitioning Creditors | | | | 12,070.20 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 6. Gindler, Chappell, Morrison & Co. PC / Accountant | | | | | 8,500.00 | 0.00 | 0.00 | 0.00 | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $250,263.50 | $66,788.25 | $66,373.48 | $115,851.83 | $93,942.78 | $329,941.25 | $238,109.32 |

**MOR-9** *(a) reimbursement for payment to subcontractors for approved expenses pursuant to court-approved budget*

*Revised 07/01/98*