## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 1:20-10410-HCM** |
| **3443 ZEN GARDEN, L.P.** | § | |
| | § | **Chapter 11** |
| DEBTOR. | § | |

### CREDITOR TRUSTEE'S
### MOTION FOR ORDER ESTABLISHING DISTRIBUTION PROCEDURES

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

Gregory S. Milligan, Trustee ("Trustee") for the ZG Creditor Trust (the "Trust") hereby files this *Motion for an Order Establishing Distribution Procedures* which seeks an order from the Court approving procedures to provide notice to parties in interest in the above-captioned bankruptcy case (the "Case")

### JURISDICTION

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b).

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

3.      On January 27, 2021, this Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Trustee's Amended Liquidating Plan, as Modified* (ECF No. 393, the "Confirmation Order") which confirmed the *Chapter 11 Trustee's Amended Liquidating Plan as Modified* (ECF No. 387, the "Plan"). The Plan became effective on February 2, 2021 (the "Effective Date"). *See* ECF No. 399.

4.      On the Effective Date, the Plan provided that all of the assets of 3443 Zen Garden, L.P. (the "Debtor") and its bankruptcy estate vested in the Trust. The Trust currently holds $600,000 in cash available to make distributions to general unsecured creditors (the "Settlement Carve Out"). The Trust's administrative expenses and administrative claims against the Debtor's estate will be paid out of Trust funds other than the Settlement Carve Out.

5.      The Trustee has conducted a review of the scheduled and filed claims in the Case. The Trustee, both prior to the Effective Date in his capacity as Chapter 11 Trustee for the Debtor's estate and since the Effective Date in his current capacity, has asserted objections to claims which have been resolved.

6.      One objection remains unresolved, the *Chapter 11 Trustee's Omnibus Objection to Satisfied Claims* (ECF No. 386, the "Omnibus Objection"). If granted, the Omnibus Objection will disallow previously satisfied claims and clear the way for a distribution to allowed unpaid general unsecured claims according to the Plan. Responses to the Omnibus Objection, if any, are required to be filed with this Court on or before February 24, 2021.

7.      Attached hereto as **Exhibit A** is a current statement of the Trustee's estimations of allowed general unsecured claims and the calculated proposed distribution to claimants from the Settlement Carve Out (the "Estimated Distribution"). The Estimated Distribution assumes: (1) the Omnibus Objection is granted in full, (2) no further significant assets are available to distribute to general unsecured creditors and (3) no general unsecured claims are further reduced or disallowed except as contemplated in the Omnibus Objection. The Estimated Distribution would provide general unsecured creditors approximately an 81% distribution on their claims.

8.      The Trustee continues to seek opportunities to confirm the allowable amounts of allowed general unsecured claims by agreement or objection and to liquidate the Trust's assets for

distributable cash. Additionally, parties in interest have a remaining opportunity to file responses to the Omnibus Objection. As such, the Estimated Distribution may change in the future before the Trustee is ready to issue a distribution. Nevertheless, the Trustee seeks to make distributions to general unsecured creditors as soon as practicable. The Trustee files this Motion to establish notice procedures for this anticipated distribution.

## RELIEF REQUESTED

9.       By this Motion, the Trustee seeks entry of an order, substantially in the form attached hereto as **Exhibit B** (the "Proposed Order"), approving the procedures proposed herein to authorize the Trustee to (1) file a notice of proposed distribution (the "Final Notice") providing parties in interest notice of their final allowed claim amount, if any, the related final distribution amount, and an opportunity to respond, (2) reserve funds sufficient to address any objections, and (3) make distributions in accordance with the Final Notice, and granting related relief.

## BASIS FOR RELIEF

10.       The Bankruptcy Code permits this Court to issue any order that is appropriate to carry out its provisions. 11 U.S.C. § 105(a). The Relief requested herein is consistent with the Trustee's powers and authority granted under the Plan and this Court's order confirming the Plan and is not a modification of the Plan but rather supplementary procedures to clarify the Trustee's authority to make distributions.

11.       The Trustee seeks authorization to file the Final Notice at any time after entry of the Proposed Order. The Trustee proposes to serve the Final Notice via email to the email addresses for the parties listed on the Estimated Distribution, via email or ECF where available for other parties in interest in the Case, and otherwise via first class mail. The Trustee proposes for the Final Notice to be in substantially the same form attached to the Proposed Order, with an exhibit attached

in substantially the same form as the Estimated Distribution but incorporating any adjustments to claim amounts and cash available to distribute.

12.     The Trustee requests that parties in interest with objections to the distributions as proposed in the Final Notice assert such objections as follows. The Trustee requests that objections, if any, to the distributions proposed in the Final Notice (each, an "Objection") must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection to the distributions as contemplated in the Final Notice; and (d) be filed with the Court and served on counsel to the Trustee, Wick Phillips Gould & Martin, LLP, 3131 McKinney Avenue, Suite 500, Dallas, Texas 75204, Attn: Jason Rudd (jason.rudd@wickphillips.com), so as to be actually received no later than fourteen (14) calendar days after the date of service stated on the Final Notice (the "Objection Deadline").

13.     After the Objection Deadline, if the Trustee has received no Objections, the Trustee proposes to distribute the Settlement Carve Out and any additional funds on hand available to be paid to general unsecured creditors as described in the Final Notice without further order of the Court.

14.     If the Trustee receives Objections, the Trustee requests that he may, in his sole discretion, pursuant to Section 6.2(k) of the Plan or otherwise, determine to reserve a portion (the "Reserved Distribution") of the funds proposed for distribution as contemplated in the Final Notice, for the purpose of ensuring that adequate and sufficient funds are available to pay disputed claims upon allowance or for any other reason, including to address concerns raised in any Objection. If the Trustee, in his sole discretion, determines that he is able to make distributions in accordance with the Final Notice other than to a party who filed an Objection, he may distribute

as contemplated in the Final Notice without filing any additional notice. If the Trustee retains a Reserved Distribution and determines that the distribution requires modification to resolve an Objection, the Trustee may file a supplemental notice (the "Supplementary Notice") of distribution under the same procedures approved in the Proposed Order for the Final Notice and, if he receives no objections to the Supplementary Notice, distribute accordingly.

15.     The procedures requested herein and the Proposed Order will streamline the Trustee's process for making distributions and ensure that creditors in this Case receive their distributions as quickly as possible.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests that the Court grant the relief requested herein, and such other and further relief as may be just and proper.

Dated February 18, 2021

/s/ Scott D. Lawrence
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile:   (214) 692-6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

**COUNSEL FOR GREGORY MILLIGAN,
TRUSTEE OF THE ZG CREDITOR TRUST**

## CERTIFICATE OF SERVICE

I certify that on February 18, 2021, a true and correct copy of the forgoing was served on the parties listed in the attached service list, via ECF and/or email service where available, and otherwise via First Class United States Postal service.

/s/Scott D. Lawrence
Scott D. Lawrence

## Exhibit A

### Proposed Distribution

**3443 Zen Garden, LP**
Summary of Claims Pool

| CLASS 6: General Unsecured Claims | Address | Estimated Allowed Claim | Proposed Distribution |
|---|---|---|---|
| Equipmentshare.com, Inc. | 5710 Bull Run Dr.<br>Columbia, MO 65201-2860<br>richard.wallace@solidcounsel.com | $ 95,095.51 | $ 77,394.64 |
| Fritz, Byrne, Head & Gilstrap, PLLC | 221 West Sixth Street, Suite 960<br>Austin, TX 78701-3444<br>lfancher@fbhg.law | $ 4,675.00 | $ 3,804.81 |
| Frontier Plastering | P.O. Box 1455<br>Elgin, TX 78621-1455<br>frontierplastering@gmail.com | $ 27,431.00 | $ 22,325.05 |
| H&H Crane Services, Inc.<br> dba Texas Crane Service | 203 S. W.W. White Rd.<br>San Antonio, TX 78219-4221<br>rbarrows@wdblaw.com | $ 11,270.45 | $ 9,172.59 |
| Hinshaw & Culbertson LLP | 151 North Franklin St., Suite 2500<br>Chicago, IL 60606-1915<br>MCarter@hinshawlaw.com | $ 318,322.04 | $ 259,070.27 |
| Hollandstone | P.O. Box 50058<br>Austin, TX 78763-0058<br>bart@hollandstone.com | $ 6,950.00 | $ 5,656.34 |
| Lone Star Materials, Inc. | 11111 Bluff Bend<br>Austin, TX 78753-3221<br>mbh@pdhlaw.com | $ 120,276.72 | $ 97,888.67 |
| Mark Schiffgens, CPA | 100 E. Anderson Lane, Suite 250<br>Austin, TX 78752-1233<br>mschiffgens@gcmcpa.com | $ 21,157.00 | $ 17,218.88 |
| Professional Flooring | P.O. Box 7558<br>Fort Worth, TX 76111-0558<br>Juanita.May@professionalflooring.com | $ 2,310.82 | $ 1,880.69 |
| Ram Tool Supply | Attn: Legal<br>4500 5th Ave. S, Bldg A<br>Birmingham, AL 35222<br>information@ram-tool.com | $ 28,542.59 | $ 23,229.73 |
| Ruiz Testing Services, Inc. | 10854 Gulfdale St.<br>San Antonio, TX 78216-3607<br>ruiztsvc@sbcglobal.net | $ 15,400.00 | $ 12,533.48 |
| Sprouse Shrader Smith PLLC | Attn: Terry Irion<br>805 Las Cimas Parkway, Las Cimas III, Suite 350<br>Austin, TX 78746<br>terry.irion@sprouselaw.com | $ 4,030.00 | $ 3,279.86 |
| Wembley Metal Buildings, LLC | 11914 Radium Street<br>San Antonio, TX 78216-2713<br>cburwell@baileyandbaileypc.com | $ 81,764.44 | $ 66,544.98 |
| **Total Class 6** | | $ 737,225.57 | $ 600,000.00 |

**<u>Exhibit B</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 1:20-10410-HCM** |
| **3443 ZEN GARDEN, L.P.** | § | |
| | § | **Chapter 11** |
| **DEBTOR.** | § | |

**ORDER ESTABLISHING DISTRIBUTION PROCEDURES**

Upon the Motion (the "Motion")[1] for Order Establishing Distribution Procedures, filed by Gregory S. Milligan, Trustee (the "Trustee") for the ZG Creditor Trust (the "Trust") in the above-captioned chapter 11 bankruptcy case (the "Case"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that the relief requested in the Motion is well founded; and it appearing that due and sufficient notice of the Motion has been provided by the Trustee and that no other or further notice is required; and after due deliberation and good cause appearing therefor, it is **HEREBY ORDERED THAT**:

---

[1] Capitalized terms not otherwise defined herein are used as defined in the Motion.

1.      The Motion is **GRANTED** as set forth herein.

2.      The form of *Notice of Proposed Distribution* (the "Notice") attached hereto as **Exhibit 1** is hereby approved.

3.      The Trustee is authorized to serve the Notice via the Court's ECF Notification System to those parties that receive such notices, and otherwise via email or U.S. First Class Mail to all creditors, equity interest holders, the U.S. Trustee, and all parties who have filed a notice of appearance in these cases. The Notice shall include or be accompanied by evidence of service.

4.      Objections, if any, to the distributions proposed in the Notice (each, an "Objection") must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection to the distributions as contemplated in the Notice; and (d) be filed with the Court and served on counsel to the Trustee, Wick Phillips Gould & Martin, LLP, 3131 McKinney Avenue, Suite 500, Dallas, Texas 75204, Attn: Jason Rudd (jason.rudd@wickphillips.com), so as to be actually received no later than fourteen (14) days after the date of service stated on the Notice (the "Objection Deadline").

5.      All Objections not timely filed and served in accordance with the provisions of this Order shall be deemed waived.

6.      The Trustee is authorized, in his sole discretion, pursuant to Section 6.2(k) of the Plan and this Order, to reserve any portion of the funds proposed for distribution as contemplated in the Notice (the "Reserved Distribution"), for the purpose of ensuring that adequate and sufficient funds are available to pay disputed claims upon allowance or for any other reason, including to address concerns raised in any Objection.

7.      After the Objection Deadline, if (1) the Trustee has not been served with any Objections or (2) the Trustee, in his sole discretion, determines and withholds a Reserved Distribution, the Trustee is authorized to make distributions according to the Notice after giving effect to the Reserved Distribution, if any, without further order of this Court.

8.      The Trustee, in his sole discretion, is authorized to file a supplementary notice (the "Supplementary Notice") of distribution to propose distribution of the Reserved Distribution, if any, which shall be in substantially the same form as the Notice. The Trustee is authorized to distribute funds in conformance with the Supplementary Notice after filing and serving it and after allowing a new fourteen (14) day period for Objections, all in substantially the same manner as authorized and ordered herein with respect to the Notice and without further order of this Court.

9.      The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion and is authorized to make non-substantive changes after the date hereof to the materials to be included in the Solicitation Package.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

PREPARED AND SUBMITTED BY:

Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence. Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile:  (214) 692-6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

**COUNSEL FOR GREGORY MILLIGAN,
TRUSTEE OF THE ZG CREDITOR TRUST**

## **Exhibit 1**

**Approved Form of Notice of Proposed Distribution**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 1:20-10410-HCM** |
| **3443 ZEN GARDEN, L.P.** | § | |
| | § | **Chapter 11** |
| **DEBTOR.** | § | |

**TRUSTEE'S NOTICE OF PROPOSED DISTRIBUTION**

**PLEASE TAKE NOTICE** that on [●]**, 2021**, the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Bankruptcy Court") entered an order (ECF No. [●]) authorizing Gregory S. Milligan, Trustee (the "Trustee") for the ZG Creditor Trust to make distributions pursuant to the *Chapter 11 Trustee's Amended Liquidating Plan as Modified* (ECF No. 387, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that attached as **Exhibit A** hereto is the Trustee's Proposed Distribution (the "Notice"), which states the names, addresses, claim amounts and distribution amounts for each of the creditors receiving a distribution.

**PLEASE TAKE FURTHER NOTICE** that any objection (an "Objection") to the distributions as proposed in the Notice must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection to the distributions as contemplated in the Notice; and (d) be filed with the Court and served on counsel to the Trustee, Wick Phillips Gould & Martin, LLP, 3131 McKinney Avenue, Suite 500, Dallas, Texas 75204, Attn: Jason Rudd (jason.rudd@wickphillips.com), so that the Trustee actually receives it no later than fourteen (14) days after the date of service stated below. **FAILURE TO SERVE AN OBJECTION TIMELY CONSTITITUES YOUR APPROVAL OF THE CLAIM AMOUNT, CLAIMANT NAME, ADDRESS AND THE DISTRIBUTION AMOUNT AS LISTED ON EXHIBIIT A AND WAIVES ANY RIGHT TO LATER AMENDMENT, CORRECTION OR OBJECTION.**

Dated: [●], 2021

                                 _____
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile:   (214) 692-6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

**COUNSEL FOR GREGORY MILLIGAN,**
**TRUSTEE FOR ZG CREDITOR TRUST**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on [●], 2021, a true and correct copy of the forgoing was served on the parties listed in the attached service list, via ECF and/or email service where available, and otherwise via First Class United States Postal service.

_/s/Scott D. Lawrence_____

Scott D. Lawrence

U.S. Bankruptcy Court
903 San Jacinto, Suite 322
Austin, TX 78701-2450

3443 Zen Garden, LP
3443 Ed Bluestein Blvd.
Austin, TX 78721-2912

United States Trustee (SMG111)
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

3443 Zen Garden GP, LLC
c/o Rob Roy Parnell, Receiver
241 McKellar Road
Dripping Springs, TX 78620

ABC Supply Co Inc.
P.O. Box 840899
Dallas, TX 75284-8099

Adam Zarafshani
3443 Ed Bluestein Blvd., Building V
Austin, TX 78721-2912

ABC Supply Co., Inc.
c/o Andrew Myers, PC
Attn: Lisa M. Norman
1885 Saint James Place, 15th Floor
Houston, TX 77056-4176
SERVED VIA ECF

ACM Services, LLC
c/o Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, TX 78702-4456
SERVED VIA ECF

ACM Services, LLC
c/o Nick Morris
3280 FM 112
Taylor, TX 76574-4520
SERVED VIA ECF

Aero Photo
4000 16th Street North
St. Petersburg, FL 33703

Ahern Rentals
P.O. Box 271390
Las Vegas, NV 89127-1390

Allied Sales Company
P.O. Box 6116
Austin, TX 78762-6116

Austin Commercial & Residential Plumbing
2407 S. Congress Ave, Ste132
Austin, TX 78704-5505

Austin Glass & Mirror
6308 Decker Lane
Austin, TX 78724-5102
SERVED VIA ECF

Austin Glass & Mirror, Inc.
c/o Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, TX 78702-4456
SERVED VIA ECF

BPI
P.O. Box 405300
Atlanta, GA 30384-5300

Blue Fish Collaborative, Inc.
P.O. Box 40792
Austin, TX 78704-0014

Capital Industries, LLC
c/o Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, TX 78702-4456
SERVED VIA ECF

Capital Pumping, LP
3200 Steck Ave, Suite 220
Austin, TX 78757-8032
SERVED VIA ECF

Capital Pumping, LP
c/o Stephanie O'Rourke
Cokinos Young
10999 IH 10 West, Suite 800
San Antonio, Texas 78230-1349
SERVED VIA ECF

Christopher G Burwell
230 Pereida Street
San Antonio, TX 78210-1145
SERVED VIA ECF

Capital Industries, LLC
2105 Donley Dr., Ste. 200
Austin, TX 78758-4510

CT Laborers Electric, LLC
188 Alaska Road
Uhland, TX 78640-6644

City of Austin
c/o Anne Morgan
301 W. 2nd Street
Austin, TX 78701-4652

DM's Construction Equipment Repair
518 Yucca Drive
Round Rock, TX 78681-7411

Eightfold Development, LLC
3443 Ed Bluestein Blvd., Building V
Austin, TX 78721-2912

Equipment Share
5710 Bull Run Dr
Columbia, MO 65201-2860
SERVED VIA ECF

Dan White
c/o Jeffrey M Tillotson
Tillotson Law
1807 Ross Avenue, Suite 325
Dallas, TX 75201-8040
SERVED VIA ECF

Dan White, Individually
Dan White Family Trust
c/o Deborah D. Williamson,Dykema Gossett
112 E. Pecan St #1800
San Antonio, TX 78205-1521
SERVED VIA ECF

Equipmentshare.com, Inc.
c/o Richard J. Wallace, III
Scheef & Stone LLP
500 N. Akard, Suite 2700
Dallas, TX 75201-3306
SERVED VIA ECF

Ferguson Enterprises Inc.
2551 North Mays
Round Rock, TX 78665-2411
SERVED VIA ECF

Ferguson Enterprises, LLC
c/o Anthony F. Ciccone
611 West 14th Street
Austin, TX 78701-1725
SERVED VIA ECF

Ferguson Enterprises, LLC
c/o Misti L. Beanland
8131 LBJ Freeway, Suite 700
Dallas, TX 75251
SERVED VIA ECF

Ferguson Waterworks, LLC
#1106 4427 Factory Hill Drive
San Antonio, TX 78219-2704

Fritz, Byrne, Head & Gilstrap
221 West Sixth Street, Ste 960
Austin, TX 78701-3444

Frontier Plastering
P.O. Box 1455
Elgin, TX 78621-1455

GSC Architects
3100 Alvinn Devanne Bldg. A
Ste. 200-B
Austin, TX 78741-7406

Great Lakes Lifting Solutions
4910 Wilshire Blvd.
Country Club Hills, IL 60478-3153

Hilti Inc.
P.O. Box 650756
Dallas, TX 75265-0756

Fritz, Byrne, Head & Gilstrap, PLLC
Attn: Lisa C. Fancher
221 West Sixth Street, Suite 960
Austin, TX 78701-3444
SERVED VIA ECF

Glass.com of Illinois
910 Riverside Dr., Unit 4
Elmhurst, IL 60126-4979
SERVED VIA ECF

H&H Crane Services, Inc. dba Texas Crane Svc
c/o Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway, Suite 200
San Antonio, TX 78215-1241
SERVED VIA ECF

H&H Crane Services, Inc. dba Texas Crane Svc
c/o Sam Drugan
Warren, Drugan & Barrows, P.C.
800 Broadway, Suite 200
San Antonio, TX 78215-1241
SERVED VIA ECF

Hays County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269
SERVED VIA ECF

Hill Country Electric Supply
P.O. Box 577
San Antonio, TX 78292-0577
SERVED VIA ECF

Hinshaw & Culbertson LLP
151 North Franklin St., Ste. 2500
Chicago, IL 60606-1915

Hollandstone
P.O. Box 50058
Austin, TX 78763-0058

Hull Supply, Inc.
5117 East Cesar Chavez
Austin, TX 78702-5142

Hill Country Electric Supply, LP
c/o Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, TX 78702-4456
SERVED VIA ECF

Koetter Fire Protection of Austin, LLC
16069 Central Commerce Drive
Pflugerville, TX 78660-2005
SERVED VIA ECF

Koetter Fire Protection of Austin, LLC
c/o Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, TX 78702-4456
SERVED VIA ECF

Jeremie Schultz
6555 Hwy 140 W
Puryear, TN 38251-3943

Keytech North America
20 PGA Drive Suite 201
Stafford, VA 22554-8218

MLA Geotechnical
2800 Longhorn Blvd Suite 104
Austin, TX 78758-7624

Lone Star Materials
11111 Bluff Bend
Austin, TX 78753-3221
SERVED VIA ECF

Lone Star Materials, Inc.
c/o Dennis A. McQueen
Pagel, Davis & Hill, P.C.
1415 Louisiana, 22nd Floor
Houston, TX 77002-7344
SERVED VIA ECF

Lyle America, Inc.
d/b/a Glass.com of Illinois
1602 E. Cesar Chavez Street
Austin, TX 78702-4456
SERVED VIA ECF

MOHD Service Solutions LLC
3701 E. Plano Parkway Ste 400
Plano, TX 75074-1806

Mark Schiffgens, CPA
100 E. Anderson Lane Ste 250
Austin, TX 78752-1233

McMinn Land Surveying Company
4008 Greenmountain Lane
Austin, TX 78759-7570

Mint Engineering, LLC
5130 Mansfield View Court
Austin, TX 78732-1854

Mobile Mini Storage Solutions
4646 East Van Buren Street Suite 400
Phoenix, AZ 85008-6927

NLB Corp.
29830 Beck Road
Wixom, MI 48393-2824

Nathan Olson
11308 Wet Season Dr.
Austin, TX 78754-5855

Texas Concrete
Oldcastle Materials, Inc
1320 Arrow Point Dr. Ste 600
Cedar Park, TX 78613-2189

Paradigm Glass
9603 Saunders Lane, #B-2
Austin, TX 78758-5230

Panache Development & Construction
P.O. Box 26539
Austin, TX 78755-0539
SERVED VIA ECF

Panache Development & Construction, Inc.
1100 Norwood Tower
114 W. 7th Street
Austin, TX 78701-3000
SERVED VIA ECF

Praxair Distribution, Inc.
Dept 0812 P.O. Box 120812
Dallas, TX 75312-0812

Professional StruCivil Engineering
12710 Research Blvd., Suite 390
Austin, TX 78759-4380
SERVED VIA ECF

Professional Flooring
P.O. Box 7558
Fort Worth, TX 76111-0558

Ram Tool & Supply Co, Inc
Attn: Legal
4500 5th Ave S, Bldg A
Birmingham, AL 35222

Regal Plastics Supply Company, Inc
9200 N. Royal Ln. Suite 120
Irving, TX 75063-2468

Reinhart & Associates, Inc.
P.O. Box 140105
Austin, TX 78714-0105

Rob Roy Parnell
c/o G. Stewart Whitehead
Winstead, PC
401 Congress Avenue Ste 2100
Austin, TX 78701-3798

Rob Roy Parnell, Receiver
251 McKellar Road
Dripping Springs, TX 78620-4884

Roca
11190 NW 25th Street
Miami, FL 33172

Ruiz Testing Services, Inc
10854 Gulfdale St.
San Antonio, TX 78216-3607

Rompsen Mortgage Limited Partnership
c/o Mark T. Michell
Foley & Lardner LLP
600 Congress Ave., Suite 3000
Austin, TX 78701-3056
SERVED VIA ECF

Rompsen Mortgage Limited Partnership
162 Cumberland Street, Suite 300
Toronto, Ontario M5R
SERVED VIA ECF

Rompsen Mortgage Limited Partnership
Foley & Lardner LLP
Attn: Tom Scannell
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-3340
SERVED VIA ECF

Schindler Elevator Corp.
2020 Centimeter Center
Austin, TX 78758-4956
SERVED VIA ECF

Schindler Elevator Corporation
c/o Barbara Emerson
Bellinger & Suberg, LLP
12221 Merit Drive, Suite 1750
Dallas, TX 75251-2281
SERVED VIA ECF

Summer Legacy, LLC
c/o Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, TX 78702-4456
SERVED VIA ECF

Sigmax Corporation
321 N. Oakhurst Dr.#602
Beverly Hills, CA 90210-4175

Structures
6926 N. Lamar Blvd
Austin, TX 78752-3508

Summer Legacy, LLC
P.O. Box 144151
Austin, TX 78714-4151
SERVED VIA ECF

Sweep Across Texas
1512 Dungan Lane
Austin, TX 78754-4022

The Bug Master
1912 Smith Rd.
Austin, TX 78721-3547

Trane
P.O. Box 845053
Dallas, TX 75284-5053

Texas Air Industries
401 Congress Ave., Suite 111540
Austin, TX 78701-4071
SERVED VIA ECF

Texas Air, LLC
c/o Christopher Stanley
Sneed, Vine & Perry
108 E. 8th Street
Georgetown, TX 78626-5802
SERVED VIA ECF

Texas Crane Service
203 S. W.W. White Rd.
San Antonio, TX 78219-4221
SERVED VIA ECF

Travis County
c/o Jason A. Starks
P.O. Box 1748
Austin, TX 78767-1748
SERVED VIA ECF

Travis County, Texas
P.O. Box 1748
Austin, TX 78767-1748
SERVED VIA ECF

Wembley Metal Buildings
11914 Radium Street
San Antonio, TX 78216-2713
SERVED VIA ECF

Wembley Metal Buildings, LLC
c/o Christopher Burwell
230 Pereida Street
San Antonio, TX 78210-1145
SERVED S VIA ECF

B. Russell Horton
George Brothers Kincaid & Horton LLP
114 West 7th St. Ste. 1100
Austin, TX 78701-3015
SERVED VIA ECF

G. Stewart Whitehead
Winstead, PC
401 Congress Avenue, Suite 2100
Austin, TX 78701-3798
SERVED VIA ECF

Gregory S. Milligan
Chapter 7/11 Trustee
Harney Management Partners, LLC
P.O. Box 90099
Austin, TX 78709-0099
SERVED VIA ECF

United States Trustee – AU12
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Dealers Electrical Supply Company
P.O. Box 14624
Austin, TX 78761

Foran, O'Toole & Burke, LLC
321 North Clark Street, Suite 2450
Chicago, IL 60654

Niilo Studios, LLC
1726 Giles Street
Austin, TX 78722

Howard L. Adelman
Adelman& Gettleman, Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604

Mount Hawley Insurance Company
9025 North Lindbergh Road
Peoria, IL 61615

Star Insurance Company
26255 American Drive
Southfield, MI 48034

Doucet & Associates
7401B Highway TX-71 West
Austin, TX 78735

Sprouse Shrader Smith PLLC
Attn: Terry Irion
805 Las Cimas Parkway
Las Cimas III, Suite 350
Austin, TX 78746

Austin Porta Potty Rentals
2423 Falcon Drive
Round Rock, TX 78681

ESC Southwest LLP
*Michael Sorgenfrei*
14026 Thunderbolt Place, Ste 800
Chantilly, VA 20151

Bates Backhoe Inc.
PO Box 156
Hutto, TX 78634

Capital Foundations
1703 Bench Mark Dr.
Austin, TX 78728

Days End Lawn Sprinkler
PO Box 5893
Austin, TX 78763

Waste Connections Lone Star Inc.
PO Box 17608
Austin, TX 78760-7608

Pro Vigil, Inc.
4646 Perrin Creek, Ste 280
San Antonio, TX 78217

JNK Concrete
511 Virginia Drive
Round Rock, TX 78664

IPSA Security Services
2700 N. Central Ave., Ste 370
Phoenix, AZ 85004

Via Email

Frontier Plastering
P.O. Box 1455
Elgin, TX 78621-1455
frontierplastering@gmail.com

Hinshaw & Culbertson LLP
151 North Franklin St., Suite 2500
Chicago, IL 60606-1915
MCarter@hinshawlaw.com

Hollandstone
P.O. Box 50058
Austin, TX 78763-0058
bart@hollandstone.com

Mark Schiffgens, CPA
100 E. Anderson Lane, Ste 250
Austin, TX 78752-1233
mschiffgens@gcmcpa.com

Professional Flooring
P.O. Box 7558
Fort Worth, TX 76111-0558
Juanita.May@professionalflooring.com

Ram Tool Supply
Attn: Legal
4500 5th Ave. S, Bldg A
Birmingham, AL 35222
information@ram-tool.com

Ruiz Testing Services, Inc.
10854 Gulfdale St.
San Antonio, TX 78216-3607
ruiztsvc@sbcglobal.net

Sprouse Shrader Smith PLLC
Attn: Terry Irion
805 Las Cimas Parkway
Las Cimas III, Suite 350
Austin, TX 78746
terry.irion@sprouselaw.com