IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 1:20-10410-HCM |
| 3443 ZEN GARDEN, L.P. | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |

## CREDITOR TRUSTEE'S STATUS REPORT

Gregory S. Milligan, Trustee ("Trustee") for the ZG Creditor Trust (the "Trust") hereby files this *Status Report* in the above-captioned bankruptcy case (the "Case").

1. On January 27, 2021, this Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Trustee's Amended Liquidating Plan, as Modified* (ECF No. 393, the "Confirmation Order") which confirmed the *Chapter 11 Trustee's Amended Liquidating Plan as Modified* (ECF No. 387, the "Plan"). The Plan became effective on February 2, 2021 (the "Effective Date"). *See* ECF No. 399.

2. On the Effective Date, the Plan provided that all of the assets of 3443 Zen Garden, L.P. (the "Debtor") and its bankruptcy estate vested in the Trust. At that time, the Trust held $600,000 in cash to make distributions to general unsecured creditors (the "Settlement Carve Out"). The Trust's administrative expenses, administrative claims against the Debtor's estate, fee claims, and other claims are paid out of Trust funds other than the Settlement Carve Out. The Trustee conducted a review of the scheduled and filed claims in the Case and asserted objections to claims which have been resolved.

3. The Trustee filed his Motion for Order Establishing Distribution Procedures (ECF No. 405, the "Distribution Motion") which proposed 100% distributions to repay general unsecured creditors in full. The Court granted the Distribution Motion, which authorized the

Trustee to file his *Notice of Proposed Distribution* (ECF No. 429, the "Distribution Notice") and to distribute Trust funds in the amounts described in the Distribution Notice. The Trustee has completed those distributions, and general unsecured creditors in the case have now been paid in full.

4. In the docket entry accompanying the Confirmation Order, the Court set a deadline of July 26, 2021 for an application for Final Decree. However, administrative tasks related to the bankruptcy estate and this Case remain. The Trustee has determined in his business judgment that seeking a final decree in the case at this time would be premature. The Trustee anticipates filing an application for a final decree upon the completion of his administration of the estate.

Dated July 26, 2021

/s/ *Scott D. Lawrence*
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

**COUNSEL FOR GREGORY MILLIGAN, TRUSTEE OF THE ZG CREDITOR TRUST**

## CERTIFICATE OF SERVICE

I certify that on July 26, 2021, a true and correct copy of the forgoing was served on the parties listed in the attached service list, via ECF and/or email service where available, and otherwise via First Class United States Postal service.

/s/ *Scott D. Lawrence*
Scott D. Lawrence

| | | |
|---|---|---|
| U.S. Bankruptcy Court<br>903 San Jacinto, Suite 322<br>Austin, TX 78701-2450 | 3443 Zen Garden, LP<br>3443 Ed Bluestein Blvd.<br>Austin, TX 78721-2912 | United States Trustee (SMG111)<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| 3443 Zen Garden GP, LLC<br>c/o Rob Roy Parnell, Receiver<br>241 McKellar Road<br>Dripping Springs, TX 78620 | ABC Supply Co Inc.<br>P.O. Box 840899<br>Dallas, TX 75284-8099 | Adam Zarafshani<br>3443 Ed Bluestein Blvd., Building V<br>Austin, TX 78721-2912 |
| ABC Supply Co., Inc.<br>c/o Andrew Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, TX 77056-4176<br>SERVED VIA ECF | ACM Services, LLC<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF | ACM Services, LLC<br>c/o Nick Morris<br>3280 FM 112<br>Taylor, TX 76574-4520<br>SERVED VIA ECF |
| Aero Photo<br>4000 16th Street North<br>St. Petersburg, FL 33703 | Ahern Rentals<br>P.O. Box 271390<br>Las Vegas, NV 89127-1390 | Allied Sales Company<br>P.O. Box 6116<br>Austin, TX 78762-6116 |
| Austin Commercial & Residential Plumbing<br>2407 S. Congress Ave, Ste132<br>Austin, TX 78704-5505 | Austin Glass & Mirror<br>6308 Decker Lane<br>Austin, TX 78724-5102<br>SERVED VIA ECF | Austin Glass & Mirror, Inc.<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| BPI<br>P.O. Box 405300<br>Atlanta, GA 30384-5300 | Blue Fish Collaborative, Inc.<br>P.O. Box 40792<br>Austin, TX 78704-0014 | Capital Industries, LLC<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| Capital Pumping, LP<br>3200 Steck Ave, Suite 220<br>Austin, TX 78757-8032<br>SERVED VIA ECF | Capital Pumping, LP<br>c/o Stephanie O'Rourke<br>Cokinos Young<br>10999 IH 10 West, Suite 800<br>San Antonio, Texas 78230-1349<br>SERVED VIA ECF | Christopher G Burwell<br>230 Pereida Street<br>San Antonio, TX 78210-1145<br>SERVED VIA ECF |
| Capital Industries, LLC<br>2105 Donley Dr., Ste. 200<br>Austin, TX 78758-4510 | CT Laborers Electric, LLC<br>188 Alaska Road<br>Uhland, TX 78640-6644 | City of Austin<br>c/o Anne Morgan<br>301 W. 2nd Street<br>Austin, TX 78701-4652 |
| DM's Construction Equipment Repair<br>518 Yucca Drive<br>Round Rock, TX 78681-7411 | Eightfold Development, LLC<br>3443 Ed Bluestein Blvd., Building V<br>Austin, TX 78721-2912 | Equipment Share<br>5710 Bull Run Dr<br>Columbia, MO 65201-2860 |
| Dan White<br>c/o Jeffrey M Tillotson<br>Tillotson Law<br>1807 Ross Avenue, Suite 325<br>Dallas, TX 75201-8040<br>SERVED VIA ECF | Dan White, Individually<br>Dan White Family Trust<br>c/o Deborah D. Williamson, Dykema Gossett<br>112 E. Pecan St #1800<br>San Antonio, TX 78205-1521<br>SERVED VIA ECF | Equipmentshare.com, Inc.<br>c/o Richard J. Wallace, III<br>Scheef & Stone LLP<br>500 N. Akard, Suite 2700<br>Dallas, TX 75201-3306<br>SERVED VIA ECF |

| | | |
|---|---|---|
| Ferguson Enterprises Inc.<br>2551 North Mays<br>Round Rock, TX 78665-2411<br>SERVED VIA ECF | Ferguson Enterprises, LLC<br>c/o Anthony F. Ciccone<br>611 West 14th Street<br>Austin, TX 78701-1725<br>SERVED VIA ECF | Ferguson Enterprises, LLC<br>c/o Misti L. Beanland<br>8131 LBJ Freeway, Suite 700<br>Dallas, TX 75251<br>SERVED VIA ECF |
| Ferguson Waterworks, LLC<br>#1106 4427 Factory Hill Drive<br>San Antonio, TX 78219-2704 | Fritz, Byrne, Head & Gilstrap<br>221 West Sixth Street, Ste 960<br>Austin, TX 78701-3444 | Frontier Plastering<br>P.O. Box 1455<br>Elgin, TX 78621-1455 |
| GSC Architects<br>3100 Alvinn Devanne Bldg. A<br>Ste. 200-B<br>Austin, TX 78741-7406 | Great Lakes Lifting Solutions<br>4910 Wilshire Blvd.<br>Country Club Hills, IL 60478-3153 | Hilti Inc.<br>P.O. Box 650756<br>Dallas, TX 75265-0756 |
| Fritz, Byrne, Head & Gilstrap, PLLC<br>Attn: Lisa C. Fancher<br>221 West Sixth Street, Suite 960<br>Austin, TX 78701-3444<br>SERVED VIA ECF | Glass.com of Illinois<br>910 Riverside Dr., Unit 4<br>Elmhurst, IL 60126-4979<br>SERVED VIA ECF | H&H Crane Services, Inc. dba Texas Crane Svc<br>c/o Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway, Suite 200<br>San Antonio, TX 78215-1241<br>SERVED VIA ECF |
| H&H Crane Services, Inc. dba Texas Crane Svc<br>c/o Sam Drugan<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway, Suite 200<br>San Antonio, TX 78215-1241<br>SERVED VIA ECF | Hays County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269<br>SERVED VIA ECF | Hill Country Electric Supply<br>P.O. Box 577<br>San Antonio, TX 78292-0577<br>SERVED VIA ECF |
| Hinshaw & Culbertson LLP<br>151 North Franklin St., Ste. 2500<br>Chicago, IL 60606-1915 | Hollandstone<br>P.O. Box 50058<br>Austin, TX 78763-0058 | Hull Supply, Inc.<br>5117 East Cesar Chavez<br>Austin, TX 78702-5142 |
| Hill Country Electric Supply, LP<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF | Koetter Fire Protection of Austin, LLC<br>16069 Central Commerce Drive<br>Pflugerville, TX 78660-2005<br>SERVED VIA ECF | Koetter Fire Protection of Austin, LLC<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| Jeremie Schultz<br>6555 Hwy 140 W<br>Puryear, TN 38251-3943 | Keytech North America<br>20 PGA Drive Suite 201<br>Stafford, VA 22554-8218 | MLA Geotechnical<br>2800 Longhorn Blvd Suite 104<br>Austin, TX 78758-7624 |
| Lone Star Materials<br>11111 Bluff Bend<br>Austin, TX 78753-3221<br>SERVED VIA ECF | Lone Star Materials, Inc.<br>c/o Dennis A. McQueen<br>Pagel, Davis & Hill, P.C.<br>1415 Louisiana, 22nd Floor<br>Houston, TX 77002-7344<br>SERVED VIA ECF | Lyle America, Inc.<br>d/b/a Glass.com of Illinois<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| MOHD Service Solutions LLC<br>3701 E. Plano Parkway Ste 400<br>Plano, TX 75074-1806 | Mark Schiffgens, CPA<br>100 E. Anderson Lane Ste 250<br>Austin, TX 78752-1233 | McMinn Land Surveying Company<br>4008 Greenmountain Lane<br>Austin, TX 78759-7570 |

| | | |
|---|---|---|
| Mint Engineering, LLC<br>5130 Mansfield View Court<br>Austin, TX 78732-1854 | Mobile Mini Storage Solutions<br>4646 East Van Buren Street Suite 400<br>Phoenix, AZ 85008-6927 | NLB Corp.<br>29830 Beck Road<br>Wixom, MI 48393-2824 |
| Nathan Olson<br>11308 Wet Season Dr.<br>Austin, TX 78754-5855 | Texas Concrete<br>Oldcastle Materials, Inc<br>1320 Arrow Point Dr. Ste 600<br>Cedar Park, TX 78613-2189 | Paradigm Glass<br>9603 Saunders Lane, #B-2<br>Austin, TX 78758-5230 |
| Panache Development & Construction<br>P.O. Box 26539<br>Austin, TX 78755-0539<br>SERVED VIA ECF | Panache Development & Construction, Inc.<br>1100 Norwood Tower<br>114 W. 7th Street<br>Austin, TX 78701-3000<br>SERVED VIA ECF | Praxair Distribution, Inc.<br>Dept 0812 P.O. Box 120812<br>Dallas, TX 75312-0812 |
| Professional StruCivil Engineering<br>12710 Research Blvd., Suite 390<br>Austin, TX 78759-4380<br>SERVED VIA ECF | Professional Flooring<br>P.O. Box 7558<br>Fort Worth, TX 76111-0558 | Ram Tool & Supply Co, Inc<br>Attn: Legal<br>4500 5th Ave S, Bldg A<br>Birmingham, AL 35222 |
| Regal Plastics Supply Company, Inc<br>9200 N. Royal Ln. Suite 120<br>Irving, TX 75063-2468 | Reinhart & Associates, Inc.<br>P.O. Box 140105<br>Austin, TX 78714-0105 | Rob Roy Parnell<br>c/o G. Stewart Whitehead<br>Winstead, PC<br>401 Congress Avenue Ste 2100<br>Austin, TX 78701-3798 |
| Rob Roy Parnell, Receiver<br>251 McKellar Road<br>Dripping Springs, TX 78620-4884 | Roca<br>11190 NW 25th Street<br>Miami, FL 33172 | Ruiz Testing Services, Inc<br>10854 Gulfdale St.<br>San Antonio, TX 78216-3607 |
| Rompsen Mortgage Limited Partnership<br>c/o Mark T. Michell<br>Foley & Lardner LLP<br>600 Congress Ave., Suite 3000<br>Austin, TX 78701-3056<br>SERVED VIA ECF | Rompsen Mortgage Limited Partnership<br>162 Cumberland Street, Suite 300<br>Toronto, Ontario M5R<br>SERVED VIA ECF | Rompsen Mortgage Limited Partnership<br>Foley & Lardner LLP<br>Attn: Tom Scannell<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201-3340<br>SERVED VIA ECF |
| Schindler Elevator Corp.<br>2020 Centimeter Center<br>Austin, TX 78758-4956<br>SERVED VIA ECF | Schindler Elevator Corporation<br>c/o Barbara Emerson<br>Bellinger & Suberg, LLP<br>12221 Merit Drive, Suite 1750<br>Dallas, TX 75251-2281<br>SERVED VIA ECF | Summer Legacy, LLC<br>c/o Kell C. Mercer, PC<br>1602 E. Cesar Chavez Street<br>Austin, TX 78702-4456<br>SERVED VIA ECF |
| Sigmax Corporation<br>321 N. Oakhurst Dr.#602<br>Beverly Hills, CA 90210-4175 | Structures<br>6926 N. Lamar Blvd<br>Austin, TX 78752-3508 | Summer Legacy, LLC<br>P.O. Box 144151<br>Austin, TX 78714-4151<br>SERVED VIA ECF |
| Sweep Across Texas<br>1512 Dungan Lane<br>Austin, TX 78754-4022 | The Bug Master<br>1912 Smith Rd.<br>Austin, TX 78721-3547 | Trane<br>P.O. Box 845053<br>Dallas, TX 75284-5053 |

| | | |
|---|---|---|
| Texas Air Industries<br>401 Congress Ave., Suite 111540<br>Austin, TX 78701-4071<br>SERVED VIA ECF | Texas Air, LLC<br>c/o Christopher Stanley<br>Sneed, Vine & Perry<br>108 E. 8th Street<br>Georgetown, TX 78626-5802<br>SERVED VIA ECF | Texas Crane Service<br>203 S. W.W. White Rd.<br>San Antonio, TX 78219-4221<br>SERVED VIA ECF |
| Travis County<br>c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767-1748<br>SERVED VIA ECF | Travis County, Texas<br>P.O. Box 1748<br>Austin, TX 78767-1748<br>SERVED VIA ECF | Wembley Metal Buildings<br>11914 Radium Street<br>San Antonio, TX 78216-2713<br>SERVED VIA ECF |
| Wembley Metal Buildings, LLC<br>c/o Christopher Burwell<br>230 Pereida Street<br>San Antonio, TX 78210-1145<br>SERVED VIA ECF | B. Russell Horton<br>George Brothers Kincaid & Horton LLP<br>114 West 7th St. Ste. 1100<br>Austin, TX 78701-3015<br>SERVED VIA ECF | G. Stewart Whitehead<br>Winstead, PC<br>401 Congress Avenue, Suite 2100<br>Austin, TX 78701-3798<br>SERVED VIA ECF |
| Gregory S. Milligan<br>Chapter 7/11 Trustee<br>Harney Management Partners, LLC<br>P.O. Box 90099<br>Austin, TX 78709-0099<br>SERVED VIA ECF | United States Trustee – AU12<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Dealers Electrical Supply Company<br>P.O. Box 14624<br>Austin, TX 78761 |
| Foran, O'Toole & Burke, LLC<br>321 North Clark Street, Suite 2450<br>Chicago, IL 60654 | Niilo Studios, LLC<br>1726 Giles Street<br>Austin, TX 78722 | Howard L. Adelman<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604 |
| Mount Hawley Insurance Company<br>9025 North Lindbergh Road<br>Peoria, IL 61615 | Star Insurance Company<br>26255 American Drive<br>Southfield, MI 48034 | Doucet & Associates<br>7401B Highway TX-71 West<br>Austin, TX 78735 |
| Sprouse Shrader Smith PLLC<br>Attn: Terry Irion<br>805 Las Cimas Parkway<br>Las Cimas III, Suite 350<br>Austin, TX 78746 | | |